UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICE G. SVEGE, ADMINISTRATIX, ET AL : | |
| : | |
| Plaintiffs,   : | CIVIL NO. 3:01 CV 01771 (MRK) |
| : | |
| v.   : | |
| : | |
| MERCEDES-BENZ CREDIT CORPORATION, : | |
| ET AL   : | |
| : | |
| Defendants.   : | |

## SCHEDULING ORDER

The Court having conferred telephonically with the parties on January 12, 2004 in the above-captioned matter, the following schedule shall hereby apply:

1) The plaintiffs shall serve its supplemental experts' reports by **February 6, 2004**, and defendants' depositions of the plaintiffs' experts shall be completed by **March 1, 2004**. Defendants' supplemental experts' reports will be served by **March 12, 2004**, and all depositions of defendants' experts will be completed by **March 31, 2004**;

2) The parties shall file their supplemental briefs on the defendants' Motion to Preclude The Testimony Of Plaintiffs' Experts, Glennon, Clement And Sero, And For Summary Judgment [doc. #104] by **April 13, 2004**;

3) A hearing on the defendants' Motion to Preclude The Testimony Of Plaintiffs' Experts, Glennon, Clement And Sero, And For Summary Judgment [doc. #104] is scheduled for **April 30, 2004 at 9:30 A.M.**;

4) The parties' shall file their Joint Trial Memorandum by **July 9, 2004**;

5) The final pre-trial conference will be held on **July 26, 2004 at 10:00 A.M.**;

6) Jury selection is scheduled for **August 3, 2004 at 9:30 A.M.**

**The foregoing dates are not subject to modification.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: January 13, 2004.