UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 6, 2004

10:00 a.m.

*Held*
*5 hours*

CASE NO. **3:01cv1771 (MRK)**   **Svege, et al v. Mercedes-Benz Credit Corp., et al**

Leo Gilberg
Office of Attorney Leo Gilberg
305 Broadway
New York, NY 10007

Jessica J. Mitchell
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Jeffrey C. Pingpank
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Jill M. Sudduth
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Paul D. Williams
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK