UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATRIX, et al.      : CIVIL ACTION NO. 3:01CV01771 (JBA)
                                               :

               Plaintiffs,      :

VS.      :

                                               :

MERCEDES-BENZ CREDIT CORPORATION, et al. :

                                               :

               Defendants.      : FEBRUARY 26, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of this Court, undersigned counsel respectfully moves this Court to withdraw her appearance in the above-captioned matter on behalf of the Defendants.  Other counsel from Day, Berry & Howard have appeared and will continue to represent the Defendants.

_____
Jill M. Sudduth (ct24577)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this on this date, postage prepaid, to:

Leo Gilberg, Esq.
305 Broadway
New York, NY 10007

_____
Jill M. Sudduth