UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATIX, ET AL :

Plaintiffs, : CIVIL NO. 3:01 CV 01771 (MRK)

v.

MERCEDES-BENZ CREDIT CORPORATION, :
ET AL

Defendants. :

FILED FEB 27  4 35 PM '04
U.S. DISTRICT
NEW HAVEN, CONN.

### ORDER

The Court having conferred telephonically with the parties on February 27, 2004 in the above-captioned matter, the Motion To Preclude Testimony Of Plaintiffs' Experts, Glennon, Clement And Sero, And For Summary Judgment [doc. #104] is DENIED without prejudice to renewal and without consideration of the merits. Defendants shall refile the aforementioned motion by **April 13, 2004**, and plaintiffs shall file their responsive papers by **April 20, 2004**. Oral argument will be held on **April 30, 2004**, as previously scheduled.

IT IS SO ORDERED/

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: February 27, 2004.