## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATIX, ET AL | : | |
| Plaintiffs, | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| v. | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| Defendants. | : | |

## ORDER

The Motion To Withdraw Appearance [doc. #118], dated February 26, 2004, filed by Attorney Jill M. Sudduth, is hereby **GRANTED**. The Court notes the continuing representation of defendants by Attorneys Williams and Mitchell.

IT IS SO ORDERED.

/s/       Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: March 15, 2004.