UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Discovery Dispute Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday, March 22, 2004
4:00 p.m.

CASE NO. **3:01cv1771 MRK**   <u>Svege v. Mercedes-Benz Credit, et al</u>

Leo Gilberg
Office of Attorney Leo Gilberg
305 Broadway
New York, NY 10007

Jessica J. Mitchell
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

STATUS CONFERENCE HELD
DATE: 3/22/04
20 min.

Jeffrey C. Pingpank
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Jill M. Sudduth
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449

Paul D. Williams
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK