UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | ACTION NO. 3:01cv01771 (MRK) |
| Plaintiffs, | : | |
| VS. | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| Defendants. | : | MARCH 30, 2004 |

### NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for defendants Mercedes-Benz Credit Corporation, Freightliner Corporation and Detroit Diesel Corporation in the above-titled action.

_____
Daniel J. Foster (ct24975)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
djfoster@dbh.com (email)

### CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Leo Gilberg, Esq.            Jeffrey C. Pingpank, Esq.
305 Broadway                 Cooney, Scully & Dowling
New York, NY 10007           Hartford Square North, 10 Columbus Blvd.
                             Hartford, CT 06106-5109

_____
Daniel J. Foster