UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | CIVIL NO. 3:01 CV 01771 (RMK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | APRIL 13, 2004 |

## DEFENDANTS' MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERTS GLENNON, SERO AND CLEMENT, AND FOR SUMMARY JUDGMENT

Pursuant to Rules 104(a) and 702 of the Federal Rules of Civil Procedure and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Defendants Freightliner Corporation, Mercedes-Benz Credit Corporation and Detroit Diesel Corporation (hereinafter "defendants"), respectfully submit this Motion to preclude the testimony of plaintiffs' experts, John C. Glennon, Jr., David Clement, and Samuel Sero. Should this Court preclude the testimony of Plaintiffs' Expert Glennon, the defendants respectfully request that summary judgment be entered in their favor. A Memorandum of Law is submitted herewith.

        Respectfully submitted,

        DEFENDANTS,
        FREIGHTLINER CORPORATION,
        MERCEDES-BENZ CREDIT
        CORPORATION, and
        DETROIT DIESEL CORPORATION


        By_____
           Paul D. Williams (ct05244)
           Daniel J. Foster (ct24975)
           Day, Berry & Howard LLP
           CityPlace I
           Hartford, Connecticut 06095-3499
           (860) 275-0100
           (860) 275-0343 (fax)
           Their Attorneys


## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, on this date, postage prepaid, to:

| | |
|---|---|
| Leo Gilberg, Esq. | Jeffrey C. Pingpank, Esq. |
| 305 Broadway | Cooney, Scully & Dowling |
| New York, NY 10007 | Hartford Square North, 10 Columbus Blvd. |
| | Hartford, CT 06106-5109 |


        _____
        Daniel J. Foster