```
 1
                    UNITED STATES DISTRICT COURT
 2                    DISTRICT OF CONNECTICUT
 3   - - - - - - - - - - - - - - - - - - - - - - x
     THOMAS DYER,                                |
 4   ESTATE OF JERILYN DYER, Thomas
         Dyer, Administrator, and                | Docket No.:
 5   ESTATE OF AILEEN SVEGE, Kimberly              300 CV 01440 (JBA)
         Dyer-Pomeroy, Administratrix,            |
 6   ESTATE OF THOR SVEGE, SR., Alice G.
         Svege, Administratrix,                   |
 7   THOR SVEGE, JR., PPA, Alice G. Svege,
         Guardian, and                            |
 8   BRIANA LEE SVEGE, PPA, Alice G. Svege,
         Guardian,                                |
 9                        Plaintiffs,
                                                  |
10                  vs.
                                                  |
11   SCOTTIE W. WIGHTMAN,
     FOUR H TRUCKING and                          |
12   HENSLEY INDUSTRIES, INC.,                     November 19, 2001
                        Defendants.               |
13   - - - - - - - - - - - - - - - - - - - - - - x
14
15          DEPOSITION of SCOTTIE WAYNE WIGHTMAN
16
17          Taken at the request of the Plaintiffs
     before Tiffany V. Pratt, a Court Reporter and Notary
18   Public within and for the State of Connecticut,
     pursuant to Notice and the Federal Rules of Civil
19   Procedure at the offices of Yules & Yules, LLC,
     195 Church Street, 17th Floor, New Haven, Connecticut,
20   on November 19, 2001, commencing at 10:38 a.m.
21
22             Tiffany V. Pratt, LSR #00128
             BRANDON-SMITH REPORTING SERVICE, LLC
23                  11-A Capitol Avenue
                 Hartford, Connecticut 06106
24                    (860) 549-1850
25
```

COPY

Dyer, et al vs Wightman, et al
11/19/2001                                              Scottie Wayne Wightman

Page 20

```
 1   returned to me.
 2       Q    So you're just speaking from independent memory
 3   that on Tuesday morning you remember receiving this call?
 4       A    Yes.
 5       Q    And who was the call from specifically?
 6       A    I cannot recall the dispatcher's name at that
 7   particular time.
 8       Q    How many dispatchers were there?
 9       A    At that time I think there were three.
10       Q    Who were they?
11       A    One of them was David Nallia, another one was
12   Gary Hoskins, and I cannot recall the other gentlemen's name
13   at this time.
14       Q    What were you going to pick up in Fairless Hills?
15       A    A load of pipe.
16       Q    Were you told on Tuesday morning where to take it
17   to?
18       A    Yes.
19       Q    Where were you going to take it to?
20       A    Dalton, Ohio.
21       Q    Before this trip that you were speaking about, you
22   had driven many times in the state of Pennsylvania, hadn't
23   you?
24       A    Yes, sir.
25       Q    And, in fact, you've driven a tractor trailer in
```

Dyer, et al vs Wightman, et al
11/19/2001                                                Scottie Wayne Wightman

Page 28

1  a Freightliner before, tractor?

2      A    Yes.

3      Q    Okay.  For how many years?

4      A    I've been in and out of different makes and models
5  of trucks for 15 years.

6      Q    And over that period of time you've driven over
7  1 million miles?

8      A    Yes, sir.

9      Q    And did this tractor that you were in, the 171,
10 did that have a Freightliner service manual in it?

11     A    Not that I can recall.

12     Q    Have you ever read this Freightliner service
13 manual?

14     A    Yes, sir, in other Freightliner trucks that I have
15 driven.

16     Q    Would that be with other Freightliner trucks that
17 had engine brakes?

18     A    Yes, sir.

19     Q    How long have you been driving tractors that have
20 engine brakes?

21     A    Sixteen years.

22     Q    The tractor trailer that you were driving,
23 171 -- I show you Plaintiffs' Exhibit 2 for identification
24 at the Hensley deposition on November 15 -- is this what the
25 front of the tractor looked like when you saw it at

Dyer, et al vs Wightman, et al
11/19/2001                                                      Scottie Wayne Wightman

Page 47

```
 1     Q    And after that Patrolman Long wrote, "I looked
 2  down at my speedometer, because the sign indicated 55 miles
 3  an hour.  I was doing 57, 58."  Do you recall that?
 4     A    I don't recall seeing a speed limit sign, but I do
 5  recall traveling at approximately 55 to 58 miles an hour.
 6     Q    At that point -- I'm just reading what
 7  Officer Long wrote.  "At that point I was slowing down."  Do
 8  you remember slowing down?
 9     A    No, sir I don't remember slowing down.
10     Q    Well, you spoke about your foot being off the
11  throttle when you heard this noise on your left?
12     A    Yes, sir.
13     Q    Was the engine brake on?
14     A    I don't recall.  As far as it being on and off,
15  the best of my memory, off.
16     Q    What is that based on, your memory?
17     A    My memory?
18     Q    Yes.
19     A    In normal circumstances you would have the engine
20  brake on, and on wet road conditions you'd have it off.
21     Q    If your foot was off the throttle and the engine
22  brake was on, that would activate the engine brake, wouldn't
23  it?
24     A    Yes, it would.
25     Q    It says, "At that point I was slowing down," after
```

Dyer, et al vs Wightman, et al
11/19/2001                                                                Scottie Wayne Wightman

Page 58

```
 1     Q    When you used the trailer brake, which hand did
 2   you use?
 3     A    The right hand.
 4     Q    Which hand was on the steering wheel?
 5     A    The left.
 6     Q    Okay.  What hand do you use to drop the gears?
 7     A    The right.
 8     Q    And so when you were dropping the gears, you took
 9   your hand off the trailer brake?
10     A    That is correct.
11     Q    Or you took it off the steering wheel?
12     A    I took my hand off the trailer brake.
13     Q    Did you ever take any hands off the steering
14   wheel?
15     A    No, sir.
16     Q    Why did you take your hand off the trailer brake?
17     A    It's a way to shift gears.
18     Q    Now, at any point did you turn off the engine
19   brake?
20     A    I don't even recall if the engine brake was on.
21     Q    Okay.  You told us that.  But I'm saying that, do
22   you recall at any time ever turning off the engine brake?
23     A    Before the accident?  During the accident?
24     Q    Right.
25     A    The best of my recollection, I turned it off when
```

Dyer, et al vs Wightman, et al

11/19/2001                                                   Scottie Wayne Wightman

Page 59

1    I entered the Pennsylvania Turnpike earlier that morning on
2    the Ohio-Pennsylvania state line.
3         Q    I'm speaking about -- we're talking about at the
4    time of the accident.  When you say you don't know whether
5    it was on or wasn't on, wouldn't the first thing you would
6    do before you started steering would be to turn off the
7    engine brake?
8         A    If it was off, there would be no need to reach and
9    turn it off.
10        Q    But if it was on, would that be the first thing
11   you would do?
12        A    In reaction time, no.
13        Q    So the first thing you would do would be to steer
14   the vehicle in the way you said you did?
15        A    You are correct.
16        Q    And the second thing would be to apply the hand
17   brake --
18        A    Yes.
19        Q    -- to the trailer.  And the third thing would be
20   to drop gears?
21        A    Yes.
22        Q    And when would you turn off the engine brake?
23        A    If the engine brake would have been on at that
24   particular time, there is no way that you would think to
25   reach and turn it off.

Dyer, et al vs Wightman, et al
11/19/2001
Scottie Wayne Wightman

Page 104

| | | |
|---|---|---|
| 1 | A | Approximately 12:45. |
| 2 | Q | And you notated on your log that the load was |
| 3 | | refused? |
| 4 | A | Yes. |
| 5 | Q | What happened?  How did it come about? |
| 6 | A | The customer saw the size of the pipe that I had |
| 7 | | on, and at that point I was told that that was the wrong |
| 8 | | size pipe that the customer had ordered. |
| 9 | Q | And did the customer refuse to take delivery? |
| 10 | A | Yes. |
| 11 | Q | Did you speak to any individual there? |
| 12 | A | Yes, I did. |
| 13 | Q | What was that individual's name? |
| 14 | A | I do not recall. |
| 15 | Q | Was that a man? |
| 16 | A | Yes, I do believe it was. |
| 17 | Q | Does Christopher Siffrin sound familiar? |
| 18 | A | No, it does not. |
| 19 | Q | What pipes did they tell you were ordered? |
| 20 | A | Smaller 1-inch pipes. |
| 21 | Q | And what did you do at that point? |
| 22 | A | Contacted Four H Trucking. |
| 23 | Q | And was that around 12 noon? |
| 24 | A | It was approximately 12:30, 1:00. |
| 25 | Q | Who did you speak to? |

Dyer, et al vs Wightman, et al
11/19/2001                                                    Scottie Wayne Wightman

Page 107

```
1    A    On the 15th?
2    Q    Yes.
3    A    Yes.
4    Q    What time was that?
5    A    Approximately four o'clock.
6    Q    Who did you speak to at that time?
7    A    One of the dispatchers.
8    Q    What was the conversation?
9    A    The conversation was that the load numbers were
10   incorrect.  I was instructed to return to Fairless Hills,
11   Pennsylvania, was given the correct pickup number to get the
12   correct load when I returned to Fairless Hills.
13   Q    If you had returned to Fairless Hills and picked
14   up the correct load, you would have then gone back up to
15   Dalton, Ohio to the customer; is that right?
16   A    That is correct.
17   Q    Who was Bermit Tubular Products, Inc.?
18   A    I believe that was the customer's name.
19   Q    What was your mindset at the time -- let me put it
20   to you this way:  Were the people at Hensley Industries
21   upset with you when you spoke to them?
22   A    No.
23   Q    Were you upset with them?
24   A    No.
25   Q    Did you ever get paid for the 425 miles that you
```

Dyer, et al vs Wightman, et al
11/19/2001                                            Scottie Wayne Wightman

Page 115

```
1     Q    Where did they take place?
2     A    Pay phone on the customer's lot.
3     Q    So you would come out of the sleeper and make the
4  phone call and get back in the sleeper?  Is that what you're
5  saying?
6     A    Yes, sir.
7     Q    And from 8:45 until 12:00 midnight, what were you
8  doing?
9     A    I don't recall what I was doing at that particular
10 time.
11    Q    Well, you weren't in the sleeper?
12    A    No, sir.
13    Q    And you weren't on duty?
14    A    More than likely I was starting my return trip to
15 Pennsylvania.
16    Q    Well, when did you start your return trip to
17 Pennsylvania?
18    A    It was approximately, I would assume, somewhere
19 around 2:30, 3:00, somewhere in that neighborhood on the
20 morning of the 16th.
21    Q    And between 8:45 and those times you gave, 2:30,
22 3:00, what were you doing?
23    A    Sleeping.
24    Q    Well, does your log indicate that you were doing
25 that?
```

Page 121

```
 1    from the Pennsylvania Turnpike?
 2        A    Yes, I do.
 3        Q    You got that receipt when you got on the
 4    Pennsylvania Turnpike?
 5        A    Yes, I did.
 6        Q    What time does it indicate you got on the
 7    Pennsylvania Turnpike?
 8        A    At 6:41.
 9        Q    Well, what happened between 3:08 when you got off
10    the Ohio Turnpike and 6:41 when you got on the Pennsylvania
11    Turnpike?
12        A    At this particular time, I can't even say that
13    this is a Pennsylvania Turnpike receipt for September the
14    16th. It only has the day of the year, not the date.
15             MR. GILBERG: Mr. Yules, you responded to my
16    request for production of documents, and in answer to
17    Request Number 2, you, under 2-f, annexed the Pennsylvania
18    fair receipt that I've shown the witness, and you described
19    it in your response as the Pennsylvania Turnpike receipt for
20    September 16, 1999.
21             MR. YULES: Yes. So I can be wrong.
22             MR. GILBERG: Is that what you're saying, that
23    you're wrong?
24             MR. YULES: It says the 259th day. I never
25    counted the day. So I can't tell you if that's September
```

Dyer, et al vs Wightman, et al

11/19/2001                                                Scottie Wayne Wightman

Page 124

| | | |
|---|---|---|
| 1 | A | Yes, it was. |
| 2 | Q | Was it raining hard? |
| 3 | A | At times, yes. |
| 4 | Q | Was it windy? |
| 5 | A | At times, yes. |
| 6 | Q | Trooper Long says that you told him on |

7  September 28, 1999 it was really pouring down rain and the

8  wind was about 25 to 50 miles per hour. Do you remember

9  telling him that?

10      A    No, I do not.

11      Q    "He remembered that the flags at the last service

12  plaza were straight out." Do you remember telling him that?

13      A    No, I do not.

14      Q    What was the last service plaza that you were at?

15      A    There are several service plazas across the

16  Pennsylvania Turnpike. I don't remember exactly how many

17  there are, but you pass them on your travels.

18      Q    Was the roadway slippery?

19      A    The roadway was wet.

20      Q    Was it slippery?

21           MR. FONTAINE: Objection as to form.

22      A    I don't know if you would say slippery or how you

23  would describe it. I describe it as being wet.

24  BY MR. GILBERG:

25      Q    Was this during Hurricane Floyd?