Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

```
1                  UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
2
                   VOLUME II - Pages 160 - 365
3


4       - - - - - - - - - - - - - - - -
5    ALICE G. SVEGE, ADMINISTRATRIX,        Civil Action No.
     ET AL
6    vs.                                    3:01cv01771 (MRK)
     MERCEDES-BENZ CREDIT CORPORATION,
7    ET AL
     - - - - - - - - - - - - - - - -
8
                                              COPY
9

10

11
                      CONTINUED DEPOSITION OF:  JOHN GLENNON
12                    DATE:  February 23, 2004
                      HELD AT:  DAY, BERRY & HOWARD,
13                    One Canterbury Green, Stamford, CT

14

15

16

17

18

19

20

21

22                  Jayne Ciccotelli, LSR
               Brandon Smith Reporting Service, LLC
23                    44 Capitol Avenue
                     Hartford, CT  06106
24                     (860) 549-1850

25
```

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

Page 167

1      A.    Probably the same one we had last time.

2      Q.    How frequently do you update them?

3      A.    That's something that Trina takes care of so

4   I'm not really sure, but I think she usually tries to

5   do it when testimony is given, she tries to update it,

6   thereafter.

7      Q.    So the CV that you have with you today does

8   not contain any updates since May of 2003?

9      A.    I didn't put an update in the file, no.  I

10  have the same document that we had during the last

11  deposition.

12     Q.    Okay.  And why not?

13     A.    I guess I didn't think to update it.

14     Q.    Did you receive the notice of deposition in

15  this case?

16     A.    I did, yes.

17     Q.    Did it request that you bring your CV with

18  you and a list of cases?

19     A.    Yes, I have that.

20     Q.    Okay.  But it's not -- what you provided does

21  not have all the cases listed; is that correct?

22     A.    It would have anything that's listed up to

23  the last date that that list was updated, so you would

24  have to look at the list and see when it was updated.

25  Anything that occurred between then and now wouldn't

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                    John Glennon

Page 188

1    systems in support of your opinion?

2        A.    I have not done any testing, no.

3        Q.    Have you done any bench testing of ABS

4    modules and wheel sensors to determine that if they

5    disengage engine brakes?

6        A.    I have not done that test.

7        Q.    Why haven't you done that?

8        A.    Why haven't I done what?

9        Q.    Any of those tests.

10       A.    Well, I think the authorities on this

11   particular matter are pretty clear.  There's been a lot

12   of testing done on the matter in the past and I think

13   that the loss of control when it's caused by engine

14   breaking has been well documented.

15       Q.    Sir, with respect to your opinions in this

16   case, you've read the deposition testimony of

17   Mr. Koepke and Mr. Howerton; is that correct?

18       A.    Yes, I have.

19       Q.    And you're aware that it is their opinion

20   that the Jake brake would be disengaged without an

21   application of the service brake?

22       A.    I have read that opinion, yes.

23       Q.    Have you tested that?

24       A.    Have I tested it?  No.

25       Q.    Is it your opinion that that is not true?

Svege vs Mercedes-Benz

Page 189

1        A.   Well, my opinion is is that the dynamics of

2   an engine braking event are different than braking

3   event that uses the service brakes.

4        Q.   What I'm asking you, sir, is is it your

5   opinion that the Jake brake is not disengaged by the

6   ABS sensor without service brake application?

7        A.   Well, I was trying to tell you my opinion.

8             Yes.  If you want me to, I will give it to

9   you, if you don't, I won't.  I tried to give it to you

10  and you interrupted me.

11       Q.   All right.  Why don't you go ahead and give

12  it to me and I'll follow-up.

13       A.   Okay.  Well, basically what I was saying was

14  that there's a difference in the dynamics between

15  service braking and engine braking.  An ABS system is

16  designed to look for conditions that are caused by

17  service brake and the wheels locking as a result of the

18  service brake application.

19            What occurs during an engine braking event is

20  quite different from that, and without specific

21  programming or logic that would look for those types of

22  events, the ABS system would not be able to identify a

23  wheel slip condition caused by an engine brake.

24       Q.   All right.  So if it is the opinion of

25  Mr. Koepke and Mr. Howerton that the ABS sensor

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                      John Glennon

Page 190

1  disengages the Jake brake without service brake

2  application, you disagree with that?

3       A.   I disagree with it, yes.

4       Q.   But you would agree it is something you could

5  test?

6       A.   It's possible, yes.

7       Q.   Sure.  You could get an exemplar truck, as

8  you have in other cases, correct?

9       A.   Okay.

10      Q.   And take it to a skid test facility?

11      A.   Okay.

12      Q.   And test whether or not the engine brake is

13  disengaged without application of the service break?

14           MR. GILBERG:  Note my objection, you

15  know --

16           MR. WILLIAMS:  Don't go too far with the

17  objection, Leo.  Don't direct the witness.

18           MR. GILBERG:  Okay.  Just note my

19  objection.

20      A.   It's something that could be tested.

21      Q.   And you didn't do it, did you?

22      A.   The defense hasn't done it, either.

23      Q.   The defense hasn't done it?

24      A.   No.

25      Q.   Did you read the deposition of Mr. Koepke?

Brandon Smith Reporting

Svege vs Mercedes-Benz

2/23/2004                                                                John Glennon

Page 194

1           Any other interruptions?

2           MR. GILBERG:  No, I just want the record

3  to be clear.

4           MR. WILLIAMS:  What was my question?

5           (Question read)

6     Q.   Is that correct, sir?

7     A.   Yes, I am.

8     Q.   And you understood as a plaintiff, you have

9  -- the plaintiff has the burden of proving claims in a

10  civil case; is that correct, sir?

11     A.   Yes.

12     Q.   And it was on the strength of your opinions

13  and allegations that the plaintiffs were proceeding in

14  their case; is that right?

15     A.   Probably, yes.

16     Q.   And having known that, sir, you chose not to

17  do any test to determine whether the ABS system would

18  shut off the Jake brake without service brake

19  application, correct?

20           MR. GILBERG:  Just note my objection.

21     A.   I have not done any test, no.

22     Q.   In your affidavit that was offered, sir, as a

23  supplemental report, your supplemental expert report,

24  you note on page two that you have extensive education,

25  training and experience related to engine brakes

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 197

1    of the part.

2        Q.    When you say it included the design, it

3    showed you the various type of engine brakes?

4        A.    Sure.

5        Q.    It wasn't a course about designing engine

6    brakes, was it, sir?

7        A.    It was not about designing them, no.

8        Q.    Have you ever designed any components for

9    trucks or automobiles that were used in consumer

10   products?

11       A.    No, I have not.

12       Q.    You continue on page two stating that you've

13   done endless amounts of research on the subject, on

14   this topic, do you see that, sir, about three sentences

15   down?

16       A.    Okay.

17       Q.    What topic were you referring to?

18       A.    Topic?

19       Q.    Yes.

20       A.    Engine brakes.

21       Q.    When did you do this endless amount of

22   research?

23       A.    I studied the subject quite a bit within the

24   last 10 years.

25       Q.    Do you recall if there was any research

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                        John Glennon

Page 198

```
 1    whatsoever that you relied upon at the time of your

 2    deposition in May of 2003?

 3        A.   Sure.

 4        Q.   And there was?

 5        A.   Yes.

 6        Q.   Had you done any research in formulating your

 7    opinions for your, concerning engine brakes for your

 8    deposition in 2003?

 9             MR. GILBERG:   Note my objection, so

10    broad, that question.

11        Q.   Let me ask it a different way.

12             In formulating the opinions that you offered

13    at your deposition in May of 2003, did you rely on any

14    specific articles concerning engine brakes?

15        A.   I relied on all the documents that are

16    included as part of this exhibit.

17        Q.   The articles that are included as part of the

18    exhibit to your supplemental expert report?

19        A.   That's correct.

20        Q.   And is it your testimony that you had all the

21    information and reviewed that information prior to

22    testifying in May of 2003?

23        A.   I believe there was one document that may

24    have, I may have obtained after that date, but

25    everything else was part of my library and are
```

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                      John Glennon

Page 226

1    if they were materials that you gathered since that

2    time.

3                    (Pause in the proceedings)

4         A.   I don't believe any of them were in my file

5    at that point.

6         Q.   None were in your file when you gave

7    deposition testimony?

8         A.   I don't believe so.

9         Q.   And this is all information, 49 to --

10             What is it 67?

11                  MR. GILBERG:   Is there a question?

12        Q.   Is Exhibit 49 through 67 -- is that the last

13   number there?

14        A.   Yes, it is.

15        Q.   And those are all materials that you added

16   after your deposition, correct?

17        A.   Yes, they are.

18        Q.   And after you had issued your initial report,

19   correct?

20        A.   Yes.

21        Q.   And after you had taken an oath to testify

22   and offer opinions as an expert, correct?

23        A.   I believe so, yes.

24        Q.   And those materials sir, had any of them been

25   supplied to you by Attorney Gilberg?

Svege vs Mercedes-Benz

2/23/2004                                                                    John Glennon

Page 231

1        A.    Sure.   Can I take the cover off or do you

2    want that?

3        Q.    Might as well.

4              MR. GILBERG:   Leave it on there, what's

5    the difference.

6              (Log and Billing Records marked

7              Defendants' Exhibit 75 for identification)

8        Q.    All right.   Mr. Glennon, just to, now to

9    finally identify what's new in your file from the time

10   of your deposition in May of 2003, we have the

11   depositions of Norse Hoover, Bruce Koepke, Bill

12   Howerton, correct?

13       A.    Yes.

14       Q.    The February 3, 2004 report of Mr. Sero,

15   correct?

16       A.    Yes.

17       Q.    A copy of the June 30, 2003 defendants'

18   motion to preclude testimony, correct?

19       A.    Yes.

20       Q.    And then exhibits marked 49 through 75; is

21   that correct?

22       A.    I don't know that that is a question, I'm

23   sorry.   What was your question?

24       Q.    And Exhibits 49 through 75 also represent

25   materials that were not in your file at the time of

Svege vs Mercedes-Benz

Page 232

1    your deposition?

2        A.    I believe so.

3                MR. GILBERG:  For completeness, can we

4    mark as exhibits the other material that you've

5    referred to?

6                MR. WILLIAMS:  It doesn't matter to me,

7    that's fine.

8                (Defendants' Motion to Preclude

9            Testimony marked Defendants' Exhibit 76 for

10           identification)

11               (Deposition Transcript of Norse Hoover

12           marked Defendants' Exhibit 77 for

13           identification)

14               (Report by Mr. Sero marked Defendants'

15           Exhibit 78 for identification)

16               (Deposition Transcript of Bruce Koepke

17           marked Defendants' Exhibit 79 for

18           identification)

19               (Deposition Transcript of William

20           Howerton marked Defendants' Exhibit 80 for

21           identification)

22               MR. WILLIAMS:  For purposes of a

23   complete list, at the request of Mr. Gilberg, Exhibit

24   76 is the deposition -- is the defendants' motion to

25   preclude, 77 is the deposition of Norse Hoover, 78 is

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 235

1       Q.    Okay.  Can you tell us, looking at the log

2    sheet, how much time you spent following your

3    deposition time on this matter?

4       A.    Appears to be approximately 44 and a half

5    hours.

6       Q.    And do you -- well, withdrawn.

7             You said earlier that what you did between

8    May of 2003 and today was essentially prepare your

9    affidavit and supplemental report; is that correct?

10      A.    Well, if you'll let me add to that.  After

11   going through everything here, I've noticed that, that

12   I did have some involvement with Mr. Gilberg in his

13   preparation for the various depositions that he took, I

14   believe those occurred in June.  I have some documents

15   that were sent to me with regards to those depositions

16   that I did review.

17      Q.    Did you do anything else?

18      A.    I don't believe so.

19      Q.    So the totality of the hours you spent

20   between May of 2003 and today would have been in your

21   office?

22      A.    Yes, they would have been in my office.

23            MR. WILLIAMS:  Off the record.

24            (Pause in the proceedings)

25            JUDGE KRAVITZ:  We don't need dueling

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                         John Glennon

Page 263

1     just want to make sure I understand where you took that

2     measurement showing it was two and a half percent.

3                    (Pause in the proceedings)

4          Q.    Did you find them?

5          A.    Yes.

6          Q.    And where did you make that measurement?

7          A.    I made a series of measurements along the

8     road.

9          Q.    And how were they marked?

10         A.    I'm sorry?

11         Q.    How are they marked on your field notes so

12    they can be identified on the highway?

13         A.    I don't understand your question.

14         Q.    The location of where you took the

15    measurement, how did you note it?  How can we go back

16    and verify your finding?

17         A.    Go back there and measure the grade again.

18         Q.    At what location, where did you measure the

19    grade?

20         A.    I measured the grade throughout the curve,

21    which I've identified as being 1,150 feet long.

22         Q.    Do you have any reference points on your

23    measurement so that I can go back and verify your

24    measurements of the grade?

25         A.    Not a reference point.

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 264

1        Q.   You have no reference points?

2        A.   No.

3        Q.   How do you know specifically where you took a

4   measurement without reference points?

5        A.   I can't say, specifically.

6        Q.   As you sit here, you don't have a specific

7   recollection of having done it back then?

8        A.   Not specifically where they were, no.

9        Q.   You would agree your measurement of 2.5

10  percent is significantly higher than the turnpike maps;

11  is that correct?

12       A.   Not significantly higher, slightly higher

13  than that.

14       Q.   Well, the maps indicate 1.7 percent.

15       A.   Yes.  I have measurements that range from 1.5

16  up to about 3.3.

17       Q.   Okay.  But you can't tell us where those

18  measurements were taken?

19       A.   They were taken throughout the curve.

20       Q.   You can't give me the location so that I can

21  go back and verify your calculations?

22       A.   Not specifically I can't.

23       Q.   Now, I would like you to go to page 27 of

24  your report, Mr. Glennon.

25       A.   Okay.

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                        John Glennon

Page 281

1      Q.   What page is it?

2      A.   It's probably the last page in that.

3      Q.   In Q?

4      A.   Yeah, in Q.

5      Q.   It's not my last page.  Let me see what

6   you're referring to.

7      A.   You're in R.  There you go.

8      Q.   Okay.  And what is this that we're looking

9   at, the last page in Exhibit Q?

10     A.   These are some charts that are in the AASHTO

11  book and they're representative of a series of tests on

12  various surfaces showing what wet pavement coefficients

13  of friction can be expected to be.

14     Q.   And is that specific to trucks?

15     A.   This is, actually, specifically to passenger

16  vehicles.

17     Q.   Okay.  Not trucks?

18     A.   Not trucks.

19     Q.   My question was, what is the lowest test

20  value measured for rain-soaked pavement that you can

21  cite for trucks?

22     A.   Truck brake is percentage of a passenger

23  vehicle.  It's been established by the authorities that

24  I've offered here.

25     Q.   Okay.  My question is, with respect to actual

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

· 2/23/2004                                                        John Glennon

Page 282

1    data on a truck test, do you have any such material

2    that you have relied upon?

3           A.   Not specifically with regard to a truck test.

4           Q.   Okay.  And included in your Exhibit R there

5    is a portion of the Motor Truck Engineering handbook;

6    is that correct?

7           A.   There is.

8           Q.   And that is, the truck engineering handbook

9    is specific to trucks, is it not?

10          A.   Tell me where you're at.

11          Q.   Your Exhibit 7, Exhibit S.

12          A.   Okay.  I'm sorry, what was the question?

13          Q.   That is material specific to trucks; is that

14   correct?

15          A.   Yes, it is.

16          Q.   And in that figure 3-13 --

17               Do you see that?

18          A.   Yes, I do.

19          Q.   -- it has a coefficient of friction for

20   asphalt, does it not?

21          A.   It has one, yes.

22          Q.   Asphalt is what you indicated you believe

23   that surface to be?

24          A.   That's correct.

25          Q.   And it has a coefficient of friction for

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 286

1   as a result of this text; is that correct?

2              MR. GILBERG:  Are we referring to some

3   place in the report?  I believe it's page 28; I think

4   it is.

5       A.   I don't think I understand what you're asking

6   me, I'm sorry.

7       Q.   Okay.  You just read that, a portion of 78-22

8   in Exhibit Q referencing tire, truck tire friction; is

9   that correct?

10      A.   Yes.

11      Q.   And the portion that you read, I take it, is

12  relevant to your opinions in the case; is that correct?

13      A.   It is, yes.

14      Q.   It indicates that there is a differential

15  between the coefficient of the friction for passenger

16  cars and heavy truck tires; is that correct?

17      A.   Yes, it does.

18      Q.   And does it indicate that it's 75 percent of

19  the coefficient of friction for passenger cars on dry

20  road?

21      A.   That trucks are 75 percent of a passenger

22  car, yes.

23      Q.   On dry roads.  And that next sentence,

24  "approximately, the same coefficient of friction on a

25  wet surface," how do you interpret that?

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Page 287

1      A.    That it's the same 75 percent on a wet

2   surface.

3      Q.    That's 75 percent again?

4      A.    Yes, it is.

5      Q.    Did you check those results with UMTRI?

6      A.    No, I did not.

7      Q.    Did you ever see the test data that UMTRI,

8   that's referenced here by UMTRI?

9      A.    I don't know if I have.

10     Q.    Did you ever use that 75 percent reduction on

11   wet roads in determining a coefficient of friction in

12   any other case?

13     A.    I actually tend to use a range, depending on

14   the weight of the vehicle.  There's other references to

15   this particular, this particular adjustment, and some

16   other sources indicate that it's actually a range

17   between 60 and 80 percent.

18     Q.    Could you answer my question.  Have you ever

19   before, in determining coefficient of friction as a

20   consultant on wet roadways, reduced the peak values by

21   25 percent to trucks?

22     A.    I just tried to explain that to you.  I use a

23   range of 60 to 80 percent, 75 percent falls in that

24   range.  Depends on the loading of the truck.

25            There's other studies that show that there's

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

Page 295

1    calculation of the grade, that's fine, I'd just like to

2    know the math.

3         A.   Okay.

4              MR. GILBERG:  I mean, I don't mean to

5    interject, but the math is annexed to his report, it's

6    Exhibit P, P is the math that he did.  It's all the

7    same thing.

8              (Pause in the proceedings)

9         A.   Well, the .19 is adjusted for the downgrade

10   and it came from the lowest friction, from one of these

11   sources.

12        Q.   Which one?

13        A.   Well, I thought I had one for .21 and it was

14   adjusted by a .17 to get to .19.  The lowest one I'm

15   seeing right now is a .22.

16        Q.   And where is that?

17        A.   That's at the top of page 29.

18        Q.   And your reference for that is the State of

19   New York Related to Safety Criteria for Highway Curb

20   Design?

21        A.   That's one for .22, yes.

22        Q.   Is that contained in your materials?

23        A.   Yes, it is.

24        Q.   Do you know what tab?

25        A.   I think it's, I think it's under R.

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 296

1      Q.   Under R?

2                  MR. GILBERG:   Under S.

3      A.   It's under R.   It's S, I'm sorry.

4      Q.   It's within S or --

5      A.   Yes, it's in S, I apologize.

6      Q.   It's the last three pages of S that you're

7   referring to?

8      A.   No, I don't believe so.

9      Q.   What pages are you referring to?

10     A.   The second document there, it's about the

11  fourth page, is the cover page for this document.

12          Doesn't look like the right section.   Are you

13  in S?   Starts right there.

14     Q.   How did you use this document to determine

15  that the coefficient of friction was .22 for trucks?

16     A.   Well, it pretty much says it here in my

17  report, says additional studies show we should expect

18  35 percent of wet roads to have a coefficient of

19  friction, which would be less than .30 for passenger

20  vehicles.   So that's represented in this document, in

21  this chart.

22     Q.   So this chart is for passenger vehicles?

23     A.   Yes.

24     Q.   It's not for trucks?

25     A.   These are tests done on --

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                                                      John Glennon

Page 297

1        Q.    And the adjustment that you talk about in

2    your report on page 28 going to 29, is that the same

3    adjustment that you referred to earlier from the

4    Northwestern material?

5        A.    Yes, it is.

6        Q.    So you're not adjusting Northwestern

7    coefficients of friction in that instance, you're

8    adjusting using the Northwestern formula, another

9    source of coefficients of friction?

10        A.    I'm using the 75 percent for Northwestern,

11    yes, to that number.

12        Q.    But the Northwestern publication gives a

13    range of coefficient of friction, does it not?

14        A.    It does.

15        Q.    And the formula that you provided us included

16    a text about reducing those values in the Northwestern

17    material by that 25 percent for trucks; is that

18    correct?

19        A.    I mean, it's 75 percent.  It's multiplying it

20    by 75 percent.

21        Q.    Okay.  Resulting in 25 percent reduction?

22        A.    I think that's right.

23        Q.    Is there anything in that source that you are

24    now referring us to from Texas that indicates that a

25    reduction should be made for calculating the

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                      John Glennon

Page 298

1   coefficient of friction for trucks and using that

2   scale?

3        A.   Well, these are numbers that are related to

4   passenger vehicles, so if you refer to the Northwestern

5   manual, it instructs you to reduce these numbers by a

6   certain percentage to come up with what would be

7   expected of the truck.

8        Q.   Okay.  Is there anything -- I'm trying to be

9   specific -- with respect to that source document from

10  which you calculated a .22 coefficient of friction, is

11  there anything in that document that says you should

12  reduce the values in that document by 25 percent for

13  trucks?

14       A.   I don't know if there's that in there, no.

15       Q.   You don't see it in there, do you?

16       A.   Not on the pages I have in front of me, no.

17       Q.   And have you contacted the source of that

18  material to determine if they believe there should be a

19  reduction for application of trucks?

20       A.   Yes, I have.

21       Q.   When did you do that?

22       A.   Talk to him every day.

23       Q.   Who is it that you talk to?

24       A.   My father.

25       Q.   This is your father's study?

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                            John Glennon

Page 304

1    such an adjustment, would there be a reason why you

2    wouldn't include it in your materials?

3        A.   I could certainly include that.

4        Q.   Did you have any other material, did you have

5    any other document that set out that adjustment?

6        A.   I'm sure I could find a lot of documents on

7    the subject.  It's a pretty broadly covered subject.

8        Q.   As you sit here today, is there anything else

9    that you relied upon in using that calculation of

10   reducing the coefficient of friction for trucks?

11       A.   Well, I think I cited earlier another study

12   that shows the differences in stopping capabilities of

13   various vehicles.  It's another study that --

14       Q.   That's the NHTSA study you referred to?

15       A.   I believe that's who put it out.

16       Q.   Do you have the citation for that?

17       A.   No.  I could put my hands on it if I was at

18   my office, but I can't tell you with specifics.

19       Q.   But I just want to be clear, with respect to

20   anything that's in your supplemental report, other than

21   the Northwestern reference, is there anything else in

22   those reports that tells you to make a mathematical

23   reduction of the coefficient of friction for trucks?

24       A.   Talking about just these documents that I've

25   supplied here?

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                                John Glennon

Page 305

1        Q.    Yes.

2        A.    Not that I'm aware of, no.

3        Q.    Have you shared your opinion with respect to

4    the coefficient of friction in this case with anyone

5    else?

6        A.    I don't understand.

7        Q.    Have you shared your view and opinions in

8    this case concerning the coefficient of friction with

9    any engineers?

10       A.    Like -- I don't usually share my opinions in

11   active cases.

12       Q.    Did you share your opinions with your father?

13       A.    I'm sure he's aware of my opinions in this

14   case, yeah.

15       Q.    How would he be aware of them?

16       A.    Oh, I mean, we discuss the cases quite

17   frequently at lunch and things like that.

18       Q.    Does he review your reports?

19       A.    Sometimes he does, yeah.

20       Q.    Did he in this case?

21       A.    He might have.

22       Q.    You don't know?

23       A.    I don't remember if he did.

24       Q.    Have you had anyone review your opinions

25   concerning the coefficient of friction in this case

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                    John Glennon

Page 306

1    outside of your consulting business?

2        A.    It's not something that I would do.

3        Q.    Have you ever written any text or

4    publications concerning how you arrive at the

5    coefficients of friction?

6        A.    No, I have not.

7        Q.    If the lowest value that you had, based upon

8    the information that was in your supplemental report,

9    led you to, even with the adjustment, a coefficient of

10   friction of .22, could you tell us then how you got to

11   .19?

12       A.    Well, I believe that's adjusted using the

13   grade that I measured at the accident scene and grades

14   measured varies.  It was generally, as I measured it,

15   about a .25.  I'm sorry, 2.5.

16       Q.    So you made an adjustment of a .25 -- excuse

17   me, a 2.5 percent?

18       A.    No, I should probably clarify that.  It was

19   2.5 percent grade.

20       Q.    Okay.  So you made the adjustment to the

21   number by a 2.5 percent grade?

22       A.    Yes.

23       Q.    And is the 2.5 percent grade the grade of the

24   road according to the road map?

25       A.    I believe the police, it was slightly lower

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                                John Glennon

Page 307

1    than that, .17 -- I'm sorry, 1.7.

2        Q.    And I asked you before if you could identify

3    specifically where you took your measurements and you

4    indicated you could not; is that right?

5        A.    Not specifically, no.

6        Q.    And would the coefficient of friction be

7    higher if it had been adjusted for 1.7?

8        A.    Slightly higher, yes.

9        Q.    Have you done that calculation?

10       A.    No, I have not.

11       Q.    Now, if the lowest of, the lowest coefficient

12   of friction that you have from the sources that you've

13   provided to us in your report lead you to a .17

14   coefficient of friction --

15              MR. GILBERG:  Excuse me, note my

16   objection.  He didn't say .17.

17       Q.    I'm sorry, .19 coefficient of friction, how

18   is it that in your report on page 30 you indicate that

19   the, it was probable that the coefficient of friction

20   was lower than that number?

21       A.    These are coefficients that are for wet

22   asphalt not under conditions where you have, you know,

23   extreme weather, large amounts of water on the road,

24   things like that.

25       Q.    Have you done a calculation as to the water

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                           John Glennon

Page 308

1    on the road?

2        A.    Not specifically, no.

3        Q.    Do you know if there was any standing water

4    on the road?

5        A.    It does not have to be standing water.

6        Q.    Do you know if there was any water on the

7    road other than rain?

8        A.    I would suspect there would be water on the

9    road, yes.

10        Q.    From the rain?

11        A.    Sure.

12        Q.    And the values that you used are, in fact,

13    for wet pavement, correct?

14        A.    Yes, they are.

15        Q.    You've done no study of the drainage of the

16    area?

17        A.    No, I haven't.

18        Q.    What is your basis for concluding that, that

19    the circumstances were such that the values for the

20    coefficient of friction that you have should be lower

21    given the circumstance?

22        A.    Well, my understanding is that there was a

23    lot of water out there.  It was very heavy rain, is my

24    understanding.

25        Q.    Anything else?

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 309

1       A.   Well, it's known that the coefficient of

2    friction decreases with an increase in water to the

3    point where you can have a full dynamic hydroplane.  So

4    you have a situation where you increase the amount of

5    the water on the pavement, you actually will see a

6    reduction in coefficients of friction.

7       Q.   Okay.  But in this instance, is it your

8    opinion that there was a hydroplane?

9       A.   Not a full dynamic hydroplane, no.

10      Q.   Is it your opinion that there was a

11   hydroplane?

12      A.   Well, I mean, some people refer to it as

13   partial hydroplaning.  Basically, what I just stated is

14   -- really describes it better in trying to pin a term

15   on it.  Essentially, you have a condition where as

16   water, a quantity of water on the roadway increases,

17   you see a decrease in the pavement coefficients of

18   friction and that's referred to as a partial

19   hydroplaning by some people.

20      Q.   What is your basis for saying there was an

21   increase in water in the area of the accident?

22      A.   Well, the police officer reported the rain, I

23   think he referred to it as torrential rain, I believe.

24      Q.   Did he report any flooding?

25      A.   You don't have to have flooding for this

Brandon Smith Reporting

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 311

1      A.    Sure.

2      Q.    And it's an opinion that you intend to offer?

3      A.    Yes, it is.

4      Q.    And it's based upon what we've already

5    discussed and the materials that are contained in your

6    report; is that correct?

7      A.    Yes, it is.

8      Q.    Have you done any coefficient of friction

9    testing?

10     A.    That's a pretty broad question.  What are you

11   asking me, I guess?

12     Q.    Have you tested road surfaces for

13   coefficients of friction?

14     A.    All the time.

15     Q.    Did you do it in this case?

16     A.    No, I couldn't.

17     Q.    How long does it take to do a coefficient of

18   friction test?

19     A.    It depends.

20     Q.    Depends on what?

21     A.    Depends on, I guess, what you're doing and --

22     Q.    Well, how do you conduct a coefficient of

23   friction test?

24     A.    Well, there's a couple different things you

25   could do, but one, one thing that's done pretty

ae6517ac-a198-4a6b-8d62-158c487dd386

Svege vs Mercedes-Benz

2/23/2004                                                          John Glennon

Page 312

1   commonly is use of an accelerometer and the

2   accelerometer is mounted on the vehicle and once it's

3   set up and everything, then you proceed to the location

4   where you want to do the test and apply the brakes when

5   you're in the area, possibly the speed that you intend

6   to do the test at.

7        Q.    Is that how you typically do them?

8        A.    I have done it that way and I've done it

9   other ways, too.

10       Q.    What other ways have you done?

11       A.    Other ways you can do it are skidding the

12  vehicle and measuring the distance, knowing the speed

13  that the vehicle was -- the skid was initiated at.

14       Q.    Anything else?

15       A.    There's other test equipment, there's skid

16  tires, they're basically a skid sled, a lot of people

17  call it a skid sled, it's pulled along with a scale,

18  you need the weight of the tire and the weight of the

19  pull, you calculate coefficient of friction.  Generally

20  read a little high.

21       Q.    Okay.  But you didn't do any coefficient of

22  friction testing in this case?

23       A.    No, I did not.

24       Q.    And is there anything, sir, other than the

25  prevailing weather conditions, that you rely upon in

ae6517ac-a198-4a6b-8d62-158c487dd386