UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : CIVIL NO. 3:01 CV 01771 (JBA) |
| Plaintiffs, | : |
| VS. | : |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : |
| Defendants. | : MARCH 17, 2004 |

## AFFIDAVIT

1. My name is Kenneth S. Baker and I am over eighteen years of age and believe in the obligation of an oath.

2. I reside in Wilmette, Illinois and am a principal at Baker Sneddon Consulting.

3. Between August, 1992 and December, 2002, I was a Director of the Accident Investigation Division, Northwestern University Traffic Institute.

4. I was the principal author of Reconstruction of Heavy Truck Accidents, Topic 878, pages 78-1 through 78-37 of <u>Traffic Accident Reconstruction, Volume 2 of The Traffic Accident Investigation Manual</u>.

5.   I am the author of the passage that appears on page 78-22 (a copy of which is attached hereto) which states:

> "In general heavy truck tires develop approximately 75% of the coefficient of friction on passenger vehicle tires on a dry road, approximately the same coefficient of friction on a wet surface, and approximately 50% on wet ice (at approximately 30° F)."

6.   It was my intention as the author of this text to convey that passenger cars and heavy trucks have approximately the same coefficient of friction on wet surfaces.

7.   It was not my intention to convey that on wet surfaces heavy trucks have 75% of the coefficient of friction of passenger vehicles, because that is not true.

_____
Kenneth S. Baker

Subscribed and sworn to before me
this _18_ day of March, 2004.

_____
Notary Public
My Commission Expires:   8-19-06

> OFFICIAL SEAL
> CHRISTINE RUIZ
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-19-2006

# Traffic Accident Reconstruction

*Volume 2 of The
Traffic Accident
Investigation Manual*



*Lynn B. Fricke*

**NORTHWESTERN UNIVERSITY CENTER FOR PUBLIC SAFETY**

# RECONSTRUCTION OF HEAVY TRUCK ACCIDENTS

Topic 878 of the *Traffic Accident Investigation Manual*

by
Kenneth S. Baker

1. Definitions .................................................. 3
2. Braking Systems ............................................ 3
3. Unique Aspects of Tractor-Trailer Brakes ................ 6
4. Collision Behavior ......................................... 11
5. Longitudinal Acceleration of Heavy Trucks .............. 14
6. Offtracking ................................................ 15
7. Rollover ................................................... 19
8. Speed Estimation .......................................... 22
9. Other Speed Estimate Techniques ........................ 33
10. Sources ................................................... 36

NORTHWESTERN UNIVERSITY TRAFFIC INSTITUTE

higher rollover thresholds in dynamic rather than steady-state maneuvers.

To reduce the likelihood of the last trailer rolling over, four specific actions can be taken: 1) reducing speed, 2) increasing the wheelbases of the full trailers, 3) reducing the distance from a unit's center of gravity to the pintle hitch installed at the rear of that unit, and 4) increasing the cornering stiffness of the tires.[3] To analyze a particular vehicle requires using a computer simulation (as described in Topic 892) or doing empirical testing.

Both steady-state and dynamic rollover threshold levels can be reduced when the payload is free to move laterally or vertically in response to lateral acceleration. While many types of freight are restrained in such a way that some movement is possible, the commodities usually cited as presenting a shifting load problem are liquids loaded into tank trailers or trucks, hanging meat, and livestock. Motions of the bulk fluid (or hanging meat) during steering maneuvers produce changes in the overturning moments acting on the vehicle, causing the rollover threshold (in certain cases) to go below what would be the full-load case.

A tank filled to anything less than its full capacity allows the liquid to move from side to side, producing a "slosh" load condition. Slosh reduces the vehicle's performance in cornering and rollover, and the motion of the liquid within the tank may exaggerate and thus reduce the rollover threshold.

When a partially loaded tanker is executing a steady-state turn, the liquid displaces laterally, keeping its free surface perpendicular to the combined forces of gravity and lateral acceleration. The liquid's center of mass moves in an arc the center of which is at the center of the tank.

When a partially loaded tanker makes an evasive steering maneuver, such as a lane change, slosh loads introduce the added dimension of dynamic effects. Due to the sudden steering input, the fluid may displace to one side with an overshooting type of behavior, causing a large increase in the lateral acceleration. In general, the amount of time involved in the steering maneuver directly affects the increase in acceleration. Studies done at the University of Michigan Transportation Research Institute (UMTRI)[10] show that drivers in an abrupt lane change maneuver steer at a rate close to that which is conducive to causing rollover of a partially filled tanker. Exhibit 28 shows the estimated static and dynamic rollover threshold for steady state and transient maneuvers for idealized and typical gasoline tankers. Note that the worst case occurs when the tank is loaded to approximately half its capacity.

Transverse (side-to-side) baffles are commonly used in many tanker vehicles (though not in bulk milk haulers). These types of baffles reduce the fore-and-aft movement of the load and in general have little or no effect on preventing lateral slosh. Installing longitudinal baffles minimizes the sloshing effect by reducing the net lateral displacement of the payload's center of mass.

In the case of swinging meat loads, a vehicle's handling properties are affected in two ways:

1. When entering a turn, the load swings to the side, and its impact with the trailer walls causes a disturbance to the vehicle in the transition period.
2. The load's high center of gravity results in greater roll angles and a relatively low rollover threshold.

Generally, the rollover threshold of trailers loaded with hanging meat will be less than that of other typical van trailers, typical values being near 0.20 to 0.25 g's. By reducing the free space between the carcasses and the walls of the container, some improvement in the rollover threshold can be obtained.

To sum up, the rollover threshold of a heavy vehicle is dependent upon several factors. Most of these factors serve to reduce the stability level of the vehicle and so must be considered in any analysis seeking to determine the lateral acceleration necessary to cause rollover. Traditional, rigid-body analyses use the ratio of half the track width of the semitrailer to the height of the load and vehicle's center of mass as typical limits of lateral acceleration. Typical track widths for semitrailers currently used in the highway transportation system are 96 to 108 inches, and typical load and vehicle center of mass heights are 70 to 110 inches. This yields values of 0.45 to 0.80 g's. Experimental values found by UMTRI and others range from 0.25 to 0.45 g's.[3] Clearly, the use of a rigid-body analysis will grossly overestimate the stability level of a heavy vehicle.

## 8. SPEED ESTIMATION

Determining the speed of a heavy vehicle can be accomplished by using equations of motion as described in Topic 860 and others. First, you must determine the distance the vehicle moved while sliding, its ending velocity, and its rate of acceleration/deceleration. Then use the appropriate equation to calculate the speed. Determining the ending velocity is generally not difficult if the vehicle has come to a stop before striking another vehicle or object. Determining the distance traveled while slowing is generally not difficult. However, determining the rate of acceleration is very involved and is crucial to vehicle motion analysis.

### Truck Tire Friction

As discussed before, the coefficient of friction that heavy truck tires can develop is different from that of passenger car tires. Tests by UMTRI and others indicate that the average coefficient of friction on a dry road surface is 0.45 to 0.75, with peak values of 0.70 to 1.0. On wet surfaces the average drops to 0.35 to 0.60, with peak values ranging from 0.55 to 0.80.[9,3] In general, heavy truck tires develop approximately 75% of the coefficient of friction of passenger vehicle tires on a dry road, approximately the same coefficient of friction on a wet surface, and approximately 50% on wet ice (at approximately 30° F). If all wheels are locked and sliding on a level surface, then the acceleration rate is the product of the drag factor and the acceleration of gravity, and no further

78-22