UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | CIVIL NO. 3:01 CV 01771 (JBA) |
| Plaintiffs, | : | |
| VS. | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| Defendants. | : | MARCH 9, 2004 |

**AFFIDAVIT**

1. My name is Lynn Fricke and I am over eighteen years of age and believe in the obligation of an oath.

2. I am the author of Traffic Accident Reconstruction, Volume 2 of The Traffic Accident Investigation Manual.

3. The principal author of Reconstruction of Heavy Truck Accidents, Topic 878, pages 78-1 through 78-37 of Traffic Accident Reconstruction, Volume 2 of The Traffic Accident Investigation Manual, was Kenneth S. Baker of Schaumburg, Illinois.

Lynn Fricke

Subscribed and sworn to before me
this ___ day of March, 2004.

Notary Public
My Commission Expires:

OFFICIAL SEAL
CAROL RODE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11-15-06