```
                                                              Page 1
 1                    VOLUME    I
 2                    PAGES    1 - 267
 3
            UNITED STATES DISTRICT COURT
 4             DISTRICT OF CONNECTICUT
 5              C.A. No.: 3:01cv01771(JBA)
 6     ****************************
                                    *
 7     ALICE G. SVEGE,              *
       Administratrix, et al,       *
 8              Plaintiffs,         *
       vs.                          *
 9                                  *
       MERCEDES-BENZ CREDIT         *
10     CORPORATION, et al,          *
                Defendants.         *
11                                  *
       ****************************
12
13              DEPOSITION OF WILLIAM M.
14     HOWERTON, a witness called on behalf of the
15     Plaintiffs, Alice G. Svege, Administratrix,
16     et al, pursuant to the applicable
17     provisions of the Federal Rules of Civil
18     Procedure, before Patricia Bracken,
19     Certified Shorthand Reporter and Notary
20     Public, in and for the Commonwealth of
21     Massachusetts, at Day, Berry & Howard, LLP,
22     260 Franklin Street, Boston, Massachusetts,
23     on Friday, July 25, 2003, commencing at
24     9:55 a.m.
```

Page 184

1      and that they will activate the ABS system.
2      And that's independent of the application
3      of a service brake.
4  Q.  And do you have a copy of that bench test?
5  A.  That's just a discussion with Bruce Koepke.
6  Q.  Have you ever seen it?
7  A.  No.
8  Q.  And just based on that understanding,
9      you're going to give an opinion with a
10     reasonable degree of engineering certainty
11     that this ABS system will, independent of
12     an application of a driver brake, disengage
13     the engine brake?
14  A.  Not just that, no.
15  Q.  What else are you relying on?
16  A.  Well, logically, if I were designing this
17     system, I wouldn't rely upon a brake
18     application to determine whether or not an
19     ABS system was going to cycle because if I
20     did that, that meant that if I had a
21     failure of the brake switch, then I would
22     no longer have a functioning ABS system.
23     So there's no reason to include a signal
24     from the brake switch into the logic of