

**RENAISSANCE ENGINEERING**
3352 Perrysville Avenue
Pittsburgh, Pennsylvania 15214-2209
(412) 321-5423

April 14, 2003

<u>Re: Svege</u>

Dear Attorney Gilberg:

At your request I have reviewed the following documents in regards to the Svege accident on 9/16/99 to determine, within a reasonable degree of engineering certainty, whether any form of failure or lack in the electronic controls of the 1998 Freightliner truck, driven by Mr. Wightman, caused or contributed to the accident.

<u>Documents</u>

Defendant Detroit Diesel Objections and Responses to Plaintiffs' Interrogatories and Requests for Production dated 12/9/02
    Detroit Diesel ( DD ) Series 60 Engine Operator's Guide
    Rockwell WABCO D-Version ABS 42-27 Service Bulletin
    DDEC IV Application and Installation Manual
    Freightliner Heavy- Duty Trucks Maintenance Manual
    Freightliner FLD Conventional Drivers Manual
    DDEC III Functional Test Plan
    DDEC IV Software Strategy Manual
    DDEC III/IV Serial Communications Specification
    DDEC Engine Control System Specification
    DDC 00191-00200
    Photos PASP 1-48
    Freightliner Engineering Technical Report, Winter Test T021-97/12
    DD — Engine Troubleshooting
        Electronic Troubleshooting
        ProDriver
    SAE J1621
    SAE J1922
    DD Series 60 Service Manual Sections 1-29
    Depositions with attachments:

Scottie Wightman 11/19/01
Don Barnes 11/21/02
Ian McKenzie 3/13/03
Rockwell WABCO ABS for Trucks, Tractors and Buses, Maintenance Manual No. 30
Revised 2-97 for D Version ECUs
Meritor WABCO ABS Training Program Student Manual

1) On 9/16/99 Mr. Wightman was driving the Freightliner tractor trailer, on the Pennsylvania turnpike in wet weather with the engine brake on and experienced a jackknife condition.

2) The ABS monitoring was continuous and Detroit Diesel and Freightliner claim that the tractor ABS communication was capable of independently disengaging the engine brake upon sensing a wheel slip condition or loss of traction such as is associated with engine brake use on wet roads. No documentation of this ability was found in any of the documents reviewed. Rather, the documentation indicates that the service brake must be applied for the full functioning of the ABS, and all of its peripheral controls, to take place. None of the WABCO documents support any claim of the ability of the ABS sensors to take control of the engine brake function without service brake application. For any such ability to exist the engine controller would have to be programmed to interpret and react to the signals from the various ABS systems, which is not the case.

3) The engine brake had the ability of a number of forms of control:

An engine brake disable function which is switched to ground whenever a vehicle system, such as a traction control device, does not allow engine braking to occur. This function is a digital input that can be generated by any system such as the ABS unit output on a condition such as described in (2), but only if the ABS is engaged by the service brake. Engine Brake Disable, DDEC IV Application and Installation page 5-39.

An Engine Brake active light is an option. This would give warning to a driver that the EB is active under conditions when it should not be used. Page 5-40 A&I manual.

There is Service Brake control which can be implemented or not. This can allow the operation of the engine brake only when the service brake is engaged and the engine brake function is on.

Clutch released input will not allow the engine brake to be turned on when the clutch is engaged.

The minimum MPH function is also programmable into the unit. This will not allow the engine brake to function until a minimum speed is attained.

These functions recognize that the engine brake has limited safe operating parameters. All documentation reviewed indicates that the ABS is the safest form of braking and the most likely to

control and avert a jackknife incident.

It would seem only prudent that any tractor trailer which employs ABS should be prominently labeled that it does and that any engine braking system should be prominently signaled of its operating condition at any time.

## Opinions:

Based upon my review of the materials to date and within a reasonable degree of engineering certainty I have formed the following opinions.

Freightliner and Detriot Diesel Corporation were had a defectively designed system for the following reasons:

1) They did not incorporate a simple indicator lamp into the dash board location of the engine brake control to indicate the operating condition of the engine brake. A condition which the system was already designed to accommodate.

2) The fact that the vehicle was equipped with ABS was not prominently displayed for notification to the operator.

3) Warning regarding the need to disengage the engine brake and use only the ABS service brake in wet conditions was not prominently displayed.

One of the most hazardous conditions facing an operator of a tractor trailer rig is the potential for the rig to jackknife. Freightliner and Detroit Diesel were and are cognizant of the conditions prevalent in a jackknife and have designed their systems with this in mind. However, they did not include in their designs and interfacing of their equipment a mechanism to notify the operator of the need for the application of the service brake when driving under conditions which were conducive to a jackknife occurrence. Such means and warnings were available and cost effective and would have prevented harm to the Plaintiffs.

*Samuel Sero*
Samuel J. Sero P.E.