ERRATA

**BRUCE B. KOEPKE**

I have read the transcript of the deposition taken on July 22, 2003, at Portland, Oregon, and make the following additions or corrections:

| PAGE | LINE | CORRECTION AND REASON FOR CORRECTION |
|---|---|---|
| 19 | 14 | WHEN SHOULD BE THAN |
| 106 | 10 | ON SHOULD BE OFF - MY MISTAKE, "OFF" IS CONSISTENT WITH MY REPORT & TESTIMONY |
| 123 | 16 | ISNT SHOULD BE IS AN |
| 198 | 3 | AND SHOULD BE AN |
| 211 | 17 | BRAKE SHOULD BE BREAK |

_____
BRUCE B. KOEPKE

Subscribed and sworn to before me the 1ST day of August , 2003.

_____
Notary Public for the State of Oregon
residing at_____
My Commission Expires: 2/20/06

OFFICIAL SEAL
PHYLLIS CAPLOVITZ
NOTARY PUBLIC - OREGON
COMMISSION NO. 354940
MY COMMISSION EXPIRES FEBRUARY 20, 2006