UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| Plaintiffs, | : | |
| VS. | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL. | : | |
| Defendants. | : | APRIL 13, 2004 |

### DEFENDANTS' LOCAL RULE 56 (a) 1 STATEMENT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Freightliner Corporation, Mercedes-Benz Credit Corporation and Detroit Diesel Corporation (hereinafter "Defendants"), respectfully submit this Local Rule 56 (a) 1 Statement in support of their for Summary Judgment with regard to the Second, Fourth, and Sixth counts of Plaintiffs' Amended and Substituted Complaint, filed January 8, 2002. With regard to the remaining counts of that Complaint, Defendant Mercedes Benz Credit Corp. stands by its Local Rule 9 (c) 1 Statement filed February 3, 2003.

Defendants respectfully submit that there is no *genuine* issue of fact to be tried with regard to any of the facts listed below, either because they are admitted by Plaintiffs or because Plaintiffs, who have the burden of proof, have failed to offer admissible evidence to the contrary.

1. On September 16, 1999, a tractor trailer operated by Mr. Scottie Wightman collided with an automobile being operated by plaintiff's decedent, Thor Svege, Sr. (Pls.' Amended and Substituted Complaint ¶¶ 25, 26.)

2. This collision was not caused by the tractor's engine brake. (See Deposition of William M. Howerton, July 25, 2003 at 119 (A copy of this page is attached as Ex. 1 to this Statement.))

3. Notwithstanding the allegation in paragraph 41 of Plaintiffs' Amended Substituted Complaint, even if the warnings and instructions concerning the engine brake that were provided by Defendants had been inadequate, which is expressly denied, the collision and any resulting injuries or death would not have been avoided had different, additional, or allegedly superior warnings or instructions been provided.  (Def. Detroit Diesel Corp.'s Answer and Affirmative Defenses, Count Two ¶ 3 (denying Pls.' Amended and Substituted Compl. ¶ 41); Def. Freightliner Corp.'s Answer and Affirmative Defenses, Count Two ¶ 3 (same).)

    Respectfully submitted,

DEFENDANTS,
FREIGHTLINER CORPORATION,
MERCEDES-BENZ CREDIT
CORPORATION, and
DETROIT DIESEL CORPORATION

By_____
    Paul D. Williams (ct05244)
    Daniel J. Foster (ct24975)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06095-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, on this date, postage prepaid, to:

| | |
|---|---|
| Leo Gilberg, Esq. | Jeffrey C. Pingpank, Esq. |
| 305 Broadway | Cooney, Scully & Dowling |
| New York, NY 10007 | Hartford Square North, 10 Columbus Blvd. |
| | Hartford, CT 06106-5109 |

_____

Daniel J. Foster