Page 1

1                              VOLUME    I

2                              PAGES     1 - 267

3

        UNITED STATES DISTRICT COURT

4           DISTRICT OF CONNECTICUT

5               C.A. No.: 3:01cv01771(JBA)

6    ****************************
                                    *
7    ALICE G. SVEGE,                *
     Administratrix, et al,         *
8              Plaintiffs,          *
     vs.                            *
9                                   *
     MERCEDES-BENZ CREDIT           *
10   CORPORATION, et al,            *
               Defendants.          *
11                                  *
     ****************************

12

13          DEPOSITION OF WILLIAM M.

14   HOWERTON, a witness called on behalf of the

15   Plaintiffs, Alice G. Svege, Administratrix,

16   et al, pursuant to the applicable

17   provisions of the Federal Rules of Civil

18   Procedure, before Patricia Bracken,

19   Certified Shorthand Reporter and Notary

20   Public, in and for the Commonwealth of

21   Massachusetts, at Day, Berry & Howard, LLP,

22   260 Franklin Street, Boston, Massachusetts,

23   on Friday, July 25, 2003, commencing at

24   9:55 a.m.

1          guess you referred to Mr. Wightman, as he

2          entered a right-hand curve, he lost control

3          of his vehicle.  Did that loss of control

4          involve loss of traction in your opinion?

5     A.   No.

6     Q.   Do you have an opinion as to the reason

7          Mr. Wightman lost control of his vehicle?

8     A.   I have an opinion, yes.

9     Q.   What is it?

10    A.   Well, we don't know specifically what

11         happened.  There's not really any good

12         physical evidence that's been documented as

13         to what might have happened.  We know

14         certain things didn't happen.  The

15         principle allegation in this case has been

16         that the Jake Brake led to the loss of

17         control, and that's clearly not the case.

18    Q.   Well, excuse me, but --

19    A.   Can I finish?

20    Q.   No.  I'd just like to see if I can get an

21         answer to the question.  I didn't ask you

22         for that.  All I asked you is whether you

23         had an opinion as to the cause of the loss

24         of control, and you said yes.  And I said,