UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room #306

Friday April 23, 2004
2:00 p.m.


CASE NO. **3:01cv1771 MRK**   **Svege v. Mercedes-Benz Credit, et al**

Leo Gilberg
Office of Attorney Leo Gilberg
305 Broadway
New York, NY 10007

STATUS CONFERENCE HELD
DATE: 4/23/04
45 min.

Jessica J. Mitchell
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499


Jeffrey C. Pingpank
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109


Jill M. Sudduth
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103-3449


Paul D. Williams
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK