UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMISTRATRIX, ET AL., : CIVIL NO. 3:01 CV 01771 (MRK)
:
            Plaintiffs, :
vs. :
: **NOTICE OF MANUAL FILING**
MERCEDES-BENZ CREDIT :
CORPORATION, ET AL., :
: April 23, 2004
            Defendants. :

FILED
APR 26  2 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN

PLEASE TAKE NOTICE that plaintiffs have manually filed the following documents on April 20, 2004 with the Clerk of the Court:

1.    Cross-Motion to preclude testimony of defendants' experts with a Memorandum of Law in opposition to defendants' motion and in support of the cross-motion as well as Local Rule 9(c)2 Statement of plaintiffs.

2.    Plaintiffs' Memorandum in opposition to defendant Mercedes-Benz Credit Corporation's Motion for Summary Judgment as well as Local Rule 9(c)2 Statement of plaintiffs.

The above documents have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

The above documents have been manually served on all parties.

                                Respectfully submitted,

                                Plaintiffs: Alice G. Svege, Administratix of The Estate of Thor Svege, Sr. and Alice G. Svege, as Guardian of the Estate of Minor Children, Thor Svege, Jr. and Briana Svege

                                By:
                                LEO GILBERG, ESQUIRE
                                305 Broadway
                                New York, New York 10007
                                212-822-1400
                                Federal Bar No. CT22824