```
 1                        VOLUME    I
 2                        PAGES     1 - 267
 3
            UNITED STATES DISTRICT COURT
 4             DISTRICT OF CONNECTICUT
 5                C.A. No.: 3:01cv01771(JBA)
 6       ***************************
                                      *
 7    ALICE G. SVEGE,                 *
      Administratrix, et al,          *
 8           Plaintiffs,              *
      vs.                             *
 9                                    *
      MERCEDES-BENZ CREDIT            *
10    CORPORATION, et al,             *
             Defendants.              *
11                                    *
         ***************************
12
13           DEPOSITION OF WILLIAM M.
14    HOWERTON, a witness called on behalf of the
15    Plaintiffs, Alice G. Svege, Administratrix,
16    et al, pursuant to the applicable
17    provisions of the Federal Rules of Civil
18    Procedure, before Patricia Bracken,
19    Certified Shorthand Reporter and Notary
20    Public, in and for the Commonwealth of
21    Massachusetts, at Day, Berry & Howard, LLP,
22    260 Franklin Street, Boston, Massachusetts,
23    on Friday, July 25, 2003, commencing at
24    9:55 a.m.
```

Page 243

| | | |
|---|---|---|
| 1 | | EDSMAC? |
| 2 | A. | EDSMAC is engineering dynamics simulation model of accident collisions. It's an acronym. |
| 5 | Q. | Okay. How does it differ from the PC Crash? |
| 7 | A. | How does it differ? Well, one, it's two dimensional. Two, it allows you to explicitly model the crush that occurs during the impact between two vehicles. Those are the principle differences. |
| 12 | Q. | So can you put that on the screen? |
| 13 | A. | Sure. |
| 14 | Q. | Now, before you put that on the screen, is there also corresponding material like you did with the PC Crash and any of your folders? |
| 18 | A. | For EDSMAC? |
| 19 | Q. | Yes. |
| 20 | A. | Yes, there is. There's an EDSMAC tab in that notebook. |
| 22 | Q. | Okay. |
| 23 | A. | Well, you have the wrong notebook. Is that what you're looking for? You're looking |

```
 1        vehicles.  So what I do is I use the
 2        representation for the tractor and add
 3        weight to the rear wheels.
 4   Q.   Okay.  Now, with regards to the PC Crash
 5        program, did you have to like splice
 6        different segments of it together?
 7   A.   No.
 8   Q.   It's one sequence?
 9   A.   Yes.
10   Q.   From start to finish?
11   A.   Yes.
12   Q.   Could I just see the EDSMAC once more?
13   A.   Sure.
14             MR. WILLIAMS:  And is that also
15        on his CD?
16             THE WITNESS:  Yes, it is.
17   Q.   So tell me again why you're not able to get
18        the trailer configuration in there.
19   A.   EDSMAC doesn't allow you to use articulated
20        vehicles.  That's why really it's only
21        appropriate for the initial crash event.
22   Q.   So that if you did EDSMAC on the
23        eastern-bound side of the highway, we would
24        get a better -- I don't know if the word is
```

```
 1          definition or a better dynamic look at the
 2          contacts that took place on the eastbound
 3          side?
 4    A.    For that brief period of time when the
 5          tractor is striking the wall.  Now, as the
 6          trailer becomes more of a factor in this,
 7          then the analysis begins to become --
 8    Q.    It's not appropriate?
 9    A.    -- less effective.  Well, it still is, but
10          you just have to understand what it is that
11          you're modeling.
12    Q.    But in the PC Crash program, the simulation
13          just shows the tractor like -- I don't
14          know.  It's my depiction it's just like
15          skimming across the barrier.  It doesn't
16          seem to show any kind of dynamics of how
17          those gouges were made.  You know, those
18          gouges evidently required some sort of a --
19          more of a traumatic impact to the wall --
20                    MR. WILLIAMS:  Objection as to
21          form.
22    Q.    -- than the simulation.
23                    MR. WILLIAMS:  Sorry.  Objection
24          as to form.
```

Page 257

1  Q.  Now, how many times have you done this kind
2      of PC Crash and EDSMAC in cases that you've
3      been involved in?
4  A.  Well, EDSMAC I typically use in almost any
5      automobile accident reconstructions I've
6      done.  PC Crash I tend to use when we have
7      issues concerning articulated vehicles.  So
8      not nearly as often.
9  Q.  Now, in the EDSMAC when it's played, you
10     see as a result -- well, I don't know if
11     it's as the result, but you see after the
12     initial contact of the two left fronts to
13     each other the tractor going to the right.
14              MR. WILLIAMS:  Objection as to
15     form.
16 A.  Well, it's still heading essentially in the
17     direction that it was headed.  It's being
18     forced to rotate.
19 Q.  Now, what's forcing it to rotate towards
20     the right?
21 A.  No, no.  It's rotating counterclockwise.
22     We'll watch it again.
23 Q.  I see.
24 A.  Are we finished with this?