**Exhibit O**

**FREIGHTLINER**

FREIGHTLINER CORPORATION

CONFIDENTIAL

# ENGINEERING TECHNICAL REPORT

| | | |
|---|---|---|
| REPORT NUMBER | | |
| FINAL REPORT | X | PROGRESS REPORT |
| PROJECT WORK ORDER | T0217 | |
| RECORD NUMBER | | |
| DATE | 4/22/97 | PAGE 1 OF 7 PAGES |

**TITLE:** 1997 Brake Systems - Winter Test

**KEY WORDS:**    ABS          Brake Tests          EBS   _     ATC

**ABSTRACT:**

Wabco has developed two new brake control systems: A new lower cost pneumatic ABS system than the Century Class standard D-version that eliminates the specialized automatic traction control (ATC) and differential tire size functions and maintains only the ABS function. It is called the D-basic system. Wabco has also developed, in conjunction with Freightliner, an electronically controlled pneumatic brake system (EBS). It replaces the traditional pneumatic signals with electronic signals for improved brake timing, more tailored brake balance, as well as several other development opportunities.

The ABS braking performance of both of these new systems and the traction control of the EBS system was compared with the known performance of the D-version system in winter driving conditions. The D-basic ABS system performed equally to the D-version ABS system during all ABS stopping maneuvers. The EBS system performed equally to the D-version ABS system during all ABS stopping maneuvers and ATC traction maneuvers.



EXHIBIT

Plf's 24 D
4-1-04 SVS

**CONTENTS:** _____ SLIDES  _____ PHOTOGRAPHS  _____ DRAWINGS  _____ DIAGRAMS  _____ CHARTS

| WRITTEN BY Matt Markstaller | POSITION Sr. Test Engineer | DEPARTMENT Test | LOCATION CIII | TELEPHONE 735-6857 |
|---|---|---|---|---|
| | | | | |
| | | | | |

**APPROVALS:**

| Al Pearson | TEST | 4/24/97 DATE | | DEPT. | DATE |
|---|---|---|---|---|---|
| Jim Tipka | TEST | DATE | | DEPT. | DATE |
| | DEPT. | DATE | | DEPT. | DATE |

**DISTRIBUTION:**

Michael von Mayenburg, C2B-EXC       Adrienne Chilberg, C3D-EOP       Test File, (2 copies)
Gary Rossow, C2A-DIR (Abstract only)   Lou Novoa, C2A-DIR               M.Markstaller, CIII-TST
Steve Ellison, C2D-CE (Abstract only)   Wolf Rigol, C2A-DIR             Anthony Moore, C2D-CHE
Gene Barron, C3D-EA (Abstract only)    Paul Menig, CII-EP (Abstract only)

THE INFORMATION CONTAINED HEREIN IS THE PROPRIETARY DATA OF FREIGHTLINER CORPORATION, AND IS NOT FOR DISSEMINATION OR DISCLOSURE IN WHOLE IN PART, FOR ANY PURPOSE EXCEPT AS AUTHORIZED IN WRITING BY FREIGHTLINER CORPORATION.
ENG447 (9/93PI)

# ENGINEERING
# TECHNICAL REPORT

CONFIDENTIAL

 FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 2 |

## TABLE OF CONTENTS

**Page**

Objective.............................................................................................. 3

Background ......................................................................................... 3

Conclusions......................................................................................... 3

Recommendations .............................................................................. 4

Summary of Results ............................................................................ 4

Discussion............................................................................................ 4

Method & Equipment........................................................................... 6

## APPENDIX

Appendix A:  Freightliner Measured Data.....................................A1 - A26

Appendix B:  WABCO Measured Data .......................................B1 - B47

Appendix C:  Photographs of Test Surfaces...................................C1 - C3

Appendix D:  Vehicle Specification Summary...............................D1 - D2

ENG447 (4/96PI)

# ENGINEERING
# TECHNICAL REPORT

CONFIDENTIAL



FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 3 |

## OBJECTIVES:

Compare the anti-lock braking system (ABS) performance of two new pneumatic brake control systems; Wabco D-basic version pneumatic control and Wabco "EBS" electronic control, to the standard Wabco D-version pneumatic control system during stopping maneuvers in winter conditions.

Compare the automatic traction control (ATC) of Wabco "EBS" electronic control to the standard Wabco D-version pneumatic control system.

## BACKGROUND:

The Wabco ABS braking system has been used on Freightliner pneumatic brake applications for several years. The most recent production version, standard for the Century Class vehicle, known as the "D-version" is a premium system with provisions for ATC and differential tire size capability.

In anticipation of the new F.M.V.S.S. 121 requirement effective 3/97, that all tractors be equipped with ABS, Wabco has developed a lower cost ABS system that eliminates the specialized functions and maintains only the ABS function, called the D-basic system. It uses the same valve package as the D-version system and will be used for the majority of production that does not require any of the specialized features available with the D-version system..

Wabco has also developed, in conjunction with Freightliner, an electronically controlled pneumatic brake system (EBS). It replaces the traditional pneumatic signals with electronic signals for improved brake timing, more tailored brake balance, as well as for several other development opportunities. This system employs an electronic controller, electronic treadle, and electronic valves. A dual air system is also built in for backup operation in the event of the electronic system failure.

The ABS performance of both of these new systems as well as the ATC of the EBS system was compared with the known performance of the D-version system in winter driving conditions.

## CONCLUSIONS:

1. The D-basic ABS system performed equally to the D-version ABS system during all ABS stopping maneuvers.
2. The EBS system performed equally to the D-version ABS system during all ABS stopping maneuvers and ATC traction maneuvers.

ENG447 (4/96PI)

# ENGINEERING TECHNICAL REPORT

CONFIDENTIAL



FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 4 |

## RECOMMENDATIONS:

The D-basic ABS system is approved by test engineering for production through the Freightliner pneumatic braked product line.

## SUMMARY OF RESULTS:

Distances for ABS stopping maneuvers and ATC traction maneuvers for each tested configuration is summarized below:

**Test:**
**Load:** Loaded
**Ambient Conditions:** 25 deg F.

Stopping distances

| | Flat Ice 30 mph Distance | Std. Dev. | End Air pri/sec. | Split Co. 35 mph Distance | Std. Dev. | End Air pri/sec. | Packed Snow 35 mph Distance | Std. Dev. | End Air pri/sec. |
|---|---|---|---|---|---|---|---|---|---|
| D Version | 757 | 14 | 60/70 | 254 | 31 | 90/100 | 241 | 11 | 80/90 |
| D Basic | 764 | 13 | 60/70 | 233 | 22 | 85/100 | 223 | 16 | 80/90 |
| EBS | 771 | 38 | 75/65 | 234 | 21 | 100/90 | 239 | 20 | 85/80 |

**Test:**
**Load:** Bobtail
**Ambient Conditions:** 26 deg F.

Stopping distances

| | Flat Ice 30 mph Distance | Std. Dev. | End Air pri/sec. | Split Co. 35 mph Distance | Std. Dev. | End Air pri/sec. | Packed Snow 35 mph Distance | Std. Dev. | End Air pri/sec. |
|---|---|---|---|---|---|---|---|---|---|
| D Version | 468 | 22 | 80/90 | 185 | 12 | 95/100 | 185 | 8 | 90/100 |
| D Basic | 455 | 23 | 85/95 | 189 | 8 | 95/100 | 175 | 18 | 85/100 |
| EBS | 468 | 14 | 90/85 | 166 | 7.2 | 100/95 | 167 | 4 | 95/90 |

**Test:** ATC   Traction Test
**Load:** Loaded
**Ambient Conditions:** 25 deg F.

| | Flat Ice Distance | Std. Dev. | Split Co. Distance | Std. Dev. | Packed Snow Distance | Std. Dev. | 6 deg. climb (snow) Distance | Std. Dev. |
|---|---|---|---|---|---|---|---|---|
| D Version | 577 | 53 | 155 | 27 | 115 | 13 | 17 | 2 |
| EBS | 455 | 19 | 203 | 10 | 137 | 4 | 22 | 2 |

## DISCUSSION:

Testing was conducted at the Smithers Scientific winter test facility in Sault St. Marie, Michigan.  The four surfaces used for testing; flat ice, split coefficient (ice/ dry concrete), packed snow, and 6 degree packed

ENG447 (4/9/6PI)



# ENGINEERING
# TECHNICAL REPORT

CONFIDENTIAL

FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 5 |

### Discussion Cont.:

snow slope are maintained by Smithers Scientific to characterize different road conditions under a wide range of winter conditions.

The testing was conducted primarily to verify performance of the systems. Since the D-basic ABS logic is similar to that of the D-version, and the EBS ABS logic, although controlled electronically is modeled after the D-version, stopping performance was expected to be similar.

The first stopping test conducted was a 30 mph stop on flat ice with the loaded combination configurations. As with all of the test surfaces, the flat ice conditions varied significantly dependent on ambient temperature and sun conditions, so testing was conducted during one session, alternating vehicles. Results show that stopping performance of the three systems are equal. The other important factor is compressed air usage, primary and secondary air for each run started at 125 p.s.i. Ending air pressure for the D-basic system was similar to that of the D-version system (see Appendix A1 through A6 for distance, time, and ending air pressure data for the flat ice tests). A significant portion of available air was used during this maneuver because of the unusual nature of a flat ice stop for such a long duration. During normal highway driving the D-version system has shown to maintain acceptable air pressure during an ABS event. The EBS system may use slightly less air than the fully pneumatic systems. The Wabco supplied individual wheel speed data indicates the relatively low friction coefficient of this surface. During the pressure apply and release cycle at the wheel ends very little time is spent with full pressure to the brake chambers, most of the time is spent waiting for the wheel to regain speed with any of the systems. The pneumatic systems perform similarly, the steer wheel brakes cycle quicker than the drive wheels. Two factors may contribute to this, more inertia for the drive wheel ends and slower brake timing. Examination of the EBS data shows quicker brake cycling than the pneumatic systems on all axles facilitated by the quicker reacting electronic brake control (see Appendix B1 through B23 for Wabco supplied data on flat ice stops).

Although the flat ice stopping distances for the bobtail vehicles were shorter than for the loaded combinations, the trends were the same. Stopping distances and air consumption were similar for all three systems during the flat ice stops.

The next test was the loaded vehicle split coefficient surface stop. It represents the most challenging condition for the ABS systems to stop the vehicle while allowing the driver to maintain control of the vehicle. All three systems performed similarly. Driver control was similar as the vehicles would pull slightly to the high coefficient surface. All stops were easily made without leaving the test lane. Initally the EBS system felt a little more aggressive and had quicker brake cycle times than the other two systems but was not difficult to control (see Appendix A7 through A12 for Freightliner distance, time, and ending air pressure data and B24 through B35 for Wabco supplied data for the split coefficient tests).

Split coefficient stops for the bobtail vehicles were shorter than the loaded vehicle stops. The D- basic version was similar to the D-version system. The EBS demonstrated slightly shorter distances possibly due to the quicker control of the electronic system. All of the systems required more driver input than with the fully loaded vehicle, but they were still not difficult to control, and none of the vehicles ever left the test lane.

ENG447 (4/96PI)



CONFIDENTIAL

# ENGINEERING TECHNICAL REPORT



FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 6 |

**Discussion Cont.:**

The last stopping test that was conducted was the packed snow stop. This test represents the most typical driving condition but is also the most difficult to perform repeatedly during an instrumented test.

Each time the surface is traversed it can change significantly. Weather and snow conditions were favorable however with fairly constant temperatures and large machine packed surfaces to test on. Performance for the loaded vehicle was similar for each system with the exception of quicker cycle times for the EBS system like the other tests (see Appendix A13 through A18 for Freightliner distance, time, and ending air pressure data and B36 through B46 for Wabco supplied data for the split coefficient tests). As was mentioned earlier air consumption for this maneuver was low and would be more typical for a real world ABS braking maneuver.

Once again bobtail tests showed the same trend to loaded tests; similar performance with shorter stopping distances.

ATC traction maneuvers were conducted with the loaded vehicle configurations of the D-version and EBS systems. The same test surfaces were used as with the stops with the addition of a 6 degree packed snow ascent. All tests were conducted by engaging the clutch in 2nd gear and immediately depressing the accelerator pedal to 100%. An upshift was made when the engine RPM reached 2100.

Flat ice tests demonstrated the individual wheel brake control of each system, each side cycled several times. The engine control was also evident as the engine would remain at idle until the vehicle reached a 2 to 3 mph speed and then increased only as traction allowed. This test showed superior performance of the EBS system (see Appendix A19 and A20 for flat ice ATC data).

The split coefficient test results would indicate an advantage to the D-version system, however the D-version vehicle had 500 Hp compared with 360 Hp of the EBS system so this conclusion should not be drawn. Both systems applied brake to the wheel end on the low coefficient surface and accelerated quickly requiring little engine control (see Appendix A21 and A22 for split coefficient ATC data).

The packed snow tests were of little utility since very little wheel spin was invoked. Again distances reflect the horsepower advantage of the D-version vehicle (see Appendix A23 and A24 packed snow ATC data).

The packed snow 6 degree ascent was also of limited utility. A small test area required that the same path be used for all test runs. The test surface deteriorated with each run. Still the distances reflect the horsepower advantage of the D-version vehicle (see Appendix A25 and A26 for packed snow 6 degree ascent ATC data).

Photographs of the test surfaces are contained in Appendix C. A summary of pertinent vehicle specifications is contained in Appendix D.

ENG447 (4/96PI)

# ENGINEERING TECHNICAL REPORT

CONFIDENTIAL



FREIGHTLINER CORPORATION

| TITLE | DEPARTMENT | DATE | REPORT NO. | PAGE |
|---|---|---|---|---|
| 1997 Brake Systems - Winter Test | TEST | 4/22/97 | T021-97/12 | 7 |

## METHOD AND EQUIPMENT:

### Test Maneuvers

In order to document and compare the performance of the brake control systems velocity, time, and distance were measured while the following maneuvers were conducted with the test configurations as noted:

1.  30 mph to 0 mph flat ice full brake applications (D-version, D-basic, EBS/ loaded, bobtail).

2.  35 mph to 0 mph split coefficient full brake applications (D-version, D-basic, EBS/ loaded, bobtail).

3.  35 mph to 0 mph packed snow full brake applications (D-version, D-basic, EBS/ loaded, bobtail).

4.  0 to 15 mph flat ice ATC acceleration  (D-version, EBS/ loaded).

5.  0 to 15 mph split coefficient ATC acceleration   (D-version, EBS/ loaded).

6.  0 to 15 mph packed snow ATC acceleration   (D-version, EBS/ loaded).

7.  0 to 6 mph packed snow 6 degree slope ATC acceleration  (D-version, EBS/ loaded).

### Test Vehicles

FLC 120 70" RR SleeperCab #556579 (D Version and D-basic Version brake control systems)
Bobtail weights;  steer;  9950 lb.  drive;  7950 lb.
Loaded weights;  steer;  11850 lb.  drive;  32630 lb.  Trailer,  32650 lb.

FLC 112 48"FR SleeperCab #691407 (EBS version 2.000 brake control system)
Bobtail weights;  steer;  9250 lb.  drive;  7750lb.
Loaded weights;  steer;  11140 lb.  drive;  32240 lb.  Trailer,  32410 lb.

Trailmobile 40 foot flatbed trailer #F35838

See Appendix D for more complete description of test tractors.

### Test instrumentation

Labeco fifth wheel velocity/ time/ distance recording system.

Wabco supplied and controlled individual wheel velocity recording system.

ENG447 (4/96PI)

**Exhibit P**

Svege vs Mercedes-Benz

3/28/2004                                                William M. Howerton

---

Page 269

APPEARANCES:
Representing the Plaintiffs:
LEO GILBERG, ESQUIRE
305 Broadway
New York, New York 10007
(212)822-1440

Representing the Defendants:
DAY, BERRY & HOWARD
CityPlace I
Hartford, Connecticut 06103
(860)275-0223
By: PAUL D. WILLIAMS, ESQ.
    E-Mail: pdwilliams@dbh.com

- - -

Brandon Smith Reporting Service

---

Page 270

1        INDEX
    EXAMINATION
2
    Witness Name              Page
3   William H. Howerton
4     Direct By Mr. Gilberg ............ 272
5   EXHIBITS
                              Page
6
    Plaintiffs' Exhibits 15A - 15M Marked ........... 277
7   Plaintiffs' Exhibits 16A - 16R Marked .......... 311
    Plaintiffs' Exhibit 17 Marked ............... 326
8   Plaintiffs' Exhibit 18 Marked ............... 331
    Plaintiffs' Exhibits 19 -20 Marked ........... 338
9   Plaintiffs' Exhibit 10-J Marked .............. 359
    Plaintiffs' Exhibit 10-K Marked ............. 367
10  Plaintiffs' Exhibit 10-L Marked ...... ...... 388
    Plaintiffs' Exhibit 10-M Marked ........... 409
11
        - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 271

1
2              STIPULATIONS
3        It is stipulated by counsel for the parties
4    that all objections are reserved until the time of
5    trial, except those objections as are directed to the
6    form of the question.
7        It is stipulated and agreed between counsel
8    for the parties that the proof of the authority of the
9    Notary before whom this is taken is waived.
10        It is further stipulated that any defects in
11   the Notice are waived.
12        It is further stipulated that the reading and
13   signing of the deposition transcript by the witness may
14   be signed before any Notary Public.
15              - - -
16
17
18
19
20
21
22
23
24
25

---

Page 272

1
2    (Deposition commenced at 11:00 a.m.)
3    WILLIAM M. HOWERTON
4        having been duly sworn, deposes and
5    states as follows:
6            DIRECT EXAMINATION
7    BY MR. GILBERG:
8        Q.  Good morning, Mr. Howerton.  I would like to
9    ask you some questions, if I may.
10        To begin with, concerning a test that you did
11   on February 15th, 2004, can you tell me where that test
12   was done?
13        A.  It was done at my offices, Scientific Boston
14   in Boxborough, Massachusetts.
15        Q.  Do those premises contain the facilities that
16   I have seen on the DVD you provided?
17        A.  Yes.
18        Q.  And how big are those premises?  I'm speaking
19   not about the office, but outside.
20        A.  Well, it's about fourteen and a half acres.
21        Q.  And what's the address of that facility?
22        A.  1120 Mass. Avenue.
23        Q.  And is that facility contained?  Does it have
24   a fence around it?
25        A.  No.

---

2 (Pages 269 to 272)

Page 273

```
1      Q.   Does it have any roadway that you enter onto
2   the premises from?
3      A.   I'm not sure I understand what you mean.
4      Q.   Well, when you -- when you are on the road
5   where you say the address is --
6      A.   Yeah.
7      Q.   -- is there some sort of a gate that you go
8   through to get into the premises?
9      A.   Well, you would have to turn off of the main
10  road on to a driveway, right.
11     Q.   Is there a gate there?
12     A.   No.
13     Q.   It's not a secured facility, is it?
14     A.   In terms of restriction -- you mean entrance?
15     Q.   Yes.
16     A.   Right, no.
17     Q.   Now, how did this test come about?
18          By that, I mean, were you asked by anyone to
19  do it or did you just do it spontaneously on your own?
20     A.   No, I discussed it with Mr. Williams. It was
21  an idea I had to demonstrate that the Jake Brake would
22  be suppressed by the ABS system. It was a fairly
23  simple, straightforward test, I thought, and he
24  suggested I go ahead and do it, so I did.
25     Q.   And when did you have that conversation?
```

Page 274

```
1      A.   Boy, it was weeks -- several weeks before we
2   actually did it.
3      Q.   Okay. Was it in February, 2004?
4      A.   It would have been before that.
5      Q.   Would it have been in January, 2004?
6          MR. WILLIAMS: Objection as to form.
7      A.   Possibly.
8   BY MR. GILBERG:
9      Q.   Well, you said it was a few weeks before the
10  date of the test, which was February 15th, 2004.
11          Can't you just give me some approximation of
12  when that was?
13     A.   Actually, I said several weeks.
14     Q.   Several weeks?
15     A.   Right, so it could have been in January, it
16  could have been in December.
17     Q.   Okay. And where did that conversation take
18  place?
19     A.   That would have been a telephone
20  conversation.
21     Q.   And had you discussed doing this before you
22  spoke with Mr. Williams with Bruce Koepke?
23     A.   I don't believe so.
24     Q.   Had you spoke before you spoke to
25  Mr. Williams about doing this test with Donald Barnes?
```

Page 275

```
1      A.   No.
2      Q.   Before you did this test, were you aware that
3   Bruce Koepke had done a test on August the 11th, 2003?
4      A.   If you're referring to driving over railroad
5   tracks --
6      Q.   Yeah.
7      A.   I don't know the date he did it, but I know
8   he did a test, right.
9      Q.   Well, I'm speaking about specifically the
10  August 11th, 2003, because Mr. Koepke had done it early
11  in July of 2003, and then did it again on August 11th,
12  2003.
13          Were you aware of that?
14     A.   My recollection is he did it two separate
15  times. The dates, I just don't recall.
16     Q.   Okay. And before you spoke to Mr. Williams
17  about doing your own test, had you seen any report from
18  Mr. Koepke about the test he did?
19     A.   I had seen Mr. Koepke's report, yes.
20     Q.   Okay. And was that a -- and you saw that in
21  either January or December of -- before the February
22  15th, 2004 test?
23     A.   You know, the chronology isn't clear to me.
24  I have seen his test -- I saw the report -- his report
25  before I did the test. I knew he did the best before I
```

Page 276

```
1   did my test, yes.
2      Q.   Did you see before you did your test -- well,
3   withdrawn.
4          Did you see when you spoke to Mr. Williams
5   about this test -- had you seen the videotape that
6   Bruce Koepke generated from a test he did in August,
7   2003?
8      A.   I have not seen any videotapes of Bruce
9   Koepke.
10     Q.   Now, have you brought with you today your
11  file?
12     A.   Yes.
13     Q.   And could you take it out?
14     A.   It's all these boxes here. What is it you
15  would like to see?
16     Q.   I would like to see your file with regards to
17  your February 15th, 2004 test.
18     A.   Sure.
19          (Pause.)
20          MR. GILBERG: Let the record note that
21  the witness has produced under a black cover his file
22  concerning the test that he did in February, 2004.
23          Can we have this marked as Plaintiffs'
24  Exhibit 15 for identification.
25          What I would like the reporter to do is,
```

3 (Pages 273 to 276)

**Exhibit Q**

# FEDERAL
## MOTOR CARRIER
# SAFETY
# REGULATIONS

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

PARTS 382, 383, 387, 390-397, 399, 40

*Provided by*



**COMMERCIAL
VEHICLE ACCIDENT
RESPONSE TEAM**

Accident Investigation & Reconstruction
Federal and State Regulation Compliance
Mechanical and Brake Failure Analysis
Driver Training and Safety
Articulated Vehicle Dynamics
Roadway Defect Contributions
Deposition and Trial Testimony

**JOHN C. GLENNON**, *Chartered*
6917 WEST 76TH STREET
OVERLAND PARK, KANSAS 66204
PHONE (913) 383-3856         FAX (913) 383-2277
WEB http://member.expertpages.com/jcglen

s, or
n supplies, or both, to or from a farm;
: operation of a for-hire motor carrier;
lous materials of a type or quantity
cial motor vehicle to be placarded in
of this subtitle; and
50 air-miles of the farmer's farm.
son who operates a farm or is directly
of land, crops, or livestock which—
erson; or
t control of that person.
njury which results in the death of a
motor vehicle accident or within 30

**lministrator** means the chief execu-
ay Administration, an agency within
portation.
rier means a person engaged in the
r passengers for compensation.
**weight rating (GCWR)** means the
anufacturer as the loaded weight of a
n motor vehicle. In the absence of a
nufacturer, GCWR will be determined
the power unit and the total weight of
oad thereon.
**ht rating (GVWR)** means the value
cturer as the loaded weight of a single

l means a substance or material which
the Secretary of Transportation to be
nreasonable risk to health, safety, and
ted in commerce, and which has been so

ice means a material, and its mixtures
tified in the appendix to §172.101, List of
and Reportable Quantities, of this title
ortation in one package, or in one trans-
packaged, and when the quantity of the
or exceeds the reportable quantity (RQ).
apply to petroleum products that are lu-
mixtures or solutions of hazardous sub-
ation less than that shown in the table in

§171.8 of this title, based on the reportable quantity (RQ) specified for the materials listed in the Appendix to §172.101.

**Hazardous waste** means any material that is subject to the hazardous waste manifest requirements of the EPA specified in 40 CFR Part 262 or would be subject to these requirements absent an interim authorization to a State under 40 CFR Part 123, Subpart F.

**Highway** means any road, street, or way, whether on public or private property, open to public travel. "Open to public travel" means that the road section is available, except during scheduled periods, extreme weather or emergency conditions, passable by four-wheel standard passenger cars, and open to the general public for use without restrictive gates, prohibitive signs, or regulation other than restrictions based on size, weight, or class of registration. Toll plazas of public toll roads are not considered restrictive gates.

**Interstate commerce** means trade, traffic, or transportation in the United States—

(1) Between a place in a State and a place outside of such State (including a place outside of the United States);

(2) Between two places in a State through another State or a place outside of the United States; or

(3) Between two places in a State as part of trade, traffic, or transportation originating or terminating outside the State or the United States.

**Intrastate commerce** means any trade, traffic, or transportation in any State which is not described in the term "interstate commerce."

**Medical examiner** means a person who is licensed, certified, and/or registered, in accordance with applicable State laws and regulations, to perform physical examinations. The term includes, but is not limited to, doctors of medicine, doctors of osteopathy, physician assistants, advanced practice nurses, and doctors of chiropractic.

**Motor carrier** means a for-hire motor carrier or a private motor carrier. The term includes a motor carrier's agents, officers and representatives as well as employees responsible for hiring, supervising, training, assigning, or dispatching of drivers and employees concerned with the installation, inspection, and maintenance of motor vehicle equipment and/or accessories. For purposes of subchapter B, this definition includes the terms **employer** and **exempt motor carrier**.

**Exhibit R**

SVEGE, et al. vs. MERCEDES-BENZ     BRUCE B. KOEPKE 07-22-03

COPY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICE G. SVEGE, Administratrix of
the ESTATE OF THOR SVEGE, SR.,
ALICE G. SVEGE, Guardian of the
Estate of Minor Children, THOR
SVEGE, JR., and BRIANA SVEGE,

    Plaintiffs,

vs.     Case No. 301CV1771 (JBA)

MERCEDES-BENZ CREDIT CORPORATION,
DAIMLER CHRYSLER CORPORATION,
FREIGHTLINER CORPORATION and
DETROIT DIESEL CORPORATION.

    Defendants.

DEPOSITION OF BRUCE B. KOEPKE

Taken in behalf of Plaintiffs

* * *

July 22, 2003

620 Southwest Main Street, Courtroom 71

Portland, Oregon

Maureen Gager, CSR, RPR
Court Reporter

---

**Page 2**

APPEARANCES

Mr. Leo Gilberg
Attorney at Law
LEO GILBERG
305 Broadway
New York, NY 10007
(212) 822-1440
Counsel for the Plaintiffs

Mr. Paul D. Williams
Attorney at Law
DAY, BERRY & HOWARD, LLP
City Place 1
Hartford, CT 06103
(860) 275-0223
Counsel for the Defendants

ALSO PRESENT:

Russell S. Abrams, Corporate Counsel, Freightliner
4747 North Channel Avenue
P.O. Box 3849 (97208)
Portland, Oregon 97217
(503) 745-6209

INDEX

| EXAMINATION BY: | PAGE NO. |
| --- | --- |
| Mr. Gilberg | 8 - 217 |

---

**Page 3**

INDEX OF EXHIBITS

(Original exhibits retained by deponent.)

| EXHIBIT NUMBER | DESCRIPTION | PAGE MARKED | PAGE MENTIONED |
| --- | --- | --- | --- |
| 1 | Report of Brian Koepke | 11 | 11 |
| 2 | Notice of Deposition | 11 | 11 |
| 3 | Estimate weight calculation | 11 | 11 |
| 4 | CV of Brian Koepke | 11 | 12 |
| 5 | Handwritten sheet of calculations | 11 | 12 |
| 6 | Screen print hooked to bench test | 11 | 12 |
| 7 | Screen print of major components of test tractor | 11 | 12 |
| 8 | Screen print of major components of test tractor | 11 | 12 |
| 9 | Telephone conversation notes with Korn and Atty | 11 | 12 |
| 10 | E-mail for Howerton to Koepke | 11 | 12 |
| 11 | E-mails from Kayim to Koepke, vice versa | 11 | 12 |
| 12 | E-mail from Koepke to Howerton, vice versa | 11 | 13 |
| 13 | First page of E-mails from Koepke to Howerton, vice versa | 11 | 13 |

---

**Page 4**

| EXHIBIT NUMBER | DESCRIPTION | PAGE MARKED | PAGE MENTIONED |
| --- | --- | --- | --- |
| 14 | Second page of E-mails from Koepke to Howerton, vice versa | 11 | 13 |
| 15 | Cover sheet of fax | 11 | 13 |
| 16 | E-mail for Koepke to Joel Chiang | 11 | 14 |
| 17 | Vehicle date codes specs of test tractor | 11 | 14 |
| 18 | Printout of combined TSO and vehicle spec | 11 | 14 |
| 19 | Estimated weight for 924094 | 11 | 14 |
| 20 | Most recent deposition of Scottie Wightman | 11 | 14 |
| 21 | Pennsylvania police accident report | 11 | 17 |
| 22 | Expert report of Glennon | 11 | 17 |
| 23 | Printout of Jake Brake website | 11 | 17 |
| 24 | Report of Donald Horst | 11 | 17 |
| 25 | Reports of Howerton and Hoover | 11 | 17 |
| 26 | Rockwell WABCO ABS maintenance manual and Meritor WABCO ABS Student Manual | 11 | 17 |
| 27 | Selected pages from FLD Conventional Driver's Manual | 11 | 17 |
| 28 | Titled ABS/ASR System | 11 | 17 |

Page 49

1   A.  I have not seen it spelled out in a
2 paragraph, but the hardware itself, the data on this
3 screen, the demonstration that I observed, and actual
4 experience driving a truck verify that.  And it can
5 be demonstrated.
6   Q.  You've done this on a truck?
7   A.  Yes.
8   Q.  Okay.  And you have a CDL license, don't
9 you?
10  A.  I do.
11  Q.  For how many years?
12  A.  There was no CDL prior to maybe the early
13 1990s, but I have had training and I have been
14 driving heavy trucks for about 25 years.
15  Q.  Have you ever driven a heavy truck for a
16 living?
17  A.  No, I have not.
18  Q.  How many miles do you think that you've
19 accumulated driving heavy trucks in 25 years?
20  A.  Not a lot.  Probably 10,000 miles or so.
21  Q.  And has that been done mostly in defense of
22 cases for Freightliner?
23       MR. WILLIAMS:  Objection as to form.
24  A.  Probably not.
25 BY MR. GILBERG:  (Continuing)

Page 50

1   Q.  I mean, do you ever go out and commercially
2 take a load and take it from Portland to Denver?
3   A.  I've never commercially taken a load, but
4 I've driven loaded trucks typically with concrete or
5 liquid load.  I have never hauled -- I have never
6 hauled freight to deliver freight.  I have hauled
7 loaded trailers and driven on the highways, through
8 the mountains, across into deserts through the
9 Midwest.  I have also driven on proving grounds and
10 on test tracks.  And I have done some demonstrations
11 relative to litigation.  I have put quite a few miles
12 on the highway.
13  Q.  Do you think you are as experienced a
14 driver as Norris Hoover?
15  A.  No.
16  Q.  You've worked with Norris Hoover as an
17 expert driver in other cases other than this one,
18 haven't you?
19  A.  I have worked with Norris Hoover with him
20 as the expert driver.
21  Q.  In how many cases?
22  A.  I don't know exactly; several.
23  Q.  Have you ever asked Norris Hoover whether
24 it's his experience in driving tractors for all of
25 the years that he has done whether or not he's aware

Page 51

1 of the capacity of the ABS computer under wheel
2 slippage conditions without sensing an impending
3 lockup to disengage the engine brake?
4       MR. WILLIAMS:  The question is, did he
5 ever ask Norris Hoover that?
6       MR. GILBERG:  Yeah.
7 BY MR. GILBERG:  (Continuing)
8   Q.  Did you ever discuss that with him?
9   A.  Your question has a conflict in it.
10  Q.  Okay.  What is the conflict?
11  A.  It doesn't activate -- or deactivate the
12 retarder and activate the ABS brakes unless there is
13 an impending lockup.
14  Q.  I don't understand that.
15  A.  You said without an impending lockup.  That
16 kind of negated the question as I heard it.
17  Q.  Okay.  All right.
18       MR. WILLIAMS:  Now we have got to take
19 a break.
20       _     (A short recess was taken.)
21 BY MR. GILBERG:  (Continuing)
22  Q.  Let me go over Exhibit No. 6, which is your
23 picture of the screen.  And I don't have a copy of it
24 in front of me, so excuse me if I lean towards you.
25       Just tell me what this ECU information is.

Page 52

1 It says:  "ECU Type, Basic."  What does that mean?
2   A.  Just that it's a basic 12 volt.  I think
3 that means it doesn't have traction control.
4   Q.  Okay.
5   A.  And they make these sensors for around the
6 world, and some of them are 24 volt.  In the US, it's
7 12 volts.
8   Q.  You didn't photograph this bench test, did
9 you?
10  A.  No.
11  Q.  Other than making this duplication from the
12 screen?
13  A.  No.  I didn't take any photographs.  I just
14 watched the demonstration, and I asked, well, why
15 don't you print me this screen so I can show what the
16 data is that we were looking at.
17  Q.  As the test progresses, the bench test, is
18 there a different picture on the screen, other than
19 Exhibit 6?
20  A.  Some of the things on here varied
21 throughout the test.  The ECU information is static;
22 that just is identifying the type and part number,
23 manufacture date and serial number of the ECU that
24 was on the stand.
25  Q.  Okay.  And how does that -- in other words,

Svege v. Mercedes-Benz

4/1/2004                                                    Bruce Koepke

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
 2

 3            -

 4
     - - - - - - - - - - - - - - - - )
 5                                    )
     ALICE G. SVEGE,                  ) Civil Action No.
 6   ADMINISTRATRIX, ET AL.,          )
                                      ) 3:01CV1771 (JBA)
 7              Plaintiff(s),         )
                                      ) Volume II
 8              vs.                   )
                                      )
 9   MERCEDES-BENZ CREDIT             )
     CORPORATION, ET AL.,             )
10                                    Г
          ,    Defendant(s).          )
11   - - - - - - - - - - - - - - - - )
12

13

14       CONTINUED DEPOSITION OF:  BRUCE KOEPKE
         DATE:  APRIL 1, 2004
15       HELD AT:  DAY, BERRY & HOWARD, LLP
                      ONE CANTERBURY GREEN
16                    STAMFORD, CONNECTICUT
17

18

19

20

21

22   Reporter:  Sandra V. Semevolos, RMR, CRR, LSR #00074
                 BRANDON SMITH REPORTING SERVICE
23                    44 Capitol Avenue
                      Hartford, CT  06106
24                    Tel (860) 549-1850

25
```

d46be8d1-91de-4d6c-8dd7-e1c412056a8c

Svege v. Mercedes-Benz

4/1/2004                                                                    Bruce Koepke

Page 321

1  the screen?
2      A   Yes.
3      Q   That's a picture that looks out of the
4  dashboard -- looks out of the window, the front
5  window, and it looks out more on the passenger side;
6  isn't that right?
7      A   Yes.  That's where the videographer was
8  sitting.
9      Q   Okay.  So how far are you going to go in
10  this still photograph that we now have up before you
11  go into -- before you are going to reach the area
12  that you want to test the Jake Brake on?
13      A   I think it varied a little from run to
14  run.  But you can see right above the window sticker
15  there with the date on it, it's a permit of some
16  sort, there is kind of a bare area, more or less bare
17  ground, and I think I wanted until I got past that so
18  that I wanted to get both sides of the tandems on the
19  loose gravel, so it was kind of to the end of the
20  stretch that I backed off on the throttle.  That's
21  why I also did -- had Mr. Simpson stationary from the
22  outside, and I did a few runs so he could show where
23  I was driving, and you could see what the truck was
24  doing when you heard the Jake Brake go off.
25          MR. GILBERG:  Just off the record.

Page 322

1          (Off the record discussion.)
2          (Videotape was played and paused.)
3  BY MR. GILBERG:
4      Q   We have now stopped the -- I spoke too
5  quickly.  The area that had the gravel that you
6  wanted for your demonstration that would encompass
7  the width of the tandems, the rear drive wheels, what
8  was that area in terms of how wide was it and
9  roughly was it -- how long did that condition
10  continue?
11      A   I didn't take any measurements.
12      Q   It is a rather narrow area, isn't it?
13          MR. WILLIAMS:  Objection as to form.
14      A   It is.
15  BY MR. GILBERG:
16      Q   When your tandems were on this area, would
17  your front wheels have been off it?
18      A   Well, whatever the wheel base is, they are
19  200 and like 35 inches ahead of the center of the
20  Tandems so they are not on the same place.  I was
21  attempting to get the tandem drive wheels onto the
22  gravel so that I could be assured of getting enough
23  wheel slippage to disengage the Jake Brake.
24      Q   Now, this is one of the tests that you did
25  in this particular area.  Did you ever go back across

Page 323

1  this area again in this videotape?
2      A   Yes.
3      Q   So you made some kind of a circle and came
4  back?
5      A   I made a little loop around the area, and
6  in some cases Mr. Simpson road with me and filmed
7  from inside the cab, and in some cases, I dropped him
8  off a little bit up ahead and out of this picture we
9  are looking at now so that he could video what I was
10  doing from outside.
11      Q   So up to this point, Mr. Simpson has been
12  in the cab?
13      A   No, earlier on he was outside on the
14  sidewalk as I decelerated on the paved surface.
15      Q   And so you decelerated on the paved surface
16  how many times?
17      A   Well, we can count the times on the video.
18  I drove him through ahead of time to show him what I
19  was going to do; I didn't count that.  We can look at
20  the raw video and see how many times he recorded me
21  doing that, but I took him through this area first
22  and said, here is where I want to go, and decelerated
23  on the pavement, and then I said, okay, I'm going to
24  go across this gravel patch and I'm going to
25  decelerate, and I want to make sure we can record the

Page 324

1  sound of the Jake Brake, because you could hear it
2  clearly in the cab, and then I said, I want to drop
3  you off over here someplace so that you can record
4  what I'm doing from the outside.
5      Q   So the equipment was never being used while
6  Mr. Simpson was not in the cab?
7      A   What do you mean "the equipment?"
8      Q   Well, the laptop.
9      A   Well, the laptop was connected the whole
10  time, but you could only view it when it's on the
11  video.
12      Q   Okay.  Well, that's what I mean.  When we
13  see the laptop, that means that Mr. Simpson is in the
14  cab with you?
15      A   Well, yes.  He is the only person taking
16  video.
17      Q   Okay.  So how do we know what is taking
18  place with regards to the laptop at the various times
19  that the videotape shows the outside of the tractor?
20      A   Well, you can't tell that from the video.
21      Q   Well, for instance --
22      A   But it's connected to the monitoring
23  circuit that has no control over the vehicle.
24      Q   Yes, but we have no photograph, we have no
25  film of that?

27 (Pages 321 to 324)

Brandon Smith Reporting

Svege v. Mercedes-Benz

4/1/2004                                                      Bruce Koehler

**Page 325**

1   A   That's correct.
2   Q   What I'm saying is, all the time that you
3   are on the pavement and you say that the Jake Brake
4   has decelerated the drive axles and is the cause of
5   the slowing of the vehicle that we see, that's not
6   verified by the laptop?
7   A   Well, it wasn't recorded on the video
8   anyway.
9   Q   Okay. Well, it wasn't recorded on the
10  video?
11  A   Right.
12  Q   That's correct, okay. So there is no
13  laptop verification of those decelerations on the
14  hard pavement?
15  A   Well, I have to look at the tape. I don't
16  believe so. I think when he zoomed in on the laptop,
17  you can hear the Jake cutting in and out so we are on
18  the gravel.
19  Q   Well, we will see the laptop later, and I
20  think as you recall, when you see the laptop, you
21  don't see what the tractor is doing. There is no
22  outside film of it; isn't that right?
23  A   That's right. It's a single camera event.
24  Q   How do we know during what sequence that
25  laptop is in operation?

**Page 327**

1   Q   Don't you think the plaintiffs are entitled
2   to a demonstration that has some scientific
3   verification of what it is you are trying to show?
4       MR. WILLIAMS: Objection as to form.
5   A   This is a very simple demonstration that
6   clearly shows what happens, that the plaintiff could
7   just as easily do as I did and verify what we did.
8   It's as plain as day. All you have to do is get a
9   truck, put the Jake on, select a lower gear, and go
10  over an even gravel surface, and this is what
11  happens. It doesn't take any extreme conditions to
12  do this.
13  BY MR. GILBERG:
14  Q   Why didn't you get more than one video
15  camera?
16  A   I thought that this would explain it. It's
17  such a simple demonstration. I didn't feel it was
18  necessary.
19      MR. GILBERG: Now, for me to go
20  forward, what do I do?
21      MR. WILLIAMS: Hit play. Not pause,
22  play.
23      (Videotape was played and paused.)
24  BY MR. GILBERG:
25  Q   Now, in the sequence that just ended, what

**Page 326**

1   A   Well, besides me telling you under oath and
2   what you see on the video, I think that's what we
3   have.
4   Q   Well, are you saying that as you are
5   driving this vehicle that you are looking at the
6   laptop, and you can tell us what was being shown at
7   that laptop during the whole sequence while you are
8   driving?
9   A   No. I never looked at the laptop while I
10  was driving. I was looking ahead and driving. Where
11  I'm talking about looking at the laptop is on the
12  video.
13  Q   Okay. But just looking at the laptop on
14  the video, do you know what the tractor was doing at
15  that particular time, in which way, were you on the
16  gravel, were you on the pavement? Where were you?
17  A   I can tell in general where we are from
18  what the sound of the vehicle is doing and the
19  shaking of the camera, but, you know, I didn't have a
20  two- or three-camera setup with time lines so you can
21  coordinate those. I just have a single camera there.
22  Q   Well, you understood when you were doing
23  this, that it was for the purpose of this litigation;
24  isn't that true?
25  A   Yes.

**Page 328**

1   is the slowest speed that you reached?
2   A   I don't know. Very slow, under 10 miles
3   per hour.
4   Q   Would it have been under 5 miles an hour?
5   A   I think so.
6   Q   And what would the RPM have been then?
7   A   I don't recall. Right around idle.
8   Q   Five hundred or six hundred RPM?
9   A   Six or seven hundred.
10  Q   And now we are beginning a sequence that
11  obviously Mr. Simpson is not in the cab; is that
12  right?
13  A   That's correct.
14  Q   And was it during this sequence that the
15  laptop portion of this tape was generated?
16  A   No.
17  Q   Now, is this the -- withdrawn.
18      So we saw the tests on the dry pavement,
19  the roadway, and there were about two or three tests,
20  and we saw one on the gravel.
21      Is this now the second one on the gravel,
22  or was there some other filming on the gravel that
23  doesn't appear on this videotape?
24  A   We'd have to compare the two tapes.
25  Q   Okay. You haven't done that?

28 (Pages 325 to 328)

Brandon Smith Reporting

Svege v. Mercedes-Benz

4/1/2004

Bruce Koepke

Page 345

1    A   Yes.
2    Q   Left or right?
3    A   Left. First, second, third.
4    Q   What are we looking at?  Are we looking at
5  the laptop. We are seeing miles an hour. We don't
6  see anything go on, do we?
7    A   Yeah. I saw 22, maybe a flash of 23.
8    Q   Did you see any flash?
9    A   It was 22 point something at each of the
10  wheel positions on that last one.
11    Q   Is there any place on that laptop to show
12  the engine switch is on?
13    A   I don't recall.
14         (Videotape was paused.)
15    A   We can maybe look at it and see.
16  BY MR. GILBERG:
17    Q   Didn't this laptop computer have any
18  ability to show whether or not the engine brake
19  switch is on or off?
20    A   I don't recall. We might be able to tell
21  by looking at it, but I don't remember that.
22    Q   Well, in doing this demonstration, isn't
23  that sort of critical to your demonstration?
24  Wouldn't you want to be able to document that?
25    A   You can hear that it's on, and you can see

Page 346

1  that the activation is going on and off.
2    Q   What do you hear that you say is the engine
3  brake going on?
4    A   You can hear the sound of it.
5    Q   You hear a popping noise?
6    A   No.
7    Q   There is no popping noise?
8    A   I'm very surprised at -- I know it said it
9  in the Jacobs publication, but it doesn't sound like
10  a popping noise to me.
11    Q   Okay. So that was written by, I think
12  Mr. Jacobs; right?
13         MR. WILLIAMS: Objection as to form.
14    A   I have no idea who wrote that.
15  BY MR. GILBERG:
16    Q   How do you describe the noise that
17  characterizes the Jake Brake that you say you hear?
18    A   The engine noise gets louder and changes
19  pitch, and the frequency content is different. You
20  can -- it's obvious when you hear it.
21    Q   So you are not differentiating -- you said
22  the engine noise is different now; it has a higher
23  pitch. That characterizes the engine brake being
24  engaged?
25         MR. WILLIAMS: Objection as to form.

Page 347

1    A   Well, it gets louder and the frequency
2  content is different. You can clearly hear when it
3  comes on and off.
4  BY MR. GILBERG:
5    Q   When you say "the frequency content is
6  different," in what way?
7    A   Well, because you can hear the difference.
8  The tambour of the note changes.
9    Q   Okay. And you could also, during this
10  videotape, hear the rattle of the modulator valves
11  being pulsed?
12    A   No.
13    Q   You never heard the modulator valves being
14  pulsed?
15    A   No, I couldn't hear them in the truck. I
16  could hear them in the lab, but I could not hear them
17  over the sound of the engine and the Jake Brake.
18    Q   And you don't hear them on the video?
19    A   No.
20    Q   Now, we are just about to begin the first
21  run on the gravel; isn't that right?
22    A   Yes.
23    Q   And you say it's 200 feet to that wider
24  portion of gravel where you get the tandems on?
25         MR. WILLIAMS: Objection to form.

Page 348

1  That wasn't his testimony.
2    A   No. Not from here. I think the whole
3  straight stretch was 2 to 300 feet.
4  BY MR. GILBERG:
5    Q   How far is it to that area that you want to
6  put both tandems on?
7    A   I haven't measured it.
8    Q   Well, what is your estimate?
9    A   As soon as you lift -- hit the play button,
10  it's going to change. Ballpark 100 feet away right
11  now.
12    Q   One hundred feet away. And that's the
13  distance that you need to reach 2100 RPM in third
14  gear?
15         MR. WILLIAMS: Objection as to form.
16    A   That's more than sufficient distance.
17  BY MR. GILBERG:
18    Q   Okay. Now, when you start out here, you
19  are going to be in first gear; right?
20    A   No, I think I'm just in third gear at this
21  point.
22    Q   Oh, okay. You're on third gear and you are
23  idling here?
24    A   No. I think I came around the curve in
25  third gear, but I had to slow for the curve, and then

33 (Pages 345 to 348)

Brandon Smith Reporting

d46be6d1-91de-4d6c-8dd7-e1c412056a8c