UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

**Friday, May 21, 2004**
11:00 a.m.

CASE NO. **3:01cv1771 MRK**    **Svege v. Mercedes-Benz Credit, et al**

Daniel Joseph Foster
Day, Berry & Howard-Htfd-CT
Cityplace I
185 Asylum St.
Hartford, CT 06103-3499

Leo Gilberg
Office of Attorney Leo Gilberg
305 Broadway
New York, NY 10007

Jessica J. Mitchell
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

Jeffrey C. Pingpank
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Paul D. Williams
Day, Berry & Howard
Cityplace
Hartford, CT 06103-3499

**STATUS CONFERENCE HELD**
**DATE:** 5/21/04
15 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK