UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATIX, ET AL | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| v. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | |

## ORDER

Having conferred with the parties at the hearing held on June 24 and 25, 2004, the Court orders the following changes in the trial schedule for this case:

1. The parties shall file their Joint Trial Memorandum by **July 16, 2004**.

2. The Final Pretrial Conference will begin at **9:30 a.m. on July 26, 2004**.

IT IS SO ORDERED.

/s/         Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.