AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Svege _____ DISTRICT OF __Connecticut__

v.

mercedes-Benz Credit, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3.01CV1771

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| mark R. Kravitz | Leo Gilberg | Paul D. Williams |
| TRIAL DATE(S) 6/24/04 | COURT REPORTER Thea Finkelstein | COURTROOM DEPUTY Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 6/24/04 | | | John C. Glennon |
| ✓ | | 6/24/04 | | | Samuel Sero |
| ✓ | | 6/25/04 | | | Bruce Koepke |
| ✓ | | 6/25/04 | | | William Howerton |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages