*All exhibits made full by the court prior to Hearing unless otherwise indicated.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMISTRATRIX, ET AL.,  :   CIVIL NO. 3:01 CV 01771 (MRK)

                Plaintiffs,

vs.

MERCEDES-BENZ CREDIT
CORPORATION, ET AL.,

                :   June 22, 2004
        Defendants.

**HEARING**
June 24, 25, 2004

Plaintiffs' Pre-marked Exhibit List

| Exhibit 1  | - | Supplemental Expert Report of John C. Glennon, Jr. |
| Exhibit 2  | - | Expert Report of John C. Glennon, Jr. |
| Exhibit 3  | - | Official Transcript of John C. Glennon, Jr. at Pittsburgh State University. |
| Exhibit 4  | - | Pennsylvania State Police General Investigation Report. |
| Exhibit 5  | - | Police photos taken on 9/16/99 numbered 5.1-5.5, 5.10-5.11, 5.16-5.19. |
| Exhibit 6  | - | Transcript of Deposition of Trooper Martin Long, Pgs. 181-182. |
| Exhibit 7  | - | Transcript of Deposition of Norris D. Hoover, defendants' driver expert, Pgs. 26-27, 55-58. |
| Exhibit 8  | - | Transcript Deposition of Eric Svege, Pgs. 36-38. |
| Exhibit 9  | - | Transcript of Deposition of Elizabeth Ann Flynn, Pgs. 35-37. |
| Exhibit 10 | - | Inspection Notes of Philip Fekete. |

| | | |
|---|---|---|
| Exhibit 11 | - | Photo of dash of subject Freightliner tractor taken 11/6/99. |
| Exhibit 12 | - | Certified copy of Police Accident Report. |
| Exhibit 13 | - | Transcript of Deposition of John C. Glennon, Pgs. 106-108. |
| Exhibit 14 | - | Transcript of Deposition of Scottie Wightman, Pgs. 46-53, 58-69, 86-93, 138-141, 186-193. |
| Exhibit 15 | - | Transcript of Deposition of Scottie Wightman, Pgs. 131-133. |
| Exhibit 16 | - | Jacobs Engine Brake Retarder, Bloomfield, Connecticut, 10/17/85. |
| Exhibit 17 | - | Ohio Traffic Engineering Manual, Pg. 1. |
| Exhibit 18 | - | Freightliner FLD Conventional Drivers Manual, Engine Braking System, 7,30, Warning, 7.31. |
| Exhibit 19 | - | DDC Engine Operator's guide, 2002, Engine Brake Operation. |
| Exhibit 20 | - | Jacob Vehicle Systems Professional Driver Techniques and Owners Manual – including Driving Tips – Slippery Pavement. |
| Exhibit 21 | - | Traffic Collision Investigation Northwestern University. |
| Exhibit 22 | - | Model Commercial Driver License Manual. |
| Exhibit 22.1 | - | Bumper to Bumper. |
| Exhibit 23 | - | Physics, Fourth Edition, Douglas C. Giancoli. |
| Exhibit 24 | - | Calculated Total Friction Demand. |
| Exhibit 25 | - | Highway map of scene of accident. |
| Exhibit 26 | - | Traffic Accident Reconstruction – Vol. 2 of the Traffic Accident Investigator Manual Northwestern University Traffic Institute. |
| Exhibit 27 | - | A Policy on Geometric Design of Highways and Streets – AASHTO. |
| Exhibit 28 | - | SAE 831788 – Directional Control of Retarder Equipped Heavy Trucks Operating on Slippery Surfaces Vehicle Research and Test Center, NHTSA. (Radinski). |
| Exhibit 29 | - | A Policy on Geometric Design of Highways and Streets – AASHTO. (Wet Traction Values). |
| Exhibit 30 | - | Hydroplaning and Roadway Tort Liability. |

| | | |
|---|---|---|
| Exhibit 31 | - | Transcript of Deposition of Bruce B. Koepke (7/22/03). |
| Exhibit 32 | - | Anti-Lock Braking System – WABCO Student Manual. |
| Exhibit 33 | - | DDEC IV Application and Installation Manual, 5.9 Engine Brake Controls, 5.9.1 Operation. |
| Exhibit 34 | - | Rockwell WABCO D-Version ABS, Service Bulletin, Pg. 1. |
| Exhibit 34.1 | - | Rockwell WABCO Maintenance Manual for D Version. |
| Exhibit 35 | - | Combined Vehicle Specifications/TSO Report for subject tractor. |
| Exhibit 36 | - | Transcript of Deposition of IAN Daniel McKenzie, Director of Electronic systems for Detroit Diesel Corporation, Pgs. 57-64. |
| Exhibit 37 | - | Supplemental Expert Report of Samuel J. Sero, P.E. dated February 3, 2004. |
| Exhibit 38 | - | Transcript of Deposition of Don Barns, 11/21/02, Pgs. 17-18, 27, 96-99. |
| Exhibit 39 | - | Transfer Switch Drawing. |
| Exhibit 40 | - | Report of David E. Clement, Ph.D., Human Factors Psychologist. |
| Exhibit 41 | - | Supplemental Expert Report of William M. Howerton, Principal, dated March 11, 2004, and Report dated June 27, 2003. |
| Exhibit 42 | - | Supplemental Expert Report of Bruce B. Koepke, P.E. dated March 10, 2004, and Report dated June 27, 2003. |
| Exhibit 43 | - | Expert Report of Donald D. Barnes dated March 11, 2004. |
| Exhibit 44 | - | Transcript of Deposition of William A. Howerton on 7/25/03, Pgs. 134-137, 186-189, 254-265, 285-292, 305-308, 357-260, 265-272, 397-400. |
| Exhibit 45 | - | Transcript of Depositions of Bruce B. Koepke on 7/22/03 and 4/1/04, Pgs. 257-260, 265-272, 305-308. |
| Exhibit 46 | - | Transcript of Depositions of don Barnes on 11/21/02 and 4/1/04, Pgs. 208-215, 220-223, 244-247. |
| Exhibit 47 | - | Transcript of Deposition of David E. Clement, Ph.D. Pgs. 1-4, 89-92. |
| Exhibit 48 | - | Freightliner Engineering Technical Report. |
| Exhibit 49 | - | Transcript of Deposition of William A. Howerton dated 3/28/04, Pgs. 272-276. |

| | | |
|---|---|---|
| Exhibit 50 | - | Federal Motor Carrier Safety Regulations, Sec. 390.5. |
| Exhibit 51 | - | Transcript of Deposition of Bruce B. Koepke on 7/22/03 and 4/1/04, Pgs. 49, 321-328, 345-348. |

6/24/04 Exh 52    photo of Trailer

6/24/04 Exh 53 A Thru 53 D    photos

6/24/04 Exh 54    photo Rear of tractor cab.

Respectfully submitted,

Plaintiffs: Alice G. Svege, Administratrix of The Estate of Thor Svege, Sr. and Alice G. Svege, as guardian of the Estate of Minor Children, Thor Svege, Jr. and Brianna Svege

By: _____
LEO GILBERG, ESQ.
305 Broadway
New York, New York 10007
212-822-1400
Federal Bar No. CT22824


## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on this date by FED EX for next day delivery to:

Judge Mark R. Kravitz
U.S. District Court: District of Connecticut
141 Church Street
New Haven, CT 06510

Paul E. Williams, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06095

_____
LEO GILBERG, ESQ.

4