*All exhibits made full by the court prior to hearing unless otherwise indicated* /s/

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATRIX, ET AL     :   CIVIL NO. 3:01 CV 01771 (JBA)

           Plaintiffs,     :

VS.     :

MERCEDES-BENZ CREDIT CORPORATION,     :
ET AL

           Defendants.     :   JUNE 22, 2004

## DEFENDANTS' EXHIBITS TO DAUBERT HEARING

**501.**  **Report of Don Barnes dated March 11, 2004**

502.  ABS ECU Harness diagram (Barnes Exhibit 2)

503.  ABS Inst-Diag, Dash Harn (Barnes Exhibit 3)

504.  ABS Floor Harness (Barnes Exhibit 8)

505.  ABS MCH O/L Harness (Barnes Exhibit 9)

506.  Engine MCH O/L Harness (Barnes Exhibit 10)

507.  Engine ECU Harness (Barnes Exhibit 11)

508.  Engine Main Lab Harness (MCH) (Barnes Exhibit 12)

509.  Application Engineering – Cab Dimensions (Barnes Exhibit 6A-6F)

510.  ABS Test Checklist WABCO D Version (Barnes Exhibit 17A)

511.  ABS Test Checklist WABCO D Version (Barnes Exhibit 17B)

512.  Freightliner Heavy-Duty Trucks Maintenance Manual (Barnes Exhibit 19)

513.  SAE J1922 (Barnes Exhibit 23)

514.  Rockwell WABCO Maintenance Manual No. 30 (Barnes Exhibit 27)

515.  Toolbox Software documentation (Barnes Exhibit 25)

**516.**  **Report of Bruce Koepke dated June 27, 2003**

517.  Supplemental Report of Bruce Koepke dated March 10, 2004

518. Video tape of Brake Demonstration dated August 14, 2003

**519. Report of William Howerton dated June 27, 2003**

520. Supplemental Report of William Howerton dated March 11, 2004

521. William Howerton's Analysis Notebook

522. DVD - 1999 Freightliner FLD Jacobs Engine Brake Test

523. DVD – Accident Analysis Animation

**524. Supplemental Report of John Glennon Jr.**

525. John Glennon Jr. Letter of Retention

526. John Glennon Jr. Field Notes

**527. Report of Samuel Sero dated April 14, 2003**

528. Supplemental Report of Samuel Sero dated February 3, 2004

529. Transcript of Scottie Wightman's November 19, 2001 Deposition

530. Affidavit of Kenneth Baker

6/25/04  531  Bruce Koepke CV
6/25/04  532  Display

-2-