UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATIX, ET AL | : | |
| | : | |
| Plaintiffs, | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| v. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Having conferred telephonically with the parties on July 15, 2004, the Court orders the following change in the trial schedule for this case: The parties shall file their Joint Trial Memorandum by **July 20, 2004**. All remaining deadlines remain unchanged.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 15, 2004.