UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL., | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL., | : | |
| | : | |
| Defendants. | : | JULY 20, 2004 |

## JOINT TRIAL MEMORANDUM EXHIBIT A

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

It is assumed that the Court will make inquiry of the basic biographical information of each prospective juror, including marital status, employment of the juror, spouse and family members, prior jury service, and prior litigation experience.

The Plaintiffs respectfully request that the Court further inquire of the venire as follows:

1. Have you, any relative, or friend ever been employed or associated with the defendants, Freightliner Corporation, Detroit Diesel Corporation, and/or Mercedes-Benz Credit Corporation, or their parent corporation, DaimlerChrysler, or any other subsidiary of DaimlerChrysler. If so, please describe.

2. Have you, any relative, or friend ever owned stock in any of the defendant companies or in DaimlerChrysler or any of their other subsidiaries? If so, please describe.

3. Have you, any relative, or friend been employed, owned stock, or been associated with a company called Jacobs Vehicle Systems, Inc. of Bloomfield, Connecticut?

4. Have you, any relative, or friend been employed or associated with a company called Rockwell WABCO, which manufacturers ABS systems?

5. Have you, any relative, or friend been employed or own stock in a business that supplies component parts to auto or truck manufacturers, such as tires, batteries, etc.?

6. Have you, any relative, or friend been employed in the sale or lease of motor vehicles?

7. Do you, any relatives or friends have any technical, mechanical or engineering background? If yes, please explain.

8. Have you, any relative, or friend ever operated a truck, tractor or tractor-trailer? Please explain.

9. Is there anyone who does not drive a motor vehicle?

10. Is your mind open to consider evidence that a tractor-trailer driver may lose control of his vehicle due to a defect in the operation of his tractor-trailer?

11. Do you believe that a manufacturer or distributor should be accountable for wrongdoing?

12. Do you believe that a manufacturer or distributor should be accountable to a consumer and to third persons who could be expected to be endangered by its use for the design or manufacture of a defective or unsafe Product which causes injury?

13. Do you believe that a manufacturer or distributor should be accountable and to a consumer and third persons who could be expected to be endangered by its use for inadequate warnings and instructions concerning the safe use and operation of its Product?

14. Is there any reason why you would not hold a manufacturer accountable for an unsafe or defective Product?

15. Do you have any familiarity with Freightliner trucks or tractors? Please explain.

16. Do you have any general opinions about persons who bring lawsuits seeking damages based upon death or personal injury?

17. Do you have any general opinions about lawyers who represent them?

18. Do you have any opinions about products liability or lawsuits in general? If so, explain.

19. Have you heard, read, or seen any publicity about tort reform as well as criticism of claimants and the lawyers who represent them in personal injury lawsuits?

20. Will that publicity affect the way you listen to the evidence or reach a decision in this case?

21. Do you know what an engine brake or Jake brake is, and have you ever operated one? If so, please explain.

22. Do you have any general opinions about tractor-trailers that would affect your decision in this case? Please explain.

23. Do you have any general opinions about tractor-trailer operators that would affect your decision in this case? Please explain.

24. Do you have any general opinions about truck or tractor manufacturers that would affect your decision in this case? Please explain.

25. Do you believe that a manufacturer should be accountable for its representations about the safe use and operation of its vehicle?

26. Do you believe that a vehicle should be reasonably safe and fit to operate for the particular purposes for which it was designed and manufactured?

27. Do you believe that a consumer, and third persons who could be expected to be endangered by its use, have a right to expect that a product will safely operate in accordance with the manufacturer's representations?

28. Do you believe a manufacturer should have a responsibility to supply a Product with fair and adequate warnings of the potential dangers and hazards attendant to the use of its Product?

29. Would you be able to find a manufacturer liable for damages caused by the failure to provide its Product with fair and adequate warnings of the known and reasonably forseeable dangers attendant to the use and operation of its Product?

30. Do you believe that a person or his estate should be entitled to fair and just compensation for death and personal injuries suffered as a result of a defective or unsafe Product?

31. To the extent that the law permits, is there any reason why you would not award fair and reasonable compensation for emotional distress to a person who witnesses the death or injury to a member of his/her immediate family.

32. Do you have any beliefs that would limit the amount of compensation that you would award for wrongful death, or for pain and suffering despite the evidence and the law?

33. Is there any reason why you could not follow this Court's instructions of law and render a verdict based solely upon what you believe to be the credible evidence?

34. If you find the evidence weighs in favor of plaintiff, is there any reason why you would not return a sum of money that would fairly and justly compensate plaintiffs for death and personal injuries including past and future pain and suffering; permanent consequences and disability; medical and rehabilitation expenses and loss of earnings?

35. Is there any reason whatsoever why you could not render a fair and impartial decision in this case?

36. Do you own stock or have a financial interest in any company that manufacturers motor vehicles or its component parts?

37. Are you or your family members employed or own stock in any insurance company that issues policies that insure against financial responsibility for losses arising from accidents?

Plaintiffs respectfully request an opportunity to suggest additional follow-up questions to the Court depending upon the venire's responses to the above.

                          Respectfully submitted,

                          LEO GILBERG, ESQ.,
                          Attorney for Plaintiff, Alice G. Svege,
                          Administratrix of the Estate of Thor Svege, Sr.,
                          Alice G. Svege, Guardian of the Estate of Minor
                          Children, Thor Svege, Jr. and Briana Svege
                          305 Broadway
                          New York, New York  10007
                          212-822-1440

                          Respectfully submitted,

                          PLAINTIFFS

                          By:
                          _____
                          LEO GILBERG, ESQ.,
                          305 Broadway
                          New York, New York  10007
                          212-822-1440
                          Federal Bar No. CT22824