UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, | : | |
| ET AL | : | |
| | : | |
| Defendants. | : | JULY 20, 2004 |

**JOINT TRIAL MEMORANDUM EXHIBIT B**

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Instructions, the defendants hereby submit the following questions that they believe should be put to the jury panel in connection with this matter:

    1.    This case arises out of an accident that took place on the Pennsylvania turnpike on September 16, 1999, involving vehicles driven by Thor Svege, Sr. and Scottie Wightman. Have you heard anything about this case from any source?

    2.    Have you or any of your friends or family ever been in an automobile accident or other accident involving a tractor-trailer (semi) truck? If so, how will that experience affect your ability to be fair and impartial in this case?

    3.    The Defendants are companies that manufacture and/or sell products used in tractor trucks. Do you have any feelings or opinions about tractor trailers? If so, how will that experience affect your ability to be fair and impartial in this case?

    4.    Have you, or anyone in your family, or any of your friends received any training in tractor trailer maintenance, antilock brakes and/or engine brakes? If so, please describe your experience.

5. Have you, or anyone in your family, or any of your friends ever driven a tractor trailer? If so, please describe your experience.

6. Have you, anyone in your family, or any of your friends been involved in an accident in which anyone was injured? If so, how will that experience affect your ability to be fair and impartial in this case?

7. Have you, anyone in your family, or any of your friends been involved in any lawsuits? How, if at all, will that experience affect your ability to be fair and impartial in this case?

8. Under the law, all parties are to be treated equally. The Plaintiff, Alice Svege, represents the estate and guardianship of children, while the defendants, Freightliner Corporation, Detroit Diesel Corporation and Mercedes-Benz Credit Corporation are corporations. I will instruct the jury to decide the case based on the law and the evidence and not a party's status. Please tell us now whether you think that you might treat one party more favorably because the party was either an individual or a corporation.

9. Have you, anyone in your family, or any of your friends ever suffered any serious injuries? If so, how will that experience affect your ability to be fair and impartial in this case, where there will be testimony about serious injuries?

10. Plaintiff represents the estate of Thor Svege, Sr., who died. I will instruct the jurors in this case that they must decide the case based only on the law and evidence, and set all feelings of sympathy to one side. If you believe that you would have difficulty doing that, please let me know now.

11. Plaintiff also serves as guardian for two children whose parents were killed in this accident. If you believe it would be difficult for you to set aside your sympathy because of this fact, please let me know now.

12. This case will require testimony from experts regarding the cause of this accident. Do you think that you would automatically believe everything that an expert said just because the witness states that he is an expert or would you treat that person just like any other witness and judge his or her testimony based on what you hear and see in the courtroom?

13. In the trial of this case, all parties are entitled to have the case decided on the basis of the evidence presented at trial by a fair, unbiased and unprejudiced jury.

14. If there is any reason why any of you might not be able to render a fair verdict, you must disclose that reason to the court.

15. It is your duty to answer each question put to you as honestly as you can and to disclose any other reasons why you may not be able to render a fair verdict in this case.

16. Your duty will be to listen to the testimony. At the conclusion of the testimony, the judge will instruct you as to what the law is and will charge you to apply those principles of law to the case before you.

17. Do you agree that if you are selected as a juror you will follow the law as the judge states it whether or not you approve of the legal principles as he states them?

18. Do you understand that just because the plaintiff has filed a lawsuit does not mean that it is entitled to recover?

19. Even if you feel sympathy for a party, will you be able to put that sympathy aside and objectively weigh the evidence and apply the law in this case?

-4-

20. Will the fact that the defendants are corporations and the plaintiffs are individuals effect your ability to decide the case fairly?

21. Do you have any feeling or belief that it would cause you to favor the testimony of a party who had sued the corporation over the testimony of employees of that corporation?

22. Will you keep an open mind and listen to all of the evidence in the case before coming to any conclusion?

23. Do you know of any other reason or has anything occurred during this question period that might make you doubtful that you can be a completely fair and impartial juror in this case?

24. If there is, it is your duty to disclose such reason at this time.

        DEFENDANTS,
        FREIGHTLINER CORPORATION,
        MERCEDES-BENZ CREDIT
        CORPORATION, and
        DETROIT DIESEL CORPORATION

By_____
    Paul D. Williams (ct05244)
    Daniel J. Foster (ct24975)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06095-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys