UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | JULY 20, 2004 |

## JOINT TRIAL MEMORANDUM EXHIBIT G

## DEFENDANTS' VERDICT FORM

1.  Do you find by a preponderance of the evidence that the negligence of Scottie Wightman and Hensley Trucking was the sole proximate cause of the plaintiffs' injuries?

    _____ Yes.   _____ No.

    If the answer to the above is "yes," your deliberations are at an end. If the answer to the above is "no," please proceed to question two.

2.  Do you find that the plaintiffs have proven by a preponderance of the evidence that the 1998 Freightliner FLD132 tractor-trailer truck involved in this accident was defective and unreasonably dangerous for use when it was manufactured and distributed by the defendants?

    _____ Yes.   _____ No.

    If the answer to the above is "no," your deliberations are at an end. If the answer to the above is "yes," please proceed to question three.

41430800_1.DOC

3. If you found the 1998 Freightliner FLD 132 to be defective and unreasonably dangerous, do you find that the plaintiffs have proven by a preponderance of the evidence that the condition of the 1998 Freightliner FLD 132 proximately caused this accident, through a sequence of events unbroken by any superseding or intervening cause ?

_____ Yes.   _____ No.

If the answer to the above is "no," your deliberations are at an end.  If the answer to the above is "yes," please proceed to question four.

4. Do you find that the plaintiffs have proven by a preponderance of the evidence that a defective and unreasonably dangerous condition of the 1998 Freightliner FLD 132 tractor trailer truck was a proximate cause of the death of Thor Svege, Sr.?

_____ Yes.   _____ No.

Please proceed to question five.

5. Do you find that the plaintiffs have proven by a preponderance of the evidence that a defective and unreasonably dangerous condition of the 1998 Freightliner FLD 132 tractor tractor trailer proximately caused injuries to the plaintiff, Thor Svege, Jr.?

_____ Yes.   _____ No.

Please proceed to question six.

6. Do you find that the plaintiffs have proven by a preponderance of the evidence that a defective and unreasonably dangerous condition of the 1998 Freightliner FLD 132 tractor trailer proximately caused injuries to the plaintiff, Briana Svege?

_____ Yes.   _____ No.

Please proceed to question seven.

7. Do you find that the defendant, Mercedes Benz Credit Corporation, is engaged in the business of selling vehicles such as the tractor trailer truck involved in this accident?

_____ Yes.   _____ No.

Please proceed to question eight.

8. Do you find that the plaintiffs have proven by a preponderance of the evidence that the defendant, Detroit Diesel Corporation, manufactured or sold any defective and unreasonably dangerous component of the 1998 Freightliner FLD 132 tractor trailer truck involved in this accident?

_____ Yes.   _____ No.

If the answer to the above is "yes," please proceed to question 9.  If the answer to the above is "no," please proceed to Part II.

9. Do you find that the plaintiffs have proven by a preponderance of the evidence that the defective and unreasonably dangerous condition of any truck component manufactured or sold by the defendant, Detroit Diesel Corporation, proximately caused this accident, through a sequence of events unbroken by any superseding or intervening cause ?

If the answer to the above is "yes," please proceed to question 10.  If the answer to the above is "no," please proceed to Part II.

10. Do you find that the plaintiffs have proven by a preponderance of the evidence that the defective and unreasonably dangerous condition of any truck component manufactured

or sold by the defendant, Detroit Diesel Corporation, was a proximate cause of the death of Thor Svege, Sr.?

\_\_\_\_\_ Yes.   \_\_\_\_\_ No.

Please proceed to question eleven.

11.   Do you find that the plaintiffs have proven by a preponderance of the evidence that the defective and unreasonably dangerous condition of any truck component manufactured or sold by the defendant, Detroit Diesel Corporation, was a proximate cause of injuries to the plaintiff, Thor Svege, Jr.?

\_\_\_\_\_ Yes.   \_\_\_\_\_ No.

Please proceed to question twelve.

12.   Do you find that the plaintiffs have proven by a preponderance of the evidence that the defective and unreasonably dangerous condition of any truck component manufactured or sold by the defendant, Detroit Diesel Corporation, was a proximate cause of injuries to the plaintiff, Briana Svege?

\_\_\_\_\_ Yes.   \_\_\_\_\_ No.

Please proceed to Part II.

**II.  DAMAGES**

    1.    If you have found that the defendants' defective and unreasonably dangerous truck has proximately caused damages to the plaintiff, Thor Svege, Sr., what sum of money will fairly and reasonably compensate his Estate?

    $ _____

    2.    If you have found that the defendants' defective and unreasonably dangerous truck has proximately caused damages to the plaintiff, Thor Svege, Jr., what sum of money will fairly and reasonably compensate him?

    $ _____

    3.    If you have found that the defendants' defective and unreasonably dangerous truck has proximately caused damages to the plaintiff, Briana Svege, what sum of money will fairly and reasonably compensate her?

    $ _____

DATE _____                       By_____

                                                                                                Foreperson

**N.B.  FOREPERSON MUST DATE AND SIGN IN INK.**