```
 1            UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
 2
              VOLUME II - Pages 160 - 365
 3

 4
     - - - - - - - - - - - - - - - - -
 5   ALICE G. SVEGE, ADMINISTRATRIX,      Civil Action No.
     ET AL
 6   vs.                                  3:01cv01771 (MRK)
     MERCEDES-BENZ CREDIT CORPORATION,
 7   ET AL
     - - - - - - - - - - - - - - - - -
 8

 9

10

11
              CONTINUED DEPOSITION OF:  JOHN GLENNON
12            DATE:  February 23, 2004
              HELD AT:  DAY, BERRY & HOWARD,
13            One Canterbury Green, Stamford, CT

14

15

16

17

18

19

20

21

22            Jayne Ciccotelli, LSR
       Brandon Smith Reporting Service, LLC
23             44 Capitol Avenue
              Hartford, CT  06106
24              (860) 549-1850

25
```

Svege vs Mercedes-Benz

2/23/2004                                              John Glennon

Page 209

1  out alcohol and drug abuse, I think that's what page
2  four is about.
3      MR. WILLIAMS: All right. Thanks for
4  the clarification, Leo. I asked him if he referenced
5  Trooper Long's report on page four.
6      Q. Do you do that, sir?
7      A. I'm sorry, do I do what?
8      Q. Do you reference the trooper's report on page
9  four of your supplemental report?
10     A. I talk about the trooper's report on page
11 four, yes.
12     Q. And is it your position that Trooper Long's
13 report is an accurate reconstruction of the accident?
14     A. I believe so, yes.
15     Q. Did you make any attempt to, using his
16 figures, reconstruct the work that he did?
17     A. I, again, I had no involvement in the
18 reconstruction of the speed of this truck.
19     Q. Okay. So you didn't do that?
20     A. I did not do a speed reconstruction.
21     Q. And did you do a total station re-analysis?
22     A. The traffic situation did not allow me to
23 take those kind of measurements.
24     Q. Okay. Did you use Trooper Long's
25 measurements and do a separate analysis with his total

Page 210

1  station numbers?
2      MR. GILBERG: Note my objection.
3      A. Well, I certainly included his measurements
4  and diagram in this part of my analysis.
5      Q. My question was, did you do a separate
6  analysis, your own calculation, based upon his total
7  station data?
8      A. I have no idea what you're asking me, I'm
9  sorry.
10     Q. You don't understand the question?
11     A. No, I don't.
12     Q. Have you done a total station analysis as a
13 consultant in your cases, other than this case?
14     A. If traffic permitted, I will take
15 measurements using that type of equipment. I don't
16 have the ability, like Trooper Long does, to close the
17 highway down, and then typically on interstates and
18 tollways, the traffic situation is such that it would
19 be too dangerous to do that.
20     Q. And with the total station information, what
21 would you do with that information?
22     A. Depends on the situation.
23     Q. Well, if you're doing a reconstruction, what
24 would you do with the information?
25     A. Essentially, the mapping of the scene allows

Page 211

1  you to take various measurements of the evidences, of
2  course it's documenting the evidence, somewhat of a
3  picture of the evidence that was present at the
4  accident location.
5      Q. And having the total station information, can
6  you use that to conduct your own or to prepare your own
7  reconstruction?
8      MR. GILBERG: Note my objection.
9      Q. Of the accident.
10     MR. GILBERG: Note my objection. I
11 don't think this is really germane. The witness said
12 he wasn't retained for that purpose, and he didn't do
13 it.
14     MR. WILLIAMS: That's all I want him to
15 say.
16     MR. GILBERG: Well, that's --
17     A. Well, I'm willing to say that as long as we
18 make a distinction between -- you know, I don't think
19 it's fair for you to then include what I did do under
20 that category so. You know, I'm concerned that you've
21 used a very broad, the term very broadly or very
22 loosely to try and claim that I have not done things
23 that I did, in fact, say that I did.
24     Q. That's why I'm trying --
25     A. I'm trying to be very clear about what I've

Page 212

1  done so that you don't try and misrepresent what I did
2  do by using terminology to try and exclude that.
3      Q. Okay.
4      A. What I've done.
5      Q. Well, I want to be clear on what you've done,
6  as well. And just so I'm clear, you've not used
7  Trooper Long's total station to calculate your own
8  reconstruction; is that right?
9      MR. GILBERG: Object. You know, he
10 never said he did a reconstruction so why do you keep
11 telling him he did a reconstruction? How many times
12 can he say that he didn't do a reconstruction here?
13     A. I think if you want to clarify what you're
14 talking about, it will make it a lot simpler, because
15 you did this to me in the last deposition. I said that
16 I didn't do a reconstruction and you tried to use that
17 term very loosely to claim that I didn't do something
18 that I, in fact, told you that I did. So if you want
19 to specify what I did do versus what I didn't do and
20 get away from the term, I think that would clarify
21 things.
22     Q. All right. Well, I don't know that I can.
23 The question was whether you used the total station of
24 Trooper Long to prepare a reconstruction, that seems to
25 be a narrow question. Can you answer that question?

14 (Pages 209 to 212)