UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| -vs- | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL. | : | |
| | : | July 29, 2004 |
| Defendants. | : | |

## PROPOSED VERDICT FORM AND INTERROGATORIES

1.  Have plaintiffs proved by a preponderance of evidence that loss of vehicle control when the engine brake was used on a wet and slippery roadway made the Freightliner tractor unreasonably dangerous and defective at the time it was sold?

    YES _____    NO _____

    If the answer to question 1 is "Yes", answer questions 2, 3, and 4.
    If the answer to question 1 is "No", omit questions 2, 3, and 4.

2.  Was that defect a substantial factor in causing injuries and death to Thor Svege, Sr.?

    YES _____    NO _____

3.  Was that defect a substantial factor in causing injuries to Thor Svege, Jr.?

    YES _____    NO _____

4.  Was that defect a substantial factor in causing injuries to Briana Svege?

    YES _____        NO _____

5.  Have the plaintiffs proved by a preponderance of evidence that the engine brake on the Freightliner was defective and unreasonably dangerous because the product sellers failed to adequately warn of all the known or knowable dangers associated with loss of control with use of the engine brake on a wet and slippery roadway?

    YES _____        NO _____

6.  Have the plaintiffs proved by a preponderance of evidence that had adequate warnings been provided on the dashboard of the tractor the plaintiffs would not have been harmed by the product?

    YES _____        NO _____

    If the answer to questions 5 and 6 are both "Yes", answer questions 7, 8, and 9.
    If the answer to either question 5 or 6 is "No", omit questions 7, 8, and 9.

7.  Was that failure to adequately warn a substantial factor in causing injuries and death to Thor Svege, Sr.?

    YES _____        NO _____

8.  Was that failure to adequately warn a substantial factor in causing injuries to Thor Svege, Jr.?

    YES _____        NO _____

9. Was that failure to adequately warn a substantial factor in causing injuries to Briana Svege?

        YES _____  NO _____

10. Was the design of the tractor unreasonably dangerous and defective by not designing into it an operational service brake control feature of the engine brake during inclement weather conditions which would not interfere with engine brake operation during normal driver conditions, and which defendant, Detroit Diesel Corporation, had made feasible, cost effective, and available to Freightliner?

        YES _____  NO _____

If the answer to question 10 is "Yes", answer questions 11, 12, and 13.
If the answer to question 10 is "No", omit questions 11, 12, and 13.

11. Was that defect a substantial factor in causing injuries and death to Thor Svege, Sr.?

        YES _____  NO _____

12. Was that defect a substantial factor in causing injuries and death to Thor Svege, Jr.?

        YES _____  NO _____

13. Was that defect a substantial factor in causing injuries and death to Briana Svege?

        YES _____  NO _____

14. Have plaintiffs proved by a preponderance of evidence that the Freightliner tractor equipped with an engine brake that could cause loss of control when used on a wet and slippery roadway was not reasonably fit for its intended and forseeable purpose and was defective?

        YES _____        NO _____

    If the answer to question 14 is "Yes", answer questions 15, 16, and 17.
    If the answer to question 14 is "No", omit questions 15, 16, and 17.

15. Was that defect a substantial factor in causing injuries and death to Thor Svege, Sr.?

        YES _____        NO _____

16. Was that defect a substantial factor in causing injuries and death to Thor Svege, Jr.?

        YES _____        NO _____

17. Was that defect a substantial factor in causing injuries and death to Briana Svege?

        YES _____        NO _____

18. Have the plaintiffs proved by a preponderance of evidence that the product sellers were negligent in designing the Freightliner tractor with an engine brake that would cause loss of vehicle control when used on a wet and slippery roadway?

        YES _____        NO _____

    If the answer to question 18 is "Yes", answer questions 19, 20, and 21.
    If the answer to question 18 is "No", omit questions 19, 20, and 21.

4

19. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Sr.?

    YES _____    NO _____

20. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Jr.?

    YES _____    NO _____

21. Was that negligence a substantial factor in causing injuries and death to Briana Svege?

    YES _____    NO _____

22. Have the plaintiffs proved by a preponderance of evidence that the product sellers were negligent in failing to adequately warn of all the known or knowable dangers associated with loss of control with use of the engine brake on a wet and slippery roadway?

    YES _____    NO _____

23. Have the plaintiffs proved by a preponderance of evidence that had adequate warnings been provided on the dashboard of the tractor the plaintiffs would not have been harmed by the product?

    YES _____    NO _____

  If the answer to question 23 is "Yes", answer questions 24, 25, and 26.
  If the answer to question 23 is "No", omit questions 24, 25, and 26.

24. Was the negligence to adequately warn a substantial factor in causing injuries and death to Thor Svege, Sr.?

    YES _____   NO _____

25. Was the negligence to adequately warn a substantial factor in causing injuries and death to Thor Svege, Jr.?

    YES _____   NO _____

26. Was the negligence to adequately warn a substantial factor in causing injuries and death to Briana Svege?

    YES _____   NO _____

27. Were the product sellers negligent in not designing into the Freightliner tractor an operational service brake control feature of the engine brake during inclement weather conditions which would not interfere with engine brake operation during normal driver conditions, and which defendant, Detroit Diesel Corporation, had made feasible, cost effective, and available to Freightliner?

    YES _____   NO _____

  If the answer to question 27 is "Yes", answer questions 28, 29, and 30.
  If the answer to question 27 is "No", omit questions 28, 29, and 30.

28. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Sr.?

    YES _____   NO _____

6

29. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Jr.?

      YES _____   NO _____

30. Was that negligence a substantial factor in causing injuries and death to Briana Svege?

      YES _____   NO _____

31. Have plaintiffs proved by a preponderance of evidence that the product sellers were negligent in designing the Freightliner tractor with an engine brake that when used on a wet and slippery roadway was not reasonably fit for its intended purpose?

      YES _____   NO _____

If the answer to question 31 is "Yes", answer questions 32, 33, and 34.
If the answer to question 31 is "No", omit questions 32, 33, and 34.

32. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Sr.?

      YES _____   NO _____

33. Was that negligence a substantial factor in causing injuries and death to Thor Svege, Jr.?

      YES _____   NO _____

34. Was that negligence a substantial factor in causing injuries and death to Briana Svege?

    YES _____  NO _____

35. Have the plaintiffs proved by a preponderance of the evidence that the product sellers breached their implied warranty that the engine brake equipped Freightliner tractor was fit for its ordinary purpose and safe for use in a normal manner?

    YES _____  NO _____

If the answer to question 35 is "Yes", answer questions 36, 37, and 38.
If the answer to question 35 is "No", omit questions 36, 37, and 38.

36. Was that breach a substantial factor in causing injuries and death to Thor Svege, Sr.

    YES _____  NO _____

37. Was that breach a substantial factor in causing injuries and death to Thor Svege, Jr.

    YES _____  NO _____

38. Was that breach a substantial factor in causing injuries and death to Briana Svege?

    YES _____  NO _____

If you have answered "Yes" to one or more questions finding defendants' product defective, and/or defendants negligent, and/or that defendants have breached their implied warranty, and also found that the defect or negligence, or breach of the implied warranty was a

substantial factor in causing the death of Thor Svege, Sr. and injuries to Thor Svege, Jr. and Briana Svege, answer the following:

39. Set forth the amount to which the Estate of Thor Svege, Sr. is entitled to be compensated for destruction of his earning capacity.

$_____

40. Set forth the amount to which the Estate of Thor Svege, Sr. is entitled to be compensated for loss of his life's enjoyment.

$_____

41. Set forth the amount to which the Estate of Thor Svege, Sr. is entitled to be compensated for funeral expenses.

$_____

42. Set forth the amount to which Thor Svege, Jr. is entitled to be compensated for his pain and suffering both physically and emotionally from the date of the accident to the present.

$_____

43. Set forth the amount to which Thor Svege, Jr. is entitled to be compensated for future pain and suffering.

$_____

44. Set forth the amount to which Briana Svege is entitled to be compensated for her pain and suffering both physically and emotionally from the date of the accident to the present.

$_____

45. Set forth the amount to which Briana Svege is entitled to be compensated for future pain and suffering.

$_____

46. Have plaintiffs Thor Svege, Jr. and Briana Svege proven the necessary elements to entitle them to damages for bystander emotional distress separate and apart from any other damages they may be entitled to?

YES _____    NO _____

If your answer to question 46 is "yes", answer the following:

47. Set forth the amount to which Thor Svege, Jr. is entitled to be compensated for bystander emotional distress.

$_____

48. Set forth the amount to which Briana Svege is entitled to be compensated for bystander emotional distress. .

$_____

49. Did defendants act with the reckless disregard for the drivers of its tractors and the motoring public when it knew but failed to provide adequate warnings and instructions that engine brake induced loss of traction to the tractor rear wheels when used on a wet and slippery roadway,

10

and most pronounced, during a turning maneuver, will cause jackknifing, which, once initiated, will occur at a rate too rapid to be controlled by the driver?

YES _____   NO _____

Respectfully submitted,

Plaintiffs: Alice G. Svege,
Administratrix of The Estate
of Thor Svege, Sr. and Alice G. Svege, as
guardian of the Estate of Minor Children,
Thor Svege, Jr. and Brianna Svege

By: _____
LEO GILBERG, ESQ.
305 Broadway
New York, New York 10007
212-822-1440
Federal Bar No. CT22824

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on this date by FACSIMILE to the following:

Judge Mark R. Kravitz
U.S. District Court: District of Connecticut
141 Church Street
New Haven, CT 06510

Paul E. Williams, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06095

THIS IS TO FURTHER CERTIFY that the original of the above will be filed with the Clerk of the Court on July 30, 2004.

_____
LEO GILBERG, ESQ.