UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, Administratrix of the Estate of THOR SVEGE, SR, ALICE G. SVEGE, Guardian of the Estate of Minor Children, THOR SVEGE, JR. and BRIANA SVEGE, | : : : : : | |
| Plaintiffs, | : : | CIVIL NO. 3:01 CV 01771 (MRK) |
| v. | : : | |
| MERCEDES-BENZ CREDIT CORPORATION, FREIGHTLINER CORPORATION, DETROIT DIESEL | : : : : : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On August 18, 2004, the jury returned a verdict for the Defendant Mercedes-Benz Credit Corporation, Freightliner Corporation and Detroit Diesel Corporation.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the Defendants Mercedes- Benz Corporation, Freightliner Corporation and Detroit Diesel Corporation, and the case is closed.

Dated at New Haven, Connecticut this 20th day of August, 2004.

                                                    KEVIN F. ROWE, Clerk
                                                    By
                                                    /s/ Kenneth R. Ghilardi
                                                    Kenneth R. Ghilardi
                                                    Deputy Clerk

EOD : _____