# United States District Court

DISTRICT OF

**FILED** AUG 18  2 52 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

Svege v. Mercedes Benz Credit Corp, et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01 CV 1771 MRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Leo Gilberg | Paul D. Williams |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/4/04 — | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 8/4/04 |  |  | John C. Glennon |
| ✓ |  | 8/5/04 |  |  | Scottie Wightman (Deposition Testimony) |
| ✓ |  | 8/6/04 |  |  | Samuel J. Sero |
| ✓ |  | 8/6/04 |  |  | Scottie Wightman (Deposition Testimony) |
| ✓ |  | 8/6/04 |  |  | Eric Njaal Svege |
| ✓ |  | 8/9/04 |  |  | Catherine Rawlings |
| ✓ |  | 8/9/04 |  |  | Trooper Martin Long (Deposition Testimony) |
| ✓ |  | 8/9/04 |  |  | Alice Svege |
| ✓ |  | 8/9/04 |  |  | Read 60 Letter/Report of Dr. Christopher J. Cassels |
| ✓ |  | 8/9/04 |  |  | Gary M. Crakes |
| ✓ |  | 8/9/04 |  |  | Linda Nekvasil |
| ✓ |  | 8/10/04 |  |  | Robert F. Colen |
|  | ✓ | 8/10/04 |  |  | William Howerton |
|  | ✓ | 8/10/04 |  |  | Willis Hensley (Deposition Testimony) |
|  | ✓ | 8/11/04 |  |  | Willis Hensley (Deposition Testimony) |
|  | ✓ | 8/12/04 |  |  | Donald D. Barnes |
|  | ✓ | 8/12/04 |  |  | Bruce Koepke |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages