United States District Court
District of Connecticut
FILED AT     NEW HAVEN
Aug    18        2004
Kevin F. Rowe, Clerk
By P.A. Villano
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATRIX, :
ET AL. :
    :
v. : CIV. NO. 3:01CV1771 (MRK)
    :
MERCEDES-BENZ CREDIT :
CORPORATION, ET AL. :

## VERDICT FORM

### LIABILITY

I. **Strict Liability in Tort**

A. Have Plaintiffs proved by a preponderance of the evidence that the Freightliner tractor-trailer was defective or unreasonably dangerous in any one or more following respects: **You must answer (1), (2) and (3) below.**

    (1) Because the engine brake on the truck could be used in wet weather on a slippery roadway?

        _____ Yes     __X__ No

    (2) Because Defendants failed to provide adequate warnings and instructions regarding use of engine braking in wet pavement conditions?

        _____ Yes     __X__ No

1

(3) Because the tractor-trailer was not reasonably fit for its intended purpose since it could not be driven safely on wet and slippery surfaces with the engine brake enabled?

_____ Yes        __X__ No

If you checked "YES" for at least one of (1), (2) or (3) above, then proceed to Question I.B. If you checked "NO" for each of (1), (2) and (3) above, then skip Question I.B and proceed directly to Question II.A.

B. Have Plaintiffs proved by a preponderance of the evidence that the defective or unreasonably dangerous condition of the Freightliner was a proximate cause in producing Plaintiffs' claimed injuries?

_____ Yes        _____ No    N/A

II. Negligence

A. Have Plaintiffs proved by a preponderance of the evidence that the Defendants were negligent in any one or more of the following respects: **You must answer (1), (2), (3) and (4) below.**

(1) In equipping the Freightliner with an engine brake that was known to cause loss of vehicle control when enabled on a wet and slippery roadway?

_____ Yes        __X__ No

(2) In not having tested the engine brakes despite having used engine brakes since 1976?

__X__ Yes        _____ No

2

(3) In failing to adequately warn and instruct that the use of the engine brake on a wet and slippery roadway could lead to loss of control?

__X__ Yes   _____ No

(4) In failing to manufacture a truck that was reasonably fit for its intended purpose?

_____ Yes   __X__ No

**If you checked "YES" for at least one of (1), (2), (3) or (4) above, then proceed to Question II.B. If you checked "NO" for each of (1), (2), (3) and (4) above, then skip Question II.B. and proceed directly to Question III.A.**

B. Do you find by a preponderance of the evidence that the Defendants' negligence was a proximate cause in producing the injuries and deaths that resulted from the collision between the Freightliner tractor-trailer and the Svege SUV?

_____ Yes   __X__ No

III. **Breach of Implied Warranty**

A. Do you find by a preponderance of the evidence that the Freightliner tractor-trailer was unfit for the ordinary purposes for which it was intended?

_____ Yes   __X__ No

**If you answered "YES," proceed to III.B. If you answered "NO", then skip Question III.B.**

3

B. Do you find by a preponderance of the evidence that the unmerchantability of the Freightliner tractor-trailer was a proximate cause in producing the injuries and deaths that resulted from the collision between the Freightliner tractor-trailer and the Svege SUV?

_____ Yes       _____ No    N/A

If you answered "YES" to any of the subsections of Questions I.A., II.A. or III.A. <u>and</u> "YES" to Questions I.B., II.B. or III.B., then you have found in favor of Plaintiffs on liability and should proceed to the DAMAGES section below.

If you answered "NO" to all of the subsections of Questions I.A., II.A. or III.A., then you have found in favor of the Defendants, and you may not consider damages and should skip the DAMAGES section below.

## DAMAGES

If, but only if, you answered "YES" to any of the subsections of Questions I.A., II.A. or III.A. <u>and</u> "YES" to Questions I.B., II.B. or III.B., then you must indicate a damages award for each Plaintiff and for each category of damages set forth below.

1. Enter total damages awarded to the Alice G. Svege as Administratrix for the Estate of Thor Svege, Sr.:

_____          _____
Total Economic Damages            Total Non-Economic Damages

4

2.  Enter the total damages awarded to Thor Svege, Jr.:

_____          _____
    Total Non-Economic                  Total Bystander Emotional
        Damages                             Distress Damages

3.  Enter the total damages awarded to Briana Svege:

_____          _____
    Total Non-Economic                  Total Bystander Emotional
        Damages                             Distress Damages

Your deliberations are now complete, and you should have your jury foreperson note the date and time and sign the form in the space provided.

_18 AUG. 04_          _2:07_  A.M.(P.M.)      _____
Date                  Time                    Foreperson (Please Sign)