FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    Aug 18  2 52 PM '04

U.S. DISTRICT COURT
NEW HAVEN CONN

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMISTRATRIX, ET AL., | : | CIVIL NO. 3:01 CV 01771 (MRK) |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| MERCEDES-BENZ CREDIT | : | |
| CORPORATION, ET AL., | : | July 9, 2004 |
| Defendants. | : | |

**TRIAL**

Plaintiffs' Pre-marked Exhibit List    Vol. I

Exhibit 1    -    Supplemental Expert Report of John C. Glennon, Jr. (Court Exhibit only)

Exhibit 2    -    Expert Report of John C. Glennon, Jr. (Court Exhibit)

Exhibit 3    -    Official Transcript of John C. Glennon, Jr. at Pittsburgh State University.

Exhibit 4    -    Photo SUV (Plaintiff's Exhibit 43 at Wightman deposition).

Exhibit 5    -    Police photos taken on 9/16/99 numbered 5.1 – 5.47.

Exhibit 6    -    Transcript of Deposition of Trooper Martin Long.

Exhibit 7    -    Transcript of Deposition of Norris D. Hoover.

Exhibit 8    -    Certification of Birth, Thor Svege, Sr.

Exhibit 9    -    Transcript of Deposition of Elizabeth Ann Flynn.

Exhibit 10    -    Inspection Notes of Philip Fekete.

Exhibit 11    -    Photo of dash of subject Freightliner tractor taken 11/6/99.

| | | |
|---|---|---|
| Exhibit 12 | - | Photo SUV (Plaintiff's Exhibit 44 at Wightman deposition). |
| Exhibit 13 | - | EMS Report of Catherine Rawlings. |
| Exhibit 14 | - | Transcript of Deposition of Scottie Wightman. |
| Exhibit 15 | - | EMS Report of John Wanczyk. |
| Exhibit 16 | - | Jacobs Engine Brake Retarder, Bloomfield, Connecticut, 10/17/85. |
| Exhibit 17 | - | Ohio Traffic Engineering Manual, Pg. 1. |
| Exhibit 18 | - | Freightliner FLD Conventional Drivers Manual, Engine Braking System, 7,30, Warning, 7.31. |
| Exhibit 19 | - | DDC Engine Operator's guide, 2002, Engine Brake Operation. |
| Exhibit 19.1 | - | DDC Engine Operator's guide, 1999, Engine Brake Operation. |
| Exhibit 20 | - | Jacob Vehicle Systems Professional Driver Techniques and Owners Manual – including Driving Tips – Slippery Pavement. |
| Exhibit 21 | - | Traffic Collision Investigation Northwestern University. |
| Exhibit 22 | - | Model Commercial Driver License Manual. |
| Exhibit 22.1 | - | Bumper to Bumper. |
| Exhibit 23 | - | Physics, Fourth Edition, Douglas C. Giancoli. |
| Exhibit 24 | - | Calculated Total Friction Demand. |
| Exhibit 25 | - | Highway map of scene of accident. |
| Exhibit 26 | - | Traffic Accident Reconstruction – Vol. 2 of the Traffic Accident Investigator Manual Northwestern University Traffic Institute. |
| Exhibit 27 | - | A Policy on Geometric Design of Highways and Streets – AASHTO. |
| Exhibit 28 | - | SAE 831788 – Directional Control of Retarder Equipped Heavy Trucks Operating on Slippery Surfaces Vehicle Research and Test Center, NHTSA. (Radinski). |
| Exhibit 29 | - | A Policy on Geometric Design of Highways and Streets – AASHTO. (Wet Traction Values). |
| Exhibit 30 | - | Hydroplaning and Roadway Tort Liability. |
| Exhibit 31 | - | Transcript of Deposition of Robert Hartshorn. |

| Exhibit 32 | - | Anti-Lock Braking System – WABCO Student Manual. |
|---|---|---|
| Exhibit 33 | - | DDEC IV Application and Installation Manual, 5.9 Engine Brake Controls, 5.9.1 Operation. |
| Exhibit 34 | - | Rockwell WABCO D-Version ABS, Service Bulletin. |
| Exhibit 34.1 | - | Rockwell WABCO Maintenance Manual for D Version. |
| Exhibit 35 | - | Combined Vehicle Specifications/TSO Report for subject tractor. |
| Exhibit 36 | - | Transcript of Deposition of IAN Daniel McKenzie, Director of Electronic systems for Detroit Diesel Corporation. |
| Exhibit 37 | - | Supplemental Expert Report of Samuel J. Sero, P.E. dated February 3, 2004.  (Court Exhibit) |
| Exhibit 38 | - | Engine Brake Theory (Exhibit 38 at Koepke Deposition). |
| Exhibit 39 | - | Transfer Switch Drawing. |
| Exhibit 40 | - | Report of David E. Clement, Ph.D., Human Factors Psychologist. |
| Exhibit 40.1 | - | Human Factors In Engineering and Design, Sanders & McCormick. |
| Exhibit 40.2 | - | Handbook of Human Factors and Ergonomics, Salvendy. |
| Exhibit 40.3 | - | American National Standard for Product Safety Signs & Labels, ANSI-Z535-4. |
| Exhibit 41 For ID only | - | SAE890738 – Application and misapplication of computer programs for Accident Reconstruction.  Terry D. Day and Randall L. Horgens (1989). |
| Exhibit 42 | - | Life Table for white males, 2001 National Vital Statistic Reports, Vol. 52, No. 14. |
| Exhibit 43 | - | Life Table for white females, 2001 Natural Vital Statistic Reports, Vol. 52, No. IX. |
| Exhibit 44 | - | Appraisal of Economic Loss – Thor Svege, Gary M. Crakes, Ph.D. |
| Exhibit 45 | - | U.S. Income Tax Returns for Thor Svege, Sr., and Svege Construction, Inc. |
| Exhibit 46.1 | - | Court of Probate Certificate for Alice G. Svege as Administratrix of Estate of Thor Svege, Sr. |
| Exhibit 46.2 | - | Court of Probate Certificate for Alice G. Svege as Guardian of the Estate of Thor Svege, Jr. |

3

| Exhibit 46.3 | - | Court of Probate Certificate for Alice G. Svege, as Guardian of Estate of Briana Svege. |
|---|---|---|
| Exhibit 47 | - | Transcript of Deposition of David E. Clement, Ph.D. |
| Exhibit 48 | - | Freightliner Engineering Technical Report. |
| Exhibit 49 | - | Fire Department Records of Thor Svege, Sr. |
| Exhibit 50 | - | Federal Motor Carrier Safety Regulations, Sec. 390.5. |
| Exhibit 51 | - | Licensing of Svege Construction, Inc. |
| Exhibit 52 | - | Photo of left side of trailer post-accident with Glennon. |
| Exhibit 53 | - | Photos of right side of trailer post-accident marked A, B, C, and D. |
| Exhibit 54 | - | Post-accident photo showing opening to enter cab of tractor from the rear. |
| Exhibit 55A | - | DVD of AVI of PC Crash simulation of Howerton. |
| Exhibit 56 | - | The Engine Brake. |
| Exhibit 57 | - | Defendant Freightliner Corporation's Responses to Plaintiff's Interrogatories and Request for Production. |
| Exhibit 57.1 | - | Manuals provided by Freightliner, Pg. 10, (Jacobs Vehicle Systems Professional Driver Techniques). |
| Exhibit 57.2 | - | No testing performed on the engine brake, Pg. 13. |
| Exhibit 57.3 | - | Warnings for heavy rain conditions, Pg. 14. |
| Exh. 57.4-5 | - | Pg. 27, Safety Meetings. |
| Exhibit 58 | - | Brandywine Hospital Record of Thor Svege, Jr. |
| Exhibit 59 | - | Brandywine Hospital Record of Briana Svege. |
| Exhibit 60 | - | Report of Christopher J. Cassels, M.D., dated 12/5/01 re: Thor Svege, Jr. |
| Exhibit 61 | - | Report of Robert S. Colon, Ph.D., dated 12/28/01.  (Court Exhibit) |
| Exhibit 62 | - | Certification of Death of Thor Svege, Sr. |

| Exhibit 62.1 | - | Autopsy of Thor Svege, Sr. |
|---|---|---|
| Exhibit 63 | - | Green Funeral Home bill. |
| Exhibit 64 | - | Wedding Day Photo of Thor Svege, Sr. |
| Exhibit 64.1 | - | Family photo. |
| Exhibit 64.2 | - | Photo of Thor Sr. and Jr. – 4/99. |
| Exhibit 64.3 | - | Photo of Thor Jr. and mother, 9/13/99. |
| Exhibit 65 | - | Photo of family home built by Thor Svege, Sr. |
| Exhibit 66 | - | Post-accident photo of Thor Jr. numbered 66.1 – 66.5. |
| Exhibit 67 | - | T.J. and Briana – Christmas 1999. |
| Exhibit 68 | - | Photos of Fire Department activities, 68.1 – 68.2. |
| Exhibit 69.1 | - | Certificate of Marriage (civil). |
| Exhibit 69.2 | - | Certificate of Marriage (religious). |
| Exhibit 70.1 | - | Certificate of Birth, Thor Svege, Jr. |
| Exhibit 70.2 | - | Certificate of Birth, Briana Svege. |
| Exhibit 71 | - | MBCC Lease Agreement (open-end) with Certificate of Title. |
| Exhibit 72 | - | Certificate of Origin for a vehicle. |
| Exhibit 73 | - | Bill of Sale (Kentucky Freightliner to MBCC). |
| Exhibit 74 | - | Invoice – Freightliner to Kentucky Freightliner to be paid by MBCC of Norwalk, Connecticut. |
| Exhibit 75 | - | Marketing Notice – "Freightliner Success Program". |
| Exhibit 76 | - | Combined Advertisement of Freightliner and MBCC. |
| Exhibit 77 | - | Complaint and Affidavit in action by MBCC, as owner and lessor, to recover subject tractor. |
| Exhibit 78 | - | Wightman's driver's log from 8/1/99 to 9/15/99 (Exh. 7-7Q at Hensley deposition). |
| Exhibit 79 | - | Record of Road Test (Exh. 26 at Hensley deposition). |
| Exhibit 80 | - | Certification of Road Test (Exh. 27 at Hensley deposition). |

| Exhibit 81 | - | Results of Controlled Substance Test of Wightman on 8/10/99. (Exh. 37 at Hensley deposition). |
| Exhibit 82 | - | Medical Examiner's Certificate of Scottie Wightman (Exh. 28 at Hensley deposition). |
| Exhibit 83 | - | Request for Information from previous employer. (Exh. 29 at Hensley deposition). |
| Exhibit 84 | - | Driver's Check List. (Exh. 30 at Hensley deposition). |
| Exhibit 85 | - | Photo of PA Turnpike looking East (Exh. 40 of Wightman deposition). |
| Exhibit 86 | - | Photo of PA Turnpike looking east (Exh. 41 of Wightman deposition). |
| Exhibit 87 | - | Photo of inside of cab of tractor (Exh. 6 of Hensley deposition). |
| Exhibit 88 | - | Police photo rear of SUV (Exh. 45-N Wightman deposition). |
| Exhibit 89 | - | Police photo of front and left side of trailer (Exh. 45-Y Wightman deposition). |
| Exhibit 90 | - | Police photo of inside of SUV (Exh. 45-000 Wightman deposition). |
| Exhibit 91 | - | Total Station Traverse Printout. |
| Exhibit 92 | - | Total Station Pennsylvania State Police diagrams. |
| Exhibit 93 | - | Brandywine Hospital Record of Scottie Wightman. |
| Exhibit 94 | - | Police photos (Exhibit 17, 1-11 at Long deposition). |
| Exhibit 95 | - | Police photos (Exhibit 17, 1-6 at Long deposition). |

8/4/04 Exhibit 96 - Math calculation
8/5/04 Exhibit 97 - Coefficients of Friction on Various Roadway Surfaces
8/12/04 Exhibit 98 - Video Tractor Truck Test

Respectfully submitted,

Plaintiffs: Alice G. Svege, Administratrix of The Estate of Thor Svege, Sr. and Alice G. Svege, as guardian of the Estate of Minor Children, Thor Svege, Jr. and Brianna Svege

By:

LEO GILBERG, ESQ.
305 Broadway
New York, New York 10007
212-822-1400
Federal Bar No. CT22824

6

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent on this date by FED

EX for next day delivery to:

Judge Mark R. Kravitz
U.S. District Court:  District of Connecticut
141 Church Street
New Haven, CT 06510

Paul E. Williams, Esq.
Day, Berry & Howard, LLP
City Place I
Hartford, CT 06095

LEO GILBERG, ESQ.

7