UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT F I L E D

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL | : | CIVIL NO. 3:01CV01771 (JBA) |
| Plaintiffs, | : | |
| VS. | : | U.S DISTRICT COURT |
| | : | NEW HAVEN, CONN |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | JULY    , 2004 |

## DEFENDANTS' TRIAL EXHIBITS

501.  Report of Don Barnes dated March 11, 2004 (Court Exhibit only)

502.  ABS ECU Harness diagram (Barnes Exhibit 2)

503.  ABS Inst-Diag, Dash Harn (Barnes Exhibit 3)

504.  ABS Floor Harness (Barnes Exhibit 8)

505.  ABS MCH O/L Harness (Barnes Exhibit 9)

506.  Engine MCH O/L Harness (Barnes Exhibit 10)

507.  Engine ECU Harness (Barnes Exhibit 11)

508.  Engine Main Lab Harness (MCH) (Barnes Exhibit 12)

509.  Application Engineering – Cab Dimensions (Barnes Exhibit (A-F)

510.  ABS Test Checklist WABCO D Version (Barnes Exhibit 17A)

511.  ABS Test Checklist WABCO D Version (Barnes Exhibit 17B)

512.  Freightliner Heavy-Duty Trucks Maintenance Manual

513.  SAE J1922 (Barnes Exhibit 23)

514.  Rockwell WABCO Maintenance Manual No. 30 (Barnes Exhibit 27)

515.  Toolbox Software documentation (Barnes Exhibit 25)

516.  Report of Bruce Koepke dated June 27, 2003 (Court Exhibit only)

517.  Supplemental Report of Bruce Koepke dated March 10, 2004 (Court Exhibit only)

518.   Video tape of Brake Demonstration dated August 14, 2003

519.   Report of William Howerton dated June 27, 2003 (Court Exhibit only)

520.   Supplemental Report of William Howerton dated March 11, 2004 (Court Exhibit only)

521.   William Howerton's Analysis Notebook

522.   DVD – Jake Brake Analysis

523.   DVD – Collision Analysis

524.   DVD – Accident Simulation

525.   Photographs of Pennsylvania Turnpike (A-GG)

526.   Photographs of Tractor (A-W)

527.   Photographs of Trailer (A-U)

528.   Photographs of Svege vehicle (A-Z)

529.   Pennsylvania State Police Photographs of Accident Scene (A-Y)

530.   Aerial Photograph of Pennsylvania Turnpike

531.   Total Station Traverse Printout

532.   Total Station Pennsylvania State Police Diagrams (A-D)

533.   Reconstruction Diagrams (A-H)

534.   Printouts from PC-Crash (A-B)

535.   Photomodeler Photographs of Svege Vehicle (A-B)

536.   Photograph of Trailer

537.   Photograph of Pennsylvania Turnpike looking west

538.   Jake Brake Retarding Performance Chart

539.   EDSMAC Analysis Diagrams (A-D)

540.   Photographs of Pennsylvania Turnpike (A-T)

541.   Photographs of Svege Vehicle (A-R)

542.   Photographs of Jake Brake Test (A-Q)

-2-

543.    Photographs of Pennsylvania Turnpike (A-KK)

544.    Supplemental Report of John Glennon Jr. (Court Exhibit only)

545.    John Glennon Jr. Letter of Retention

546.    John Glennon Jr. Field Notes

547.    <u>The Engine Brake</u> by John C. Glennon

548.    Report of Samuel Sero dated April 14, 2003 (Court Exhibit only)

549.    Supplemental Report of Samuel Sero dated February 3, 2004 (Court Exhibit only)

550.    Correspondence from David Clement, Ph.D. dated April 17, 2003

551.    Billing Statement from David Clement, Ph.D. dated April 17, 2003

552.    Correspondence from Leo Gilberg to Robert Colen, Ph.D. dated December 3, 2001

553.    Correspondence from Leo Gilberg to Robert Colen, Ph.D. dated April 16, 2003

554.    Office notes of Dr. Colen (5 pages, exhibit 5 from deposition)

555.    Fax sheet from Leo Gilberg to Gary Crakes dated April 23, 2003

556.    Correspondence from Leo Gilberg to Gary Crakes dated November 5, 2001

557.    1999 Federal Income Tax Return for Svege Construction, Inc.

558.    1999 State of Connecticut Corporation Business Tax Return for Svege Construction, Inc.

559.    1999 Federal Income Tax Return for Thor & Aileen Svege

560.    1999 State of Connecticut Income Tax Return for Thor & Aileen Svege

561.    Complaint in Svege, Jr. , et al v. Crisdel Group, Inc. ,et al dated September 14, 2001

562.    Complaint in Dyer, et al v. Scottie Wightman, et al dated August 6, 2001

563.    Deposition Transcript of Scottie Wightman's dated November 19, 2001

564.    Deposition of Trooper Martin Long dated April 14, 2003

565.    Deposition Transcript of Willis Hensley dated November 15, 2001

566.    Affidavit of Kenneth Baker

-3-

567.    Photograph of the front of the tractor (Exhibit 2 from Hensley depo)

568.    Photograph of the front of the tractor (Exhibit 4 from Hensley depo)

569.    Photograph of the inside of the tractor (Exhibit 5 from Hensley depo)

570.    Photograph of inside of cab of tractor (Exhibit 6 from Hensley depo)

571.    Scottie Wightman's driver's log from August 1, 1999 through September 15, 1999
        (Exhibit 7-7Q from Hensley depo)    blank through blank R

572.    Photographs of a pipe being hauled by the tractor trailer (Exhibit 9 from Hensley depo)

573.    Photograph of a trailer (Exhibit 10 from Hensley depo)

574.    Photograph showing the logo on the side of the tractor (Exhibit 11 from Hensley depo)

575.    Photographs showing an ICC and identification numbers on the side of the tractor
        (Exhibit 12 from Hensley depo)

576.    Broker confirmation sheets (Exhibit 13, 13A and 13B from Hensley depo)

577.    Bill of lading (Exhibit 13C from Hensley depo)

578.    Truck delivery form (Exhibit 13D from Hensley depo)

579.    U.S. Department of Transportation safety compliance review of March 19, 1999 of
        Hensley Industries (Exhibit 14, 14A through 14J from Hensley depo)

580.    U.S. Department of Transportation Notice of Claim - Violations of 49 CFR 395.8(e)
        (Exhibit 15 from Hensley depo)

581.    U.S. Department of Transportation Notice of Unsatisfactory Safety Rating (Exhibit 16
        from Hensley depo)

582.    Letter to U.S. Department of Transportation 4/2/99 from Hensley Industries (Exhibit 17
        from Hensley depo)

583.    U.S. Department of Transportation Safety Compliance Review dated August 20, 1999
        (Exhibits 2, 18 and 19 from Hensley depo)

584.    U.S. Department of Transportation Notice of Claim – Violations of 49 CFR 382.301(a)
        and 395.3(b)(2) (Exhibit 20 from Hensley depo)

585.    Scottie Wightman's fuel receipts and cash advance (Exhibit 21 from Hensley depo)

586.   Scottie Wightman's fuel receipts and cash advances August 15, 1999 (Exhibit 22 from Hensley depo)

587.   Scottie Wightman's fuel receipts and cash advances September 16, 1999 (Exhibit 23 from Hensley depo)

588.   Pennsylvania Turnpike Commission receipts of 9/15/99, Ohio Turnpike receipt of 9/16/99, Flying Travel Plaza receipt of 9/15/99 (Exhibit 24 from Hensley depo)

589.   Driver's License information of Scottie Wightman (Exhibit 31 from Hensley depo)

590.   Manual DOT inspection of tractor involved in accident dated 1/16/98 (Exhibit 33 from Hensley depo)

591.   Photographs of Pennsylvania Turnpike (Exhibit 40, 41 from Wightman depo)

592.   Photographs of Svege vehicle (Exhibit 42, 45H, 45J, 45K, 45N, 45O, 45Q, 45T, 45V from Wightman depo)

593.   Photograph of tractor (Exhibit 45EEE from Wightman depo)

594.   Scottie Wightman's Driving History Record Certified by Commonwealth of Kentucky (Exhibit 46 from Wightman depo)

595.   Photograph of tractor taken by Eric Svege (Von Ahn depo)

596.   Photographs taken on November 6, 1999 by P. Fekete (A to PP)

597.   Freightliner Pre-Delivery Service and Owner's Warranty Registration

598.   DDEC IV Application and Installation page 5-39

599.   DDEC IV Application and Installation page 5-40

600.   DDEC IV Application and Installation page 5-41

601.   DDEC IV Application and Installation page 5-42

602.   Rockwell WABCO D-Version ABS 42-27 Service Bulletin

603.   SAE SP-1405, Buckendale Lecture: Commercial Vehicle Braking Systems: Air Brakes, ABS and Beyond by Leonard C. Buckman, P.E.

604.   Commercial Driver License Manual

605.   Freightliners FLD Conventional Driver's Manual

606.  Federal Motor Carrier Safety Regulations Handbook, page 192

607.  Warning chart from <u>Proceedings of the Human Factors Society</u>

608.  Anti-Lock Braking System (ABS) for Trucks, Tractors and Buses, Maintenance Manual No. 30 Revised 11-98

609.  Warning Label from Failure Analysis study

610.  Handwritten Calculations of Bruce Koepke (Exhibit 5 from Koepke depo)

611.  Screen Printout of WABCO diagnostic program (Exhibit 6 from Koepke depo)

612.  Email regarding Gear Ratios (Exhibit 11 from Koepke depo)

613.  Jake Brake documentation from website (Exhibit 23 from Koepke depo)

614.  SAE Paper 880001, Buckendale Lecture: Heavy Duty Truck Tire Engineering (Exhibit 44 from Koepke depo)

615.  UMTRI Friction Values – Wet Surface from Mechanics of Heavy Trucks (Exhibit 45 from Koepke depo)

616.  UMTRI Friction Values – Wet Surface from Mechanics of Heavy Trucks (Exhibit 46 from Koepke depo)

617.  Jake Brake Retarding Performance Chart (Exhibit 56 from Koepke depo)

618.  Report of Norris Hoover dated June 29, 2003 (Court Exhibit only)

619.  Supplemental Report of Norris Hoover dated March 4, 2004 (Court Exhibit only)

620.  Report of Donald P. Horst, Ph.D. dated June 24, 2003 (Court Exhibit only)

621.  Academic Records from Pittsburg State University regarding John Glennon

622.  DDC Software Strategy Manual

623.  DDEC III Functional Test Plan

624.  Federal Motor Vehicle Safety Standards § 571.121 S5.1.6.2

625.  DDEC III System Display Programming History (DDC 191-200)

626.  Pennsylvania State Police General Investigation Report (Report and Traverse Printout only)

627.  Commonwealth of Pennsylvania Police Accident Report

8/5/04  628.  Footnotes of Glennon Report (exh.5449)

-6-