UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATRIX, ET AL.     :   NO. 3:01 CV 01771 (MRK)
                                           :
                Plaintiffs,                :
                                           :
VS.                                        :
                                           :
MERCEDES-BENZ CREDIT CORPORATION,          :   SEPTEMBER 28, 2004
ET AL.                                     :
                                           :
                Defendants.                :


## DEFENDANTS' BILL OF COSTS

Pursuant to Fed. R. Civ. P. 54 and Local Rule 54(c), the defendants Mercedes Benz Credit Corporation, Freightliner and Detroit Diesel, respectfully submit their following verified Bill of Costs:

**1.     Fees of the Clerk and Marshal:**

|     |                              |              |
|-----|------------------------------|--------------|
| (a) | G. Holman                    | $ 139.75     |
| (b) | Betty Flynn                  | $ 89.75      |
| (c) | Corporal Timothy Markley     | $ 89.75      |
| (d) | Trooper Martin Long          | $ 89.75      |
| (e) | Agostinho Ribeiro            | $ 50.30      |
|     | **Subtotal**                 | **$ 459.30** |

**2.     Fees of the Court Reporter:**

|     |                      |            |
|-----|----------------------|------------|
| (a) | Scottie Wightman     | $ 534.52   |
| (b) | Thomas Dyer          | $ 424.27   |
| (c) | Thomas Dyer          | $ 398.03   |
| (d) | Don Barnes           | $ 342.38   |
| (e) | Robert Hartshorn     | $ 223.13   |
| (f) | Ian Daniel McKenzie  | $ 290.97   |
| (g) | Alice Svege          | $ 534.51   |
| (h) | Eric Svege           | $ 348.69   |
| (i) | William Von Ahn      | $ 175.85   |
| (j) | E. Flynn             | $ 354.94   |
| (k) | David Clement        | $ 1,026.71 |

| | | |
|---|---|---|
| (l) | Gary Crakes | $ 241.04 |
| (m) | Robert S. Colen | $ 623.72 |
| (n) | Samuel Sero | $ 923.90 |
| (o) | Norris Hoover | $ 472.76 |
| (p) | Bruce Koepke | $ 475.94 |
| (q) | William Howerton | $ 760.60 |
| (r) | Scottie Wightman | $ 214.97 |
| (s) | John Glennon, Jr. | $ 1,732.15 |
| (t) | William Howerton | $ 680.26 |
| (u) | Don Barnes | $ 305.39 |
| (v) | Bruce Koepke | $ 510.60 |
| (w) | John Glennon, Jr. | $ 90.84 |
| (x) | John Glennon Jr. (prior trial testimony) | $ 492.90 |
| | **Subtotal** | **$ 12,179.07** |

**3.    Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case:**

Cost of Medical Records

| | | |
|---|---|---|
| (a) | Brandywine Surgical Group | $ 24.58 |
| (b) | Brookfield Orthopedic Associates | $ 4.54 |
| (c) | Connecticut Family Orthopedics | $ 70.49 |
| (d) | Uwe Koepke, M.D. | $ 45.32 |
| (e) | Recordex Acquisition Corp. | $ 10.11 |

Cost of Publications

| | | |
|---|---|---|
| (a) | "Traffic Accident Reconstruction" | $ 81.00 |
| (b) | "Drag Factors and Coefficient of Friction" and "Reconstruction of Heavy Truck Accidents" | $ 36.00 |

Cost of Photographs

| | | |
|---|---|---|
| (a) | Flynn Photography | $ 595.73 |
| | **Subtotal** | **$ 867.77** |

**4.    Fees for Witnesses:**

| | | |
|---|---|---|
| (a) | John Glennon Jr. Deposition Attendance Fee | $ 800.00 |
| (b) | Timothy Markley Deposition Attendance Fee | $ 450.00 |
| (c) | Gary M. Crakes Deposition Attendance Fee | $ 450.00 |
| (d) | Eric Svege Deposition Attendance Fee | $ 50.00 |
| (e) | William Von Ahn Deposition Attendance Fee | $ 50.00 |

(f)   Corporal Timothy Markley Deposition Attendance Fee .......$ 42.65
(g)   Trooper Martin C. Long Deposition Attendance Fee...........$ 79.54
(h)   John C. Glennon, Jr. Deposition Attendance Fee................$ 380.00
(i)   William Howerton Deposition Preparation Fee................$ 3,250.00
(j)   John C. Glennon, Jr. Deposition Attendance Fee.............$ 1,900.00
(k)   Norris Hoover Deposition Preparation Fee ........................$ 375.00
(l)   William Howerton Deposition Preparation Fee...............$ 3,750.00
(m)   Norris Hoover Deposition Preparation Fee......................$ 1,066.95

(n)   William Howerton Trial Attendance Fee
      (3 days)
      1. Subsistence Fee.....................................................$ 120.00
      2. Travel Expenses from Massachusetts, lodging & meals $ 889.13

(o)   Don Barnes Trial Attendance Fee
      (2 days)
      1. Subsistence Fee.....................................................$ 80.00
      2. Travel Expenses from Portland, Oregon,
         lodging & meals....................................................$ 332.62

(p)   Bruce Koepke Trial Attendance Fee
      (2 days)
      1. Subsistence Fee.....................................................$ 80.00
      2. Travel Expenses from Portland, Oregon,
         lodging & meals....................................................$ 574.28

**Subtotal**...........................................................................**$  14,720.17**

**TOTAL BILL OF COSTS** .................................................**$  28,226.31**

DEFENDANTS, FREIGHTLINER
CORPORATION, MERCEDES-BENZ
CREDIT CORPORATION, and
DETROIT DIESEL CORPORATION

By_____

Paul D. Williams (ct05244)
Daniel J. Foster (ct24975)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06095-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys

- 3 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALICE G. SVEGE, ADMINISTRATRIX, ET AL.     :   NO. 3:01 CV 01771 (MRK)

                    Plaintiffs,                            :

VS.                                                            :

                                                                 :

MERCEDES-BENZ CREDIT CORPORATION,   :   SEPTEMBER 28, 2004
ET AL.                                                      :

                                                                 :

                    Defendants.                          :

### AFFIDAVIT OF PAUL D. WILLIAMS

I, Paul D. Williams, being duly sworn, depose and say:

1.      I am a resident of the State of Connecticut.

2.      I am over 18 years of age and believe in the obligation of an oath.

3.      I have personal knowledge of the facts attested to in this Affidavit.

4.      I am a partner with the law firm of Day, Berry & Howard LLP and served as defendants' counsel in this action. I submit this Affidavit in support of the defendants' Bill of Costs submitted herewith. The defendants are entitled to these costs as the prevailing party against the plaintiffs.

5.      I have reviewed the Defendants' Verified Bill of Costs for taxation pursuant to Local Rule 54. The fees charged in the Bill of Costs are accurate and correct and represent costs that necessarily were incurred by the defendants in defending against the plaintiffs' claims.

_____
Paul D. Williams

Subscribed and sworn to before me
this 28th day of September, 2004.

_____
Notary Public
My Commission Expires:

**MARCIA A. ORTIZ**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2007