UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, | : | NOVEMBER 24, 2004 |
| ET AL. | : | |
| | : | |
| Defendants. | : | |

**AMENDED DEFENDANTS' BILL OF COSTS**

Pursuant to Fed. R. Civ. P. 54 and Local Rule 54(c), the defendants Mercedes-Benz Credit Corporation, Freightliner and Detroit Diesel, respectfully submit their following verified Bill of Costs:

1.      **Fees of the Clerk and Marshal:**

      (a)      Gayle Holman, Comm. of PA State Police ........................ $ 139.75
      (b)      Betty Flynn ............................................................... $ 89.75
      (c)      Corporal Timothy Markley  ............................................. $ 89.75
      (d)      Trooper Martin Long .................................................... $ 89.75
      (e)      Agostinho Ribeiro......................................................... $ 50.30
      (f)      Custodian of Records City of Danbury Fire Dept. .............. $ 64.80
      (g)      Eric Svege ................................................................. $ 63.80
      (h)      William Van Ahn............................................................ $ 63.80

      **Subtotal ................................................................    $   651.70**

2.      **Fees of the Court Reporter:**

      (a)      Scottie Wightman .......................................................... $ 543.52
      (b)      Thomas Dyer ............................................................... $ 398.03
      (c)      Willis Hensley ............................................................. $ 424.27
      (d)      Don Barnes....................................(323.00 + 19.38 tax) $ 342.38
      (e)      Ian Daniel McKenzie ........................(274.50 +16.47 tax) $ 290.97
      (f)      Alice Svege ................................................................. $ 534.51
      (g)      Eric Svege .................................................................. $ 348.69
      (h)      William Von Ahn .......................................................... $ 175.85

(i)      E. Flynn ............................................. (334.85 + 20.09 tax) $ 354.94
(j)      David Clement............................... (968.59 + 58.12 tax) $ 1,026.71
(k)      Robert S. Colen ........................................................... $ 623.72
(l)      Gary Crakes................................................................. $ 241.04
(m)     Samuel Sero.......................................... (871.60 + 52.30) $ 923.90
(n)      William Howerton ................................ (717.55 + 43.05) $ 760.60
(o)      Scottie Wightman (video deposition) ................................ $ 202.80
(p)      John Glennon, Jr. ....................................................... $ 1,732.15
(q)      William Howerton ........................................................ $ 680.26
(r)      Don Barnes................................................................. $ 305.39
(s)      Bruce Koepke .............................................................. $ 510.60
(t)      John Glennon, Jr. (prior deposition testimony) .................... $ 75.80
(u)      John Glennon Jr. (prior trial testimony)............................ $ 465.00
(v)      Timothy Markley ....................................................... $ 1,427.05
(w)     Martin Long............................................................... $ 1,427.05

     **Subtotal**      ............................................................... **$ 14,763.93**

**3.     Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case:**

Cost of Medical Records

(a)      Brandywine Surgical Group.................................................. $ 23.19
(b)      Brookfield Orthopedic Associates........................................ $ 4.28
(c)      Connecticut Family Orthopedics ........................................ $ 66.50
(d)      Recordex Acquisition Corp................................................. $ 98.31

Cost of Photographs

(a)      Flynn Photography........................................................... $ 385.00
(b)      PPI Photographics........................................................... $ 188.15
(c)      PPI Photographics........................................................... $ 411.58

Cost of Probate Records

(a)      Probate Court – District of Danbury.................................... $ 80.00

     **Subtotal** .................................................................. **$ 1,257.01**

**4.     Fees for Witnesses:**

(a)      John Glennon Jr. Deposition Attendance Fee ................. $ 1,180.00
(b)      Timothy Markley Deposition Attendance Fee ................... $ 450.00
(c)      Gary M. Crakes Deposition Attendance Fee..................... $ 450.00
(d)      Eric Svege Deposition Attendance Fee.............................. $ 50.00

(e)     William Von Ahn Deposition Attendance Fee.................... $ 50.00
(f)     Samuel Sero, Deposition Attendance Fee....................... $ 2,025.00
(g)     John C. Glennon, Jr. Deposition Attendance Fee............ $ 1,900.00
(h)     William Howerton Deposition Attendance Fee ............. $ 1,850.00
(i)     David Clement, Deposition Attendance Fee .................. $ 1,250.00
(j)     Betty Flynn Deposition Attendance Fee ............................ $ 95.00

(k)     William Howerton Trial Attendance Fee
        (3 days)
        1. Subsistence Fee........................................................... $ 120.00

(l)     Don Barnes Trial Attendance Fee
        (2 days)
        1. Subsistence Fee............................................................. $ 80.00
        2. Travel Expenses from Portland, Oregon,
           lodging & meals........................................................ $ 915.83

(m)     Bruce Koepke Trial Attendance Fee
        (2 days)
        1. Subsistence Fee............................................................. $ 80.00
        2. Travel Expenses from Portland, Oregon,
           lodging & meals........................................................ $ 831.93

**Subtotal**............................................................................**$  16,791.69**

**TOTAL BILL OF COSTS**..............................................**$  32,515.63**


DEFENDANTS, FREIGHTLINER
CORPORATION, MERCEDES-BENZ
CREDIT CORPORATION, and
DETROIT DIESEL CORPORATION


By_____
        Paul D. Williams (ct05244)
        Daniel J. Foster (ct24975)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06095-3499
        (860) 275-0100
        (860) 275-0343 (fax)
        Their Attorneys

**<u>CERTIFICATION</u>**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, on this date, postage prepaid, to:

Leo Gilberg, Esq.
305 Broadway
New York, NY 10007

_____
Daniel J. Foster