UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | NO. 3:01 CV 01771 (MRK) |
| Plaintiffs, | : | |
| VS. | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL. | : | NOVEMBER 24, 2004 |
| Defendants. | : | |

### AFFIDAVIT OF PAUL D. WILLIAMS REGARDING AMENDED BILL OF COSTS

I, Paul D. Williams, being duly sworn, depose and say:

1. I am a resident of the State of Connecticut.

2. I am over 18 years of age and believe in the obligation of an oath.

3. I have personal knowledge of the facts attested to in this Affidavit.

4. I am a partner with the law firm of Day, Berry & Howard LLP and served as defendants' counsel in this action. I submit this Affidavit in support of the defendants' Amended Bill of Costs submitted herewith. The defendants are entitled to these costs as the prevailing party against the plaintiffs.

5. I have reviewed the Defendants' Verified Amended Bill of Costs for taxation pursuant to Local Rule 54. The fees charged in the Bill of Costs are accurate and correct and represent costs that necessarily were incurred by the defendants in defending against the plaintiffs' claims.

_____
Paul D. Williams

Subscribed and sworn to before me
this 24th day of November, 2004.

_____
Notary Public
My Commission Expires: