UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL. | : | NOVEMBER 24, 2004 |
| | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF MANUAL FILING

Please take notice that the defendants, Mercedes-Benz Credit Corporation, Freightliner and Detroit Diesel, have manually filed Exhibits 1-4 to the Amended Defendants' Bill of Costs.

Exhibits 1-4 have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

DEFENDANTS, FREIGHTLINER
CORPORATION, MERCEDES-BENZ
CREDIT CORPORATION, and
DETROIT DIESEL CORPORATION

By_____
    Paul D. Williams (ct05244)
    Daniel J. Foster (ct24975)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06095-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys

- 2 -

## CERTIFICATION

    THIS IS TO CERTIFY that a copy of the foregoing was mailed, on this date, postage prepaid, to:

Leo Gilberg, Esq.
305 Broadway
New York, NY 10007

                                                                                       _____
                                                                                                   Daniel J. Foster