LEO GILBERG
ATTORNEY AT LAW
305 BROADWAY
NEW YORK, NY 10007

Inv #913731

15493

1-2/210 668

DATE Oct. 22, 2003

PAY TO THE ORDER OF Scientific Boston Inc.    $ 1913.55/100

Nineteen hundred thirteen + 55/100 ———— DOLLARS

CHASE  JPMorgan Chase Bank
55 Water Street
New York, NY 10041

FOR Svece v. Mercedes Benz    Leo Gilberg

⑈015493⑈ ⑆021000021⑆ 15106236065⑈    ⑆000191355⑆

SCIENTIFIC
BOSTON
INC

Tax I.D. No.
04-3133239

-INVOICE-

Invoice #913731
August 28, 2003

Paul D. Williams
Day, Berry & Howard
City Place I
Hartford, CT 06103

Re: Svege v. Mercedes-Benz Credit Corp.:
     DEPOSITION

For Period Ending July 31, 2003

PROFESSIONAL SERVICES:

|  | Hours | Amount |
|---|---|---|
| William M. Howerton | 10.00 | 1,850.00 |
| Total Fees: | 10.00 | $1,850.00 |

10/22/03
#15493

Engineering Analysis
and Design

1120 Massachusetts
Avenue

Boxborough,
Massachusetts
01719

Telephone
978 266 9300

Fax
978 266 2800

08/28/03 THU 15:57 FAX 9782662800 SCIBO
Case 3:01-cv-01771-MRK    Document 190-2    Filed 12/06/2004    Page 2 of 4

| 8/28/2003 | Tax I.D. No. | | Page | 1 |
| 2:54 PM | Detailed Effort Summary | | | |

| Employee | Date | Description | Time Spent | Billable |
|---|---|---|---|---|
| **Project: Svege/DEP** | | | | |
| 02 Howerton, W. | 7/25/2003 | Travel to Boston. | 1:30 | 277.50 |
| 02 Howerton, W. | 7/25/2003 | Deposition. | 7:00 | 1,295.00 |
| 02 Howerton, W. | 7/25/2003 | Return | 1:30 | 277.50 |
| Total: 02 Howerton, W. | | | 10.00 | 1,850.00 |

## SCIENTIFIC BOSTON INC
## TRAVEL EXPENSE REPORT

Name **W. Houston**  Date **7/31/03**

Purpose(s) **travel expenses**

| | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | TOTAL |
|---|---|---|---|---|---|---|
| Date | 7-25-03 | | | | | |
| Location | Boston | | | | | |
| Airfare (Prorated) | | | | | | |
| Baggage Handling | | | | | | |
| Cab 1 | | | | | | |
| Cab 2 | | | | | | |
| Car Rental (Prorated) | | | | | | |
| Mileage: Miles | | | | | | |
| Dollars | 28.35 | | | | | |
| Parking | 30.00 | | | | | |
| Tolls | 5.20 | | | | | |
| Other | | | | | | |
| SUBTOTAL TRAVEL | | | | | | |
| Room and EBM | | | | | | |
| Baggage Handling | | | | | | |
| Other | | | | | | |
| SUBTOTAL LODGING/OTHER | | | | | | |
| Hotel Charged Meals | | | | | | |
| Meals/Self | | | | | | |
| Meals With Others | | | | | | |
| SUBTOTAL MEALS | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| Other | | | | | | |
| SUBTOTAL OTHER | | | | | | |
| TOTAL EXPENSES | 63.55 | | | | | |
| Projects: | Lorege DEPOSITION | | | | | |

Total $ **63.55**   Less Cash Advance $ _____   Amount To/From Employee $ _____