UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE G. SVEGE, ADMINISTRATRIX, ET AL. | : | NO. 3:01 CV 01771 (MRK) |
| | : | |
| Plaintiffs, | : | |
| VS. | : | |
| | : | |
| MERCEDES-BENZ CREDIT CORPORATION, ET AL. | : | JANUARY 6, 2005 |
| | : | |
| | : | |
| Defendants. | : | |

**STIPULATION REGARDING DEFENDANTS' BILL OF COSTS**

The parties hereby stipulate that the defendants, Mercedes-Benz Credit Corporation, Freightliner and Detroit Diesel, agree to waive all Costs recoverable against the plaintiffs pursuant to Fed. R. Civ. P. 54 and Local Rule 54(c), in exchange for a single payment of $4000.00 ( four thousand dollars) made by Leo Gilberg, Esq., counsel for the plaintiffs.

PLAINTIFFS, ALICE SVEGE,
ADMINISTRATRIX, ET AL

DEFENDANTS, FREIGHTLINER
CORPORATION, MERCEDES-BENZ
CREDIT CORPORATION, and
DETROIT DIESEL CORPORATION

By _____
    Leo Gilberg
    305 Broadway
    New York, New York 10007
    (212) 822-1440
    (212) 693-1410 (fax)
    Their Attorneys

By _____
    Paul D. Williams (ct05244)
    Daniel J. Foster (ct24975)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06095-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys

- 2 -

## **CERTIFICATION**

    THIS IS TO CERTIFY that a copy of the foregoing was mailed, on this date, postage prepaid, to:

Leo Gilberg, Esq.
305 Broadway
New York, NY 10007

                                              _____
                                                    Paul D. Williams