# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT



| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

June 5, 2013

**Jeffrey C. Pingpank**
Cooney, Scully & Dowling
Hartford Square North, 10 Columbus Blvd.
Hartford, CT 06106-5109

Dear Attorney Jeffrey C. Pingpank :

RE:   Case Name:    Svege v. Mercedes-Benz Credit, et all
      Case Number:  3:01cv1771 (MRK)

As the above matter has concluded in this court:

The Plaintiff's Exhibit(s) is/are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the Exhibit(s) to be picked up.

If they are not picked up by 6/14/2013, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____
Jazmin Perez
Deputy Clerk

ACKNOWLEDGEMENT: _____   DATE: _____